UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


```
                              )
BRIAN K. MILWARD, et al,      )
                              )
        Plaintiffs,           )
                              )   Civil Action
v.                            )   No. 07-11944-GAO
                              )
ACUITY SPECIALTY PRODUCTS     )
GROUP, INC., et al,           )
                              )
        Defendants.           )
                              )
```


BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE


**DAUBERT HEARING - DAY 1**



John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Tuesday, April 21, 2009
9:15 a.m.



Marcia G. Patrisso, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Draft Transcript

PDF created with pdfFactory trial version www.pdffactory.com

1    APPEARANCES:

2        ALLEN STEWART, P.C.
         By: Allen Stewart, Esq.
3        Steve Baughman Jensen, Esq.
         325 N. St. Paul Street - Suite 2750
4        Dallas, Texas 75201
         - and -
5        KREINDLER & KREINDLER, LLP
         By: James D. Gotz, Esq.
6        277 Dartmouth Street
         Boston, Massachusetts 02116
7        On Behalf of the Plaintiffs

8        NIXON PEABODY, LLP
         By: Joseph J. Leghorn, Esq.
9        Nancy C. Antonellis, Esq.
         100 Summer Street
10       Boston, Massachusetts 02110
         On Behalf of the Defendant CRC Industries, Inc.

11

12       WEATHERS, RILEY & SHEPPEARD, LLP
         By: Wesley A. Weathers, Esq.
         4848 SW 21st Street - Suite 202
13       Topeka, Kansas 66604
         On Behalf of the Defendant NCH Corporation

14

15       FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
         By: Tim Gray, Esq.
         200 South Lamar Street - Suite 100
16       Jackson, Mississippi 39201-4099
         - and -
17       MELICK, PORTER & SHEA, LLP
         By: Raymond H. Tomlinson, Jr., Esq.
18       28 State Street - 22nd Floor
         Boston, Massachusetts 02109-1775
19       On Behalf of the Defendant Aristech Chemical
         Corporation

20

21       KEEGAN WERLIN, LLP
         By: Francis M. Lynch, Esq.
         265 Franklin Street
22       Boston, Massachusetts 02110-3113
         On Behalf of the Defendant Rust-Oleum Corporation

23

24

25

```
 1        CETRULO & CAPONE, LLP
          By: Lawrence G. Cetrulo, Esq.
 2            Kevin R. Powers, Esq.
              Jeffrey D. Adams, Esq.
 3        Two Seaport Lane - 10th Floor
          Boston, Massachusetts 02210
 4        On Behalf of the Defendants Henkel Corporation;
          Sunoco, Inc.; and Sherwin-Williams Company
 5
          DICKIE, McCAMEY & CHILCOTE, P.C.
 6        By: James R. Miller, Esq.
          Two PPG Place - Suite 400
 7        Pittsburgh, Pennsylvania 15222-5402
          On Behalf of the Defendant Sherwin-Williams Company
 8
          CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.
 9        By: Brian P. Voke, Esq.
          One Constitution Plaza
10        Boston, Massachusetts 02129
          On Behalf of the Defendant Berryman Products, Inc.
11
          CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.
12        By: Charles K. Mone, Esq.
          One Constitution Plaza
13        Boston, Massachusetts 02129
          On Behalf of the Defendant The Clorox Company
14
          ADLER, POLLOCK & SHEEHAN, P.C.
15        By: Brian R. Birke, Esq.
          175 Federal Street
16        Boston, Massachusetts 02110
          On Behalf of the Defendant Radiator Specialty Company
17
          GORDON & REES, LLP
18        By: Leslie A. Sheehan, Esq.
          633 West Fifth Street - Suite 4900
19        Los Angeles, California  90071
          On Behalf of the Defendant Sunnyside Corp.
20
          McDONOUGH, HACKING & LAVOIE, LLC
21        By: William R. Corino, Esq.
          One Washington Mall
22        Boston, Massachusetts 02108
          On Behalf of the Defendant Boyle-Midway, Inc.
23

24

25
```

```
 1        MORRISON MAHONEY LLP
          By: Curtis L.S. Carpenter, Esq.
 2        250 Summer Street
          Boston, Massachusetts 02210
 3        On Behalf of the Defendant Acuity Specialty Products Group

 4        LITCHFIELD CAVO LLP
          By: Peter C. Kober, Esq.
 5        6 Kimball Lane
          Lynnfield, Massachusetts 01940
 6        On Behalf of the Defendant NU-Calgon Wholesaler, Inc.

 7        RYAN, COUGHLIN & BETKE, LLP
          By: Elizabeth A. Doubleday, Esq.
 8        175 Federal Street
          Boston, Massachusetts 02111
 9        On Behalf of the Defendant WD-40 Company

10        TUCKER, HEIFETZ & SALTZMAN, LLP
          By: Syd A. Saloman, Esq.
11        Three School Street
          Boston, Massachusetts 02108
12        On Behalf of the Defendant AGS Company

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        I N D E X

2                    DIRECT   CROSS   REDIRECT   RECROSS
   WITNESSES FOR THE
3     PLAINTIFFS:

4  MARTYN T. SMITH

5      By Mr. Jensen        11           151,163
       By Mr. Leghorn              56              159
6

7                      E X H I B I T S

8  EX. NO.             DESCRIPTION                MARKED
9
   Defendant's 1A     Golomb study                125
10
   Defendant's 1B     Sir Bradford Hill speech    143
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                       **P R O C E E D I N G S**

2              THE CLERK:  All rise.  United States District Court

3      for the District of Massachusetts.

4              Court is now in session.

5              Please be seated.

6              For a *Daubert* hearing in the case of Milward, et al,

7      versus Acuity Specialty Products Group, et al, Docket 07-11944.

8              Would counsel identify yourselves for the record.

9              MR. STEWART:  Al Stewart for the Milwards, the

10     plaintiffs.

11             MR. JENSEN:  Steve Baughman Jensen for the plaintiffs.

12             MR. WEATHERS:  Wes Weathers for defendant NCH.

13             MR. GRAY:  Tim Gray for the defendant United States

14     Steel Corporation.

15             MR. LEGHORN:  Joseph Leghorn for CRC Industries.

16             THE COURT:  All right.  May I infer that because of

17     your position, that you've been nominated and elected as

18     spokespersons for the defense community?  Is that fair?

19     Mr. Weathers?  No?

20             MR. WEATHERS:  I suspect we should let our brethren in

21     the box answer that.

22             MR. LEGHORN:  We've heard no objection to that, your

23     Honor.

24             THE COURT:  All right.  Well, I want to get an idea of

25     how we're going to proceed.  Mr. Stewart, you're going to be --

1    give me an outline of what you -- procedurally, not

2    substantively.  Let's start with that.

3            MR. STEWART:  Sure.  Procedurally, I think this is how

4    we envision things going this week -- or a portion of this

5    week:  I believe Mr. Jensen will take our first witness, which

6    is Dr. Martyn Smith.  We're hoping Dr. Smith can be on and off

7    today; he has a class that needs to be taught.  Dr. Smith is

8    going to be our central witness.  We have one other witness,

9    Dr. Cranor, who we anticipate bringing in in the morning to be

10   on the stand for a shorter period of time than I believe Dr.

11   Smith will be on the stand.

12           I think Mr. Jensen will probably start this morning,

13   if it's to the Court's pleasure, with sort of an overview, if

14   you will, substantive overview, that should be short in nature,

15   before we put Dr. Smith on the stand.  We'll do a direct; I

16   believe they'll do a cross.  We both contemplated if you have

17   questions, the Court could put those questions to the witness,

18   and then to pass from that as we go through the time period.

19           We have put together -- and we have talked to opposing

20   counsel about this as well --

21           And, Joe, if I say something incorrect, please correct

22   me.

23           We have put together a notebook that contains

24   scientific -- medical and scientific articles together with

25   some other information that we've provided to the Court and the

1   court reporter.  Our plan, rather than to try and go through

2   and move those in in piecemeal, is to just do that at the very

3   end of the hearing, with the defendants doing the same thing,

4   so we're not having to deal with the logistics of that, if it's

5   fine with the Court.

6            THE COURT:  This is a hearing under Rule 104?

7            MR. STEWART:  Yes.

8            THE COURT:  The rules of evidence don't apply?

9            MR. STEWART:  Agreed.

10           THE COURT:  So we can be accommodating.

11           MR. LEGHORN:  The agreement with regard to the

12  binders.  Your Honor, our binder will be supplemented to that

13  binder as opposed to -- we produced a lot of documents, and I

14  think we are in agreement how we're to proceed with regard to

15  direct, cross.  I presume that your Honor, throughout the

16  hearing, will feel free to ask questions even in the middle of

17  the examination if it helps the Court at that point.

18           THE COURT:  Right.  Let me just, before I turn to --

19  I -- well, I won't assume.  Besides what you copied on paper

20  and put in a binder, do you have other techniques of

21  demonstrative evidence?

22           MR. STEWART:  We do.  So we have a Power- --

23           THE COURT:  I know you spent a little time this

24  morning with the system.

25           MR. STEWART:  Yes.  So we have a PowerPoint

PDF created with pdfFactory trial version www.pdffactory.com

1   presentation that we will use with Dr. Smith.

2          THE COURT:  Are you going to be doing that from your

3   computer?

4          MR. STEWART:  Yes.

5          THE COURT:  I have to know which button to push here.

6          MR. STEWART:  Yes; from our computer.

7          THE COURT:  Do you know?  Is that the podium or the --

8          MR. STEWART:  It's the podium.

9          THE COURT:  See, there's a difference between podium

10  and -- let me try it out.  Can you turn it on?  I'm the only

11  one seeing it now.

12         MR. JENSEN:  Is it supposed to be on now, your Honor?

13  Because I'm going to toggle through the output here.

14         THE COURT:  Okay.  Never mind.  This is what we call

15  the "prosecution," I think.  Tell me when you've got an image

16  that I should be seeing.

17         MR. JENSEN:  I'm trying to toggle through the output

18  here.  That's on the defense.

19         THE COURT:  Right.  I just tried the defense PC.  You

20  have one, too.  I see "Nixon Peabody" up there.  I'm getting a

21  blank screen on the --

22         MR. JENSEN:  I wonder if I'm not sufficiently...

23         THE COURT:  I've got it on "judge" only.

24         MR. JENSEN:  I'm toggling through the output, your

25  Honor.  So I'm -- it takes it a second to do that, but nothing

1  yet.

2        THE COURT:  I'm trying different -- okay.  We'll come

3  back to that problem.  We're going to call for some help, I

4  think.

5        Because the defense are so numerous, I gather you've

6  come to some agreements as to who is going to do the

7  examination; is that right?

8        MR. LEGHORN:  Yes, your Honor.  I will be

9  cross-examining Dr. Smith and Dr. Cranor; Mr. Gray will present

10  our witness Dr. Pyatt; Mr. Weathers will present our witness

11  Dr. Bennett; and I will present Dr. Garabrant.

12        THE COURT:  And I want to make it clear that that's by

13  agreement of all counsel, I guess, because everybody might be

14  claiming a right to examine and --

15        MR. LEGHORN:  Right.  If anyone has questions that

16  they want to ask, then I'll take notes from them.

17        THE COURT:  Okay.

18        MR. LEGHORN:  Much like with questions from the jury,

19  there may be that.

20        Your Honor, one other matter that Mr. Stewart and I

21  discussed earlier with regard to PowerPoint, we've agreed at

22  the end of the hearing we'll create one disk -- or two disks --

23  for you to have after the hearing with the PowerPoints that

24  were presented in court.

25        THE COURT:  All right.  While we're awaiting

1   technical -- here he is.

2           Let me just say, you may presume that I've read not

3   only the briefs but the major affidavits.  I haven't read all

4   the backup articles, but you can assume I'm familiar with the

5   affidavits.

6           (Discussion off the record followed by an interruption

7   in the proceedings.)

8           THE COURT:  Okay.  Anything else before we begin?

9           MR. STEWART:  I don't think so, your Honor.

10          MR. JENSEN:  Steve Jensen for the plaintiffs, your

11  Honor.  In the interest of time, I had planned, as Mr. Stewart

12  said, to present a sort of short opening statement.  But since

13  the Court has read the briefs, we'll stand on that.  Plaintiffs

14  waive that, and we would like to go ahead and call Dr. Smith.

15          THE COURT:  Fine.

16              MARTYN THOMAS SMITH, sworn

17          THE CLERK:  State your name, spell your last name for

18  the record, keep your voice up, and speak into the mic so

19  everyone can hear you.

20          THE WITNESS:  Okay.  My name is Martyn, M-A-R-T-Y-N,

21  Thomas Smith, S-M-I-T-H.

22                  DIRECT EXAMINATION

23  BY MR. JENSEN:

24  Q.   Good morning, Dr. Smith.

25  A.   Good morning.

1    Q.   Can you tell the Court where you're from?

2    A.   I was originally from Boston and England, and did my

3    degrees at University of London, went to Sweden to do

4    postdoctoral training, and then came to the United States to

5    teach at Berkeley.

6    Q.   What do you do for a living now?

7    A.   I'm a professor of toxicology and environmental health

8    sciences at the University of California, Berkeley.

9         MR. JENSEN:  Your Honor, if we could get Prosecution 1

10   up?

11   BY MR. JENSEN:

12   Q.   I believe you've just gone over what's -- you got that,

13   Dr. Smith?

14   A.   Yes.

15   Q.   So we've just gone over that.  Have you provided expert

16   testimony in the past, Dr. Smith?

17   A.   Yes.  I first started working on litigation matters soon

18   after arriving at Berkeley in 1983.  My first case was with

19   Ashland Chemical.  I then started working on the Woburn case,

20   as it's now known, working with defendant W.R. Grace.  Over the

21   years I've had a part-time consulting interest, and was

22   qualified as an expert in numerous courts throughout the

23   country.

24   Q.   And have you provided testimony in the past in a case

25   pending in this court, the District of Massachusetts, regarding

PDF created with pdfFactory trial version www.pdffactory.com

1   acute promyelocytic leukemia?

2   A.   Yes.   I testified for defendants in the Sutera v. Perrier

3   case where the plaintiff had an acute promyelocytic leukemia,

4   the type of leukemia at issue in this case, but he claimed that

5   it was drinking Perrier water which had a tiny amount --

6   minuscule amount of benzene in it that caused his -- that

7   caused his disease.   And I opined that even though benzene

8   could cause that leukemia, he didn't receive a sufficient dose

9   to produce the leukemia.

10  Q.   Do you conduct research in the area of benzene toxicity?

11  A.   Yes.   I have since about 1984.

12  Q.   And have you published that research in peer-reviewed

13  periodicals?

14  A.   Yes.   I've published over, I think, 50 articles on the

15  subject of the toxicology of benzene.   I'm currently writing

16  one for the annual review of "Public Health."   And I'm working

17  on writing major documents for the EPA and for the

18  International Agency for Research on Cancer.

19  Q.   Can you give examples of some of the defendants for whom

20  you've provided expert testimony in the past?

21  A.   I've testified on behalf of oil companies such as Chevron,

22  for Hughes Aircraft, for Henkel Corporation, and for Nestle,

23  the Swiss company, in a water pollution case.   I've also served

24  as a consultant to the U.S. government and to the Department of

25  Justice and the Australian government, and the Norwegian

PDF created with pdfFactory trial version www.pdffactory.com

1  government recently, on benzene.

2  Q.   And you already mentioned that you provided -- you're

3  doing work for the International Agency for Research on Cancer;

4  is that correct?

5  A.   Yes.  As part of the -- I authored -- what's called the

6  International Agency for Research on Cancer, abbreviated as

7  IARC -- and I'm working with them on preparing a document.  One

8  of the chemicals at issue is benzene.

9  Q.   Are you familiar with the group of active academics who do

10 original research in the area of benzene toxicology and benzene

11 causation?

12 A.   Yes.  I think I essentially know everybody in the field.

13 Q.   The defendants are offering three experts, and I know

14 you've reviewed their reports and their testimony to date:  Dr.

15 David Garabrant, Dr. David Pyatt and Dr. Sean Bennett.  Can you

16 tell me, as far as you're aware, is Dr. Garabrant an active

17 researcher in the field of benzene?

18 A.   Not to my knowledge.  I regret that I've not heard of him

19 prior to this case.

20 Q.   And the same question with regard to Dr. Pyatt.

21 A.   Dr. Pyatt did graduate student work and postdoctoral work,

22 I believe, on benzene toxicology, but I don't think he's done

23 any additional research in the past couple of years.

24 Q.   And the same question with regard to Dr. Bennett.

25 A.   Dr. Bennett is a well-known researcher in the treatment of

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   leukemia and recently related myelocytic syndrome, but I don't
 2   think he's ever done any original research on benzene.
 3   Q.   I want to move to the subject, Dr. Smith, of how
 4   scientists go about determining causal relationships between
 5   chemical exposures and disease, or the lack of any
 6   relationship.  Now, is the kind of methodological approach that
 7   scientists take to this issue of chemical exposure and the
 8   possible association or causal connection with a disease
 9   sometimes referred to as a weight-of-the-evidence review?
10   A.   Yes.  Meaning that they would look at all of the evidence
11   and weigh the positives and negatives as part of that evidence.
12   Q.   And what does that evidence consist of?
13   A.   Well, firstly, human studies.  This could include
14   full-blown epidemiology studies, but it could also be case
15   reports or a series of cases that have been reported in the
16   literature.  But essentially any studies on humans is what you
17   first look at.
18   Q.   What are epidemiology studies?
19   A.   They're studies of the incidence and causes of disease in
20   human populations.
21   Q.   And what other material do you take into account and weigh
22   when you're assessing causation issues?
23   A.   Well, the second thing you would really look at would be
24   animal studies, are there animal models that are appropriate
25   and have they been studied, what information can you glean from
```

PDF created with pdfFactory trial version www.pdffactory.com

1   them; and secondly, other forms of toxicology such as whether

2   the compound or the chemical in question damages the DNA,

3   damages chromosomes; and then other biological effects such as

4   suppression of the immune system that would lead to the health

5   endpoint at issue.  So you look at mechanistic, biochemical,

6   test-tube and animal models.

7   Q.   Have you been an author or co-author on epidemiology

8   studies addressing the issue of benzene toxicity that's been

9   published?

10  A.   Yes, quite a number of them.

11  Q.   Have you been an author or co-author of studies addressing

12  genetic damage or chromosomal studies relating to benzene?

13  A.   Yes, quite a number of them.

14  Q.   In fact, as far as you're aware, has anyone published more

15  studies of that type than you have?

16  A.   That I don't know.

17  Q.   Okay.  Having reviewed all of that data, what do you next

18  do with it to try and figure out whether there is, in fact,

19  more likely than not that the weight of the evidence -- that

20  the weight of the evidence supports or doesn't support a causal

21  connection?

22  A.   Well, I'm a subscriber to, also, the Bradford Hill

23  considerations, where one works through those considerations in

24  looking at this data as a total and working out the probability

25  that a certain agent causes a disease.

PDF created with pdfFactory trial version www.pdffactory.com

1   Q.   Dr. Cranor will go through the Bradford Hill

2   considerations in more detail tomorrow, Dr. Smith, but you do

3   take those into account when you're reviewing any evidence for

4   causation; is that right?

5   A.   I do.

6   Q.   Is epidemiological data always necessary to reach a

7   conclusion that a chemical probably causes a particular

8   disease?

9   A.   No.  Obviously it's of great benefit to have human studies

10  and to have full-blown epidemiological studies, but it's not

11  always necessary.  And there have been cases where various

12  government bodies, et cetera, have reached that conclusion

13  without thinking and -- or without needing a full-blown

14  epidemiological study.

15  Q.   In fact, with respect to benzene specifically, was it

16  established in the scientific community that there was a causal

17  connection between benzene and leukemia before there were

18  formal epidemiology studies on this subject?

19  A.   Yes.  I mean, there was no full-blown formal epidemiology

20  study of benzene-induced leukemia until 1977, and by that time

21  essentially everyone in the field was considering that benzene

22  caused leukemia.  And Eugene Cronkite, who is a fellow of the

23  National Academy of Sciences and a world-famous scientist,

24  wrote in 1961 that benzene and ionizing radiation were

25  established causes of myeloid leukemia.

1  Q.    Now, you've reached an opinion for purposes -- you've

2  reached an opinion that you've delivered in this case in your

3  reports and in your deposition testimony about whether the

4  weight of the evidence supports the conclusion that benzene can

5  cause APL, or acute promyelocytic leukemia?

6  A.    I have.

7  Q.    And what is that opinion?

8  A.    My opinion is that benzene causes acute myeloid leukemia

9  and causes all the different subtypes, of which APL is a

10  subtype of AML.

11  Q.    Did you develop that opinion for the purposes of this case

12  or any other litigation?

13  A.    No.  I reached that conclusion, I think, fairly early on

14  in my understanding of benzene-induced leukemia, but certainly

15  by the mid-1990s that was my opinion.

16  Q.    And before conducting your work specifically for this

17  case, did you previously have familiarity with the literature

18  that you have relied upon for purposes of your opinion in this

19  case?

20  A.    Yes.  I mean, this is a major area of my research, and I

21  try to stay up on it as much as possible, reading all the

22  latest articles.

23  Q.    Before we get into the nitty-gritty details of your

24  opinion and the basis for your opinion, I would like to give

25  the Court a quick roadmap to the different types of evidence

```
 1   you took into account.  Did you take into account the

 2   epidemiology studies that have been done with respect to

 3   benzene and acute myeloid leukemia?

 4   A.    Yes.  There have been many, but I considered them -- all

 5   of them, but also relied mainly on the three major ones.

 6   Q.    All right.  Did you take into account some mechanistic

 7   evidence regarding whether all forms of AML develop at the stem

 8   cell level where benzene can cause damage?

 9   A.    Yes.  I mean, AMLs all begin within the stem cell and

10   progenitor cell compartments of the bone marrow, and benzene is

11   known to cause damage there.  And that's believed to be the

12   mechanism by which benzene causes AML.

13   Q.    Did you also consider the mechanistic evidence -- easy for

14   me to say -- that benzene causes APL through inhibition of --

15   big word -- topoisomerase II?

16   A.    Right.  So the way that we think benzene causes leukemia

17   at the present time is that there's damage in the progenitor

18   cells and the stem cells of the bone marrow, and the damage is

19   rearrangement and loss and gain of whole chromosomes.  And we

20   believe that the mechanism by which these chromosomes are

21   damaged is either directly by the metabolites of benzene or

22   through the inhibition of this particular enzyme called

23   topoisomerase II which regulates and repackages your DNA.

24   Q.    And lastly, Dr. Smith, did you take into account the

25   available APL-specific data that is reflected in a few
```

1    epidemiology studies regarding benzene and AML?

2    A.   Yes.  So there's very few studies which actually break

3    down AML into different specific subtypes, but those that did,

4    I considered.

5    Q.   Now, Mr. Milward was diagnosed with an acute myeloid

6    leukemia.  Doctor, what is AML?

7    A.   AML is the uncontrolled proliferation of undifferentiated

8    blood cells in your blood, out of the bone marrow.  So the

9    slide on Section B shows you a normal human blood that's been

10   allowed to clot and separate out.  It has a lot of red cells at

11   the bottom; it has plasma or serum at the top.  Leukemic blood

12   is shown at the right of that test tube, and you can see

13   there's a pack of white cells, less red cells, and a lot of

14   dilute serum.  So what's happened is you've got a tremendous

15   proliferation of these useless cells in your blood, and you've

16   suppressed all of the useful and essential cells.

17   Q.   Now, we'll get into the details of the origins of AML in a

18   few minutes, but briefly, how does AML develop?

19   A.   So it results from acquired -- not inherited; you don't

20   inherit AML.  You can inherit risk factors for it but not --

21   you can't actually acquire it from your parents.  So you have

22   to get genetic damage from some sort of environmental source in

23   the DNA of the developing cells in the bone marrow.  This leads

24   to the uncontrolled and exaggerated growth of a series of cells

25   called leukemic blasts which take over the blood and don't have

1    any normal function.  So there's a kind of block on that.  And

2    then there's a blockage on production of all other types of

3    cells which you need to protect you from infection, clot your

4    blood or transport oxygen around.  So you become tired, you

5    start to bruise, and you start to get infections.

6    Q.    And everything that you've described is true of all the

7    subtypes of AML; is that right?

8    A.    That's correct.

9    Q.    Now I want to get into the first line of evidence that

10   we've described for the Court, the epidemiological data

11   relating to benzene and AML.

12        First of all, is there any scientific dispute, Dr. Smith,

13   as to whether benzene is a cause of AML?

14   A.    No.  I don't know of any government body or regulatory

15   agency that doesn't consider benzene to be a cause of AML.

16   Q.    Now, what has IARC had to say specifically about that

17   subject?

18   A.    Well, in 1982 they published this statement which is that

19   it is established that human exposure to commercial benzene or

20   benzene-containing mixtures can damage the blood system.  And

21   then the relationship between benzene exposure and the

22   development of AML has been established in epi studies.

23   Q.    Does IARC use the Bradford Hill considerations when they

24   evaluate a causal link between exposure and cancer?

25   A.    Yes.  They use Bradford Hill in a weight-of-evidence-type

PDF created with pdfFactory trial version www.pdffactory.com

1    approach.

2    Q.    That's the same approach that you've used in reaching your

3    opinions in this case?

4    A.    Yes.

5    Q.    Before I go to the next slide, did the German government

6    recently announce anything with respect to their views about

7    benzene and cancer?

8    A.    Yes.  The German government has recently published a

9    report that they now believe that benzene causes all forms of

10   leukemia, including acute lymphocytic leukemia, and it causes

11   many other types of bone marrow diseases including

12   non-Hodgkin's lymphoma.  And so they now, in Germany, believe

13   that all of those diseases should be compensated for if the

14   person has been exposed in the workplace to benzene.

15   Q.    Now, can you describe for the Court briefly -- give an

16   overview of the history of the discovery of the association

17   between benzene and leukemia?

18   A.    Yes.  So benzene was first discovered to damage the blood

19   in the bone marrow system in 1997 by Sanderson in Sweden where

20   four women in a bicycle rubber tire factory got aplastic anemia

21   from benzene.  Benzene was then known as an industrial poison.

22   And in the 1920s there were many documents saying benzene is

23   really bad stuff; stay away from it.  And in 1928 the first

24   case of benzene-induced leukemia was reported -- the first case

25   report.  There were then a series of case reports and studies

PDF created with pdfFactory trial version www.pdffactory.com

1    of the effect of benzene throughout the '30s and '40s.

2         But in the '50s and '60s an Italian group led by Vigliani

3    started to sort of reveal an epidemic of aplastic anemia and

4    chronic benzene-poisoning leukemia.  And they described a whole

5    series of cases of these leukemias with clinical descriptions.

6    Then this was followed up by a Turkish investigator called

7    Mustafa Askoy who, throughout the 1960s and 1970s, studied shoe

8    workers in Turkey, where he also saw an increase in the

9    incidence of AML from benzene.  And he published many articles

10   on that.  But these were not formal epidemiological studies.

11   They were clinical observations by clinicians looking at a

12   series of traces and describing what they saw.

13        The first full-blown epidemiological study was of rubber

14   workers in the United States by Peter Infante, which was later

15   followed up by Robert Rinsky.  The first publication was in

16   1977.  And this is typically known as the Pliofilm Protocol,

17   which firmly established that benzene could cause leukemia.

18   There was then a follow-up of that in China in a large study

19   between the Centers for Disease Control in China and the

20   National Cancer Institute, called the NCI here, that's been

21   going on for many years now and is still happening, and then

22   studies of the petroleum industry in Australia which helped

23   establish the dose-response relationship between benzene

24   exposure and AML.

25   Q.   Dr. Smith, specifically with respect to the China studies

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   of Yen and Hayes, as listed on your slide here, is that a
 2   cooperative effort between the United States and the Chinese
 3   governments?
 4   A.   Yes, it is.
 5   Q.   Have you done work on that series of studies?
 6   A.   Yes.  We joined that study in around 1991 with the idea
 7   that we would provide laboratory technology and assistance with
 8   measuring various things in this population and doing smaller
 9   studies within that large population.
10   Q.   And how is your specific piece of that work -- how has
11   that been funded?
12   A.   It was funded by a grant from the National Institute of
13   Health, from the National Institute of Environmental Health
14   Sciences.  And I've held that grant for over 15 years now.
15   Q.   Are those kinds of NIH grants easy to get?
16   A.   No.  It's the bane of my life.  And we have to keep
17   writing these grants all the time in order to keep being
18   funded.
19   Q.   With respect to the epidemiology literature on benzene and
20   AML you've been describing, is it your opinion that that
21   literature satisfies most of the Bradford Hill considerations?
22   A.   Yes.  Essentially, there's a very strong association; the
23   odds ratios often exceed 10.  There are consistent findings in
24   Australia, China, the United States, Italy, Turkey, wherever
25   you look.  There's a strong dose-response relationship, it's
```

PDF created with pdfFactory trial version www.pdffactory.com

1    coherent with what we know about benzene, and it's biologically

2    plausible as we have a probable mechanism by which it occurs.

3    Q.    Now, you mentioned an odds ratio.  Can you briefly

4    describe for the Court -- or tell the Court what an odds ratio

5    is?

6    A.    Well, the difference between, say, an exposed population

7    to benzene with what the incidence of a disease is in that

8    population versus a population that is not exposed to the

9    compound.

10   Q.    And depending on the kind of study, that might be measured

11   as an odds ratio or a standardized mortality ratio or a

12   relative risk.  Or there's other measures as well; is that

13   right?

14   A.    Yes.

15   Q.    And all of those measure basically what you just

16   described?

17   A.    They're basically a way -- all of those are ways of

18   comparing one group to another.

19   Q.    I want to move to the second type of evidence that you

20   took into account with respect to the extent to which the

21   subtypes of AML have a common origin in the bone marrow.  Is --

22   how does AML develop?

23   A.    So in the last ten years or so there's been a sort of

24   change in the thinking about the development of AML and

25   leukemias, and cancers in general, where there's been the idea

PDF created with pdfFactory trial version www.pdffactory.com

1    of cancer stem cells as being produced.  Now, we know that

2    leukemias arise from the level of the stem cell, or the very

3    early progenitor cells in the bone marrow, but what's thought

4    to happen is that they acquire characteristics that make them

5    cancerous and they still become like stem cells, which they're

6    able to self-renew and grow without any assistance.  And so

7    they take on the characteristics of very naive stem cells and

8    grow and populate the whole bone marrow.

9    Q.   What is a stem cell?

10   A.   So a stem cell is -- a pluripotent stem cell is a

11   completely immature cell that can be differentiated or can grow

12   into any other form of cell.

13   Q.   Does this chart help shed any light on how that works?

14   A.   Yes.  So you can see the pluripotent stem cell in the

15   middle on the left.  This then what's called differentiates

16   into a lymphoid stem cell, or a myeloid stem cell on the

17   bottom.  This myeloid stem cell then gives rise to all of the

18   forms of myeloid cells, as they're called, including your red

19   blood cells, the erthrocytes; the megakaryocytes, which produce

20   platelets and blood clotting; and the monocytes, which clean up

21   bacteria and everything like that in your blood; and the

22   other -- going to granulocytes, as they're called, or

23   neutrophils, which are -- also fight infection in the blood.

24   Q.   Now, does each descendant of a stem cell carry with it the

25   genetic information from that stem cell?

1   A.   Yes, it does.

2   Q.   So if a mutation develops at the stem cell level, does

3   that mutation then get passed on to the descendant cells?

4   A.   Yes.

5   Q.   Now, what is this chart, which I believe Dr. Bennett had

6   actually included in his slide presentation?  How does this add

7   to what you were describing?

8   A.   Well, this figure is called a stem cell model of

9   hematopiesis which shows how stem cells produce blood cells.

10  And so there is a sort of a pluripotent progenitor cell to the

11  left.

12  Q.   That one?

13  A.   That one.

14       And that one is important because that's the very basic

15  one which has self-renewal capabilities.  That's what that

16  arrow means.  It then becomes a common precursor stem cell, and

17  then moves into being a myeloid -- going up to the top, it

18  moves to a myeloid progenitor cell.  And that's called --

19  there's also a way of measuring those cells in the body through

20  a technique called colony-forming assay.

21       And the title of that cell is then given CFU-GEMM.  And

22  all that means is that that cell can make granulocytes, it can

23  make erythrocytes, it can make monocytes, and it can

24  megacaryocytes.  So it can make all of those cells.  As you can

25  see, this then differentiates further into the next group of

PDF created with pdfFactory trial version www.pdffactory.com

1    cells which come down these specific linages.

2    Q.    Does benzene cause damage at the stem cell level?

3    A.    Yes.  So in a paper that we've published in "Science" in

4    2004, we examined whether or not benzene would damage this very

5    early compartment in human beings, the CFU-GEMM that you showed

6    on the previous slide.  So we measured the changes at the top,

7    in A, in the levels of blood cells -- white blood cells in the

8    blood.  And there was an effect, but not a striking strong

9    effect, as you can see.

10        Then B is progenitor cells of the erythroid and

11   granulocyte.  And if you look at the difference at C -- you can

12   see here, CFU-GEMM -- you can see there's a very strong benzene

13   effect on that group of cells which is stronger than on the

14   external cells.  And we believe that this shows that these

15   cells are the primary target for the effects of benzene in

16   humans.

17   Q.    And just to clarify, Dr. Smith, in the table that's listed

18   there as C, or shown as C, the blue column on that table are

19   the controls who were not exposed to benzene; is that correct?

20   A.    That's correct.

21   Q.    And then the yellow column are people who were exposed to

22   benzene at less than ten parts per million in the air; is that

23   correct?

24   A.    That's correct.

25   Q.    And then the red column reflects people who were exposed

PDF created with pdfFactory trial version www.pdffactory.com

1    to benzene at greater than ten parts per million in the air?

2    A.    That's correct.

3    Q.    And the column is attempting to show the levels of that

4    particular stem cell in those people's blood?

5    A.    That's right.  And you can see that they decline by 80

6    percent, at least.

7    Q.    Now, if we go back to that slide that we were looking at

8    before, where is it again that benzene is attacking?  Is it

9    that level?

10   A.    So that is CFU-GEMM.  Okay?  So we definitely know it's

11   attacking there, but it could also attack earlier at the two

12   precursor cells beforehand, and so that less CFU-GEMM cells are

13   being produced.  So it could be killing those CFU-GEMM cells

14   and it could be stopping other ones from growing into it.  And

15   so it's probably affecting all of those three compartments,

16   very early stem and progenitor cells.

17   Q.    Now, Dr. Bennett has recently cited a 2009 study which he

18   says suggests that APL can develop at a later stage.  What is

19   your response to that?

20   A.    Well, there is a fairly interesting new paper in mice

21   using a highly artificial system which shows that the

22   chromosome changes that occur in APL can occur not only in

23   these very early stem cells in CFU-GEMM, but also can occur a

24   little bit later in the CFU-G compartment which has got XXX

25   against it, that Dr. Bennett put there.  So this is later than

1    was previously thought.  And there was a lot of debate about

2    where these particular changes occur.  There are certain groups

3    who believe that all changes have to occur in the very early

4    compartments.  There are other groups who believe that it can

5    happen at four or five different places.

6         The paper that Dr. Bennett has produced -- very recent

7    paper in "Leukemia" and just published -- is interesting in

8    that it adds to this idea that it can occur at multiple places,

9    but it doesn't mean that it has to occur only in that

10   compartment.

11   Q.   What are the various subtypes of AML?

12   A.   So AML is divided into what's called eight

13   French-American-British subtypes mainly for the purposes of

14   therapeutic treatment and how to treat them, from M0 through to

15   M7.  And these are basically related to how the blast cells

16   that I described earlier, which take over the blood in the bone

17   marrow -- how these look under the microscope and where they

18   would derive from.

19   Q.   Can you show us on this chart where -- what various

20   subtypes are -- point out on the chart where some of these

21   various subtypes show up?

22   A.   So perhaps you could go back one slide just a second.

23   Q.   Okay.

24   A.   So you can see there is myelomonocytic and monocytic, M4

25   and M5.  So go ahead.  So that comes from the monocyte

PDF created with pdfFactory trial version www.pdffactory.com

 1  macrophage area here.  So that will be M4 and M5.

 2      If you'd go back.  There is erythroleukemia, M6.  This

 3  will be basically cells on the far left here, which are

 4  producing erythrocytes, this first cell, and this will produce

 5  that type of erythroleukemia.  And then megakaryocytic, M7

 6  leukemia, this occurs on the lineage on the second from the

 7  left, which is megakaryocyte, and it will occur in the cells

 8  before that.  So by changes in the stem cell, the myeloid stem

 9  cell will produce changes in that.

10      What we believe is occurring, or what scientists believe

11  is occurring, is there are genetic changes early in these stem

12  cells which block the differentiation of these blast cells into

13  these later cells.  So that's what the translocation or

14  chromosome change in APL does:  It can occur at the stem cell

15  level, but it stops the cells from fully maturing into what's

16  called these granulocytes, or neutrophils; it blocks it at an

17  earlier stage.

18  Q.   And where on the chart is M3, or APL?  Where would that

19  be?  Which line of cells is it, this one?

20  A.   In that one, yes, in the promyelocytes, in the ones that

21  are leading to neutrophils.

22  Q.   So where is a promyelocyte on this chart?

23  A.   Well, back there.  Yes, basically that one.  Yeah.

24  Q.   Okay.  Before we leave that subject, Doctor, what's the

25  significance of benzene's effect on the early stem and

1    progenitor cells with respect to the issue that you addressed

2    for purposes of this case?

3    A.   Well, as we've just described, the general scientific

4    opinion now, and the data that we've published, support the

5    idea that stem cells and early progenitor cells are the target

6    for benzene toxicity and a target for benzene-induced leukemia.

7    So that means that if benzene can damage these cells and

8    produce all sorts of genetic changes in these cells and other

9    mutations, then essentially it is very likely that it can give

10   rise to all of these types of AML, including M3, M4, M5 and the

11   others.

12       And so it also suggested it might cause lymphoid leukemia,

13   which appears to be now reached by the German government and

14   others.  So the fact that it's occurring in this early stem

15   cell, progenitor cell, myeloid cell compartment, means that all

16   the subsequent leukemias or changes can occur.  And we know

17   that benzene affects every single one of these cell types.

18   Q.   I want to move to the next line, the third line of

19   evidence, that you considered with respect to benzene's effects

20   on topoisomerase.  How does benzene act to cause leukemia, in

21   general?

22   A.   Well, the cited evidence so far is that it damages these

23   early stem cells, and also work from Richard Irons' group

24   published that its metabolites can actually also recruit stem

25   cells into dividing, which would make them more susceptible to

1    damage.  And it is feared that, in dividing stem cells, the

2    benzene metabolites then damage the chromosomes, breaking them

3    or causing them to be lost or gained, producing the changes

4    that you see in final leukemia.  And one of the mechanisms by

5    which it does this is through the inhibition of the enzyme

6    topoisomerase II.

7    Q.    Can you tell the Court what is topoisomerase II?

8    A.    Okay.  Well, your DNA -- and you've probably seen pictures

9    of DNA where it shows you this sort of helix structure.  And

10   you have to think of your DNA as one long ball of -- one long

11   piece of string.  Now, you couldn't have that long piece of

12   string within round cells in that way, so what happens is it's

13   twisted into a ball like a knitting wool ball.  And in order to

14   replicate, that ball has to be unknotted and put out as a

15   single line.  What topo II simply does is twists and spins the

16   DNA so that it can be unraveled and repackaged during cell

17   division.

18   Q.    So that enzyme in our bodies helps the DNA do its job; is

19   that fair to say?

20   A.    Yes.  It opens it up, relaxes it, allows it to be

21   replicated, and packages it back in again.

22   Q.    You mentioned just a moment ago, Dr. Smith, that it's

23   benzene's metabolites that we think are doing the dirty work

24   here of benzene.  Can you describe how benzene gets

25   metabolized?

PDF created with pdfFactory trial version www.pdffactory.com

1   A.   Well, the metabolism of benzene is complicated, but this

2   is a simplistic view of it and what we think is the key events.

3   Benzene is absorbed into the body, goes to the liver where it's

4   metabolized into phenol and hydroquinone through this enzyme

5   called CYP2E1.  It then is transported to the bone marrow where

6   an enzyme called myeloperoxidase converts it into a highly

7   toxic metabolite called benzoquinone.

8       Now, myeloperoxidase is actually the way that you

9   recognize essentially AMLM-3 and promyelocytes, because they

10  have a very, very large amount of this particular enzyme.  That

11  activates hydroquinone into benzoquinone, which has been shown

12  to be highly toxic, to break chromosomes, and to inhibit

13  topoisomerase II.

14      I should also mention, to complete the slide, that you are

15  protected against this toxicity by an enzyme called NQ01, but

16  about 4 percent of the population in United States lack that

17  enzyme completely, and about 40 more percent have a lower

18  activity than normal.

19  Q.   Are there data in the peer-reviewed published literature

20  that show that benzene metabolites can poison or inhibit

21  topoisomerase?

22  A.   Yes.  There are also studies showing that metabolites,

23  hydroquinone and benzoquinone, damage DNA through this

24  mechanism of inhibiting topoisomerase II.  And there are

25  studies in mice done by David Eastmond's group which shows that

PDF created with pdfFactory trial version www.pdffactory.com

1   benzene itself, when administered to mice, inhibits

2   topoisomerase II in the bone marrow.  And that was a report

3   that was -- underwent peer review and is available on Pub Med

4   and had five peer reviews and is a very well-described study.

5   Q.   Now, Dr. Pyatt, in his reports and testimony in this case,

6   has said that the studies are not sufficient to show that

7   benzene's metabolites really act as topoisomerase inhibitors

8   outside of the test tube.  He just mentioned the mouse studies.

9   What about in live human beings?  How would you have to figure

10  out whether benzene and/or its metabolites are inhibiting

11  topoisomerases in live humans?

12  A.   Well, you would have to do an assay where you expose

13  people to benzene, or they were exposed in their job, as we

14  have studied.  And then you'd have to take out a sample of

15  their bone marrow, which is unethical to do -- you could do

16  that theoretically -- and then you could measure topoisomerase

17  II activity in those people.  But it's essentially not an

18  ethical experiment, and so this is why test-tube studies and

19  animal studies have been done.

20  Q.   And with respect to that bone marrow draw that you're

21  describing would be necessary, that would have to be done

22  shortly after an exposure; is that true?

23  A.   Yes.  During or shortly after a relatively high exposure

24  to benzene.

25  Q.   Are there other chemicals that inhibit that enzyme

PDF created with pdfFactory trial version www.pdffactory.com

1  topoisomerase II?

2  A.   Yes.  So the metabolite of benzene that inhibits

3  topoisomerase II is called benzoquinone, and it has this

4  quinone chemical structure.  And quinone chemicals are actually

5  very common anticancer agents; they're used as anticancer

6  therapeutic drugs.  One of them is mitoxantrone; there are

7  other ones called doxorubicin and azithromycin.  All of these

8  are inhibitors of topoisomerase II.

9       And so there's a study in the "New England Journal of

10  Medicine" about where a whole series of cases of

11  therapy-related APL occur after exposure to mitoxantrone which

12  acts in essentially the same way as benzene metabolites in

13  inhibiting topo II.  And it's now published in a recent review

14  in the widely respected journal of "Blood" that APL is

15  essentially a well-recognized complication of cancer treatment

16  with these agents, targeting topoisomerase II, and really

17  specifically these quinone type of anticancer agents.

18  Q.   So in your view, the literature at this point is

19  established that the weight of the evidence anyway is that

20  chemotherapeutic agents that -- topoisomerase inhibitors do, in

21  fact, cause APL?

22  A.   Yes.

23  Q.   Now, Dr. Pyatt has said in his report and testimony that

24  many topoisomerase inhibitors -- many chemicals that inhibit or

25  poison that enzyme are not causes of leukemia.  And what's your

PDF created with pdfFactory trial version www.pdffactory.com

1  response to that?

2  A.   Well, I mean, they could have not been studied

3  appropriately, but some of the examples he gave I was quite

4  surprised at.  Genistein and soy has been quite strongly linked

5  now in several epi studies with infants with AML where the

6  mother eats high quantities of soy and one gets infant acute

7  myeloid leukemia produced.  There's been no studies that I know

8  of with regard to the intake of soy in adult leukemia, although

9  it is interesting to note that in Japan and China and elsewhere

10  where there is a very high soy intake the rate of acute myeloid

11  leukemia is twice of that in the United States.

12      Other things such as acetaminophen, I understand he

13  mentioned.  Acetaminophen can actually be metabolized also in

14  smaller amounts into the metabolites of benzene called

15  benzoquinone, and also forms another topoisomerase II inhibitor

16  called benzoquinoneimine.  And there are studies indicating

17  that acetaminophen causes an increased risk of leukemia; not as

18  many as on benzene, but there are studies.

19      And another example would be the floxacin antibiotics like

20  Ciprofloxacin.  But one takes Ciprofloxacin as a drug for a few

21  days -- you don't take it chronically, constantly every day --

22  and so that you wouldn't expect that that would increase your

23  chance of leukemia for taking it for a very brief period of

24  time and it wouldn't be a leukemia risk.  And as far as I know,

25  there haven't been any formal studies of that anyway.

PDF created with pdfFactory trial version www.pdffactory.com

1     And so it's my conclusion really that topoisomerase II

2  inhibitors, many of them out there, either in our diet or as

3  drugs, are potential leukemia risks.

4  Q.   So do you believe that the weight of the evidence supports

5  that given a sufficient dose, any agent -- any chemical agent

6  that inhibits that enzyme is capable of producing AML?

7  A.   Put it this way:  I think it's a cause for concern and

8  something for science to follow up on, and I think that's

9  essentially what's happening.

10  Q.   Do you have an opinion to a reasonable degree of

11  scientific certainty about whether benzene can cause APL

12  through the mechanism of inhibiting the topoisomerase II

13  enzyme?

14  A.   I think, given what we know here -- it produces a

15  quinone -- the quinone's inhibited topo II in a way that

16  produces this type of leukemia.  So I think the scientific

17  evidence is highly consistent with that mechanism.

18  Q.   I want to move on to the fourth line of evidence that you

19  considered, Dr. Smith, with respect to what APL-specific data

20  are available from epidemiology studies relating to benzene

21  exposure.  But before I do that, I want to stop and ask you

22  if -- to -- I want to ask you a hypothetical question, which is

23  I want you to assume that there was no APL-specific data

24  available at all in the human formal epidemiology studies, and

25  based on everything that you have already discussed and

1   presented up to this point, would you have an opinion to a

2   reasonable degree of scientific certainty, assuming there was

3   no APL-specific epidemiological literature, as to whether the

4   weight of the evidence would still show that benzene is capable

5   of causing APL?

6   A.   Yes, it would.  Even without looking at this, because if

7   you think about the fact that benzene definitely causes AML and

8   then you think about how does it produce AML, well, it produces

9   AML by producing damage to the progenitor cell and the stem

10  cell very early on in the cells which lead to all of the

11  different types of blood cells and all the different types of

12  leukemia.  And so it's extremely likely then, you know,

13  scientifically probable, that it will produce all forms of AML.

14      You then think about, well, how can it produce the

15  particular types of AML?  Well, we know that APL, for example,

16  is one form of AML, is caused by these topoisomerase

17  inhibitors.  Then you have multiple studies showing that

18  benzene metabolites and benzene itself is a topoisomerase

19  inhibitor, and so you have a mechanistic idea of how it would

20  work.

21      And so the weight of the evidence would simply be that

22  benzene causes AML; it causes all forms of AML by damaging the

23  stem cells and progenitor cells.  And specifically for APL, it

24  would damage the stem cells through topoisomerase inhibition

25  which would lead to the translocation which would then lead to

PDF created with pdfFactory trial version www.pdffactory.com

1   that form of leukemia.  So without anything else you would

2   reach that conclusion, and that's essentially the conclusion

3   that I reached in the mid-1990s.

4   Q.   Now, there are some studies, obviously, that provide some

5   information -- at least epidemiological studies, that provide

6   some information about specific subtypes of AML or -- yes,

7   subtypes of AML.  Are there any studies that you're aware of,

8   Dr. Smith, that show a statistically significant increase in

9   risk with respect to any of the specific subtypes of AML?

10  A.   No.  I know of no study where anyone has broken down the

11  different subtypes and shown that there is a specific increase

12  in the one subtype and not in others.

13  Q.   Now, with respect to APL, in your opinion would it even be

14  able to design a cohort study that would have the statistical

15  power to detect the statistically significant association

16  between benzene and APL-specific?

17  A.   No.  APL is a very rare -- it's a rare form of AML, in

18  general.  So AML is a fairly rare disease, but APL and the

19  subtype of AML -- around three to eight people in a million get

20  APL in a year.  And so you would need to find -- to do the

21  study you would need to find a group of people who were highly

22  exposed to benzene, and you would need to study them for at

23  least ten years, because you'd have to collect three to eight

24  leukemia cases every year in a million people.

25       So in ten years, in a hundred thousand people, you would

PDF created with pdfFactory trial version www.pdffactory.com

1    collect three to eight cases or so in your control group and

2    then have to see whether your highly exposed group had a higher

3    rate.  I mean, the size of the study you would need would be

4    astronomical; it would be hundreds of thousands of highly

5    exposed workers, the same number of controls.

6         You would have to analyze all the leukemia deaths and look

7    at all the different medical records and confirm that they were

8    APLs.  It would -- first of all, it's just unfeasible because I

9    don't know that such a group exists of hundreds of thousands of

10   benzene-exposed workers.  It would be too expensive; it would

11   be millions of dollars.  And it's essentially an impossible

12   task.

13   Q.   Does APL show up among benzene-exposed workers in the

14   handful of epidemiological studies that have provided

15   information about subtypes of AML?

16   A.   Yes.  So in those studies that have looked at breaking

17   down the different types of AML -- and one of the only ones to

18   do that is the study in China which is the largest study of

19   benzene to date -- you find that actually APL is the most

20   common form of AML that's seen in that study.  And in a

21   calculation that I did, I showed that it was -- that this rate

22   of APL was actually higher in the exposed workers than in the

23   controls and similar to other forms of AML.  And so that fits

24   with the whole idea that benzene causes all forms of AML pretty

25   much equally.

1  Q.   Okay.  Well, why don't you talk to -- explain to the Court

2  the background of the Travis study.

3  A.   So the Travis study is a subset or substudy of the larger

4  cohort study that's being performed by the Chinese government

5  scientists and American NCI scientists studying over 600

6  factories.  They're studying 75,000, or thereabouts, workers

7  and 35,000, 36,000 controls.

8       And what Travis did with Martha Linet was try to obtain as

9  much information, medical information, as they could on these

10 workers who developed AML in this study.  And they found that

11 they had 82 cases in the exposed workers of some form of blood

12 disease, and 13 cases in the non-exposed workers, and

13 specifically they had 32 acute leukemias in the exposed group

14 and six in the unexposed group.

15 Q.   And what did they do to assess the subtypes of acute

16 myeloid leukemia -- or let me ask you this:  What is ANLL that

17 gets reported here?

18 A.   So in China, in many earlier studies, anything that was

19 not a lymphocytic leukemia, that was an acute leukemia, was

20 called an acute nonlymphocytic leukemia.  And that meant that

21 if it had anything -- if it was not a lymphocytic leukemia,

22 basically that's how they described it, and that included AMLs

23 and also some very rare leukemias which have both lymphocytic

24 and myeloid characteristics.

25 Q.   For purposes of the body of epidemiological literature

PDF created with pdfFactory trial version www.pdffactory.com

1   that is looked at, benzene and AML and the relationship between

2   those, are studies that reference ANLL considered to be the

3   same as studies that reference AML?

4   A.   Yes.  I mean, for the purposes of research, yes, it's

5   considered to be the same.

6   Q.   Okay.

7   A.   The ANLL is simply, like Dr. Bennett said in his

8   deposition, an antiquated term, and he prefers AML, which I do.

9   Q.   Okay.  So how did Travis, et al, assess the subtypes of

10  AML among the exposed workers?

11  A.   Well, they looked at the medical records that they could

12  obtain and clinical lab and pathology data that they could get

13  ahold of on all those cases, and they assigned them to the

14  different subgroups.  On some you can see that they weren't

15  able to determine what type of acute leukemia it was, but for

16  four of them they showed that they were AML-M3, or reported

17  them as such.

18  Q.   Now, Dr. Garabrant has testified in this proceeding that

19  there is insufficient clinical information from these authors

20  to have determined whether these four cases of APL really were

21  APL.  And what is your response to that?

22  A.   My response is that I know these researchers personally,

23  like Martha Linet, and they're very cautious.  I'm sure that

24  they didn't assign these diagnoses willy-nilly; they looked at

25  all the information they had.  Obviously, they were dealing

1   with China prior to 1987, and China is very different today

2   than what it was in 1987.  And so the medical system was quite

3   different.  And so they reported them, I believe, to the best

4   of their knowledge and to the best of their understanding, that

5   they were AML-M3.  And I used this peer-reviewed paper in

6   making my calculations.

7   Q.   When you mentioned "Martha Linet," Doctor, I realize that

8   I failed to do something that I intended to do in your

9   qualifications.  Were you an author of a chapter in a textbook

10  that was edited by Dr. Bennett, one of the defense experts in

11  this case?

12  A.   Yes, I was.

13  Q.   And what did that chapter have to do with?

14  A.   The causes of acute myeloid leukemia and myelodysplastic

15  syndromes.  I think that's its title.

16  Q.   And how did you come to be the author of that chapter in

17  Dr. Bennett's textbook?

18  A.   I think Dr. Bennett had seen me speak at scientific

19  meetings and wrote me and invited me to write the chapter.

20  Q.   And who were your co-authors on that chapter?

21  A.   My co-authors were Martha Linet of NCI, who is probably

22  the world's foremost expert on the descriptive epidemiology of

23  leukemia and what population it occurs in and at what rates, et

24  cetera, and Gareth Morgan, who's a clinician in England who's

25  one of the world's experts on the treatment of leukemia and its

PDF created with pdfFactory trial version www.pdffactory.com

1   causes.

2   Q.   And you just mentioned Martha Linet as one of the authors

3   of the chapters that you just had been discussing, right?

4   A.   Yes.  She was the senior author on it and she still is the

5   senior investigator on the China study of benzene-exposed

6   workers.

7   Q.   Now, going back to that paper, Doctor, have you determined

8   whether there was a higher rate of APLs in the benzene-exposed

9   group in the Travis study as compared with the control group?

10  A.   Yes.  So one of the interesting sections of the paper says

11  that basically AML-M3 that was occurring in the benzene-exposed

12  group, which occurred in at least four patients in the series,

13  as it says, it was similar in distribution to de novo ANLL in

14  China.  So this allows you to use that number from that

15  particular study to characterize what would be the likely

16  number of cases that you would see in the unexposed group and

17  then do a comparison between the numbers of acute leukemia

18  cases that are M3 in the exposed group versus the control

19  group.  And when you do that you can develop a simple odds

20  ratio, a ratio between the incidence in the one group and the

21  incidence in the other, and you find out it's around 2.6.

22       You can do a statistical test on that.  It's not

23  statistically significant because there's no power in this

24  study to actually see statistical significance.  But the odds

25  ratio is around 2.5 -- it's greater than 2 -- and so it's

1    consistent with other findings in the study where the odds

2    ratio for all forms of AML is around 3.

3    Q.   So based on that analysis, the APLs are occurring in the

4    exposed -- benzene-exposed-worker group roughly two and a half

5    times the rate that they're occurring in the unexposed-worker

6    group; is that right?

7    A.   That's right.

8    Q.   All right.  Now, Dr. Garabrant has suggested that you

9    should have used incidence data from the general population of

10   APL, how often it's occurring in the general Chinese

11   population, to compare that to the exposed -- benzene-exposed

12   workers rather than comparing the benzene-exposed workers to

13   the non-benzene-exposed workers.  And what's your response to

14   that?

15   A.   My response mainly is that one has to be cautious about

16   using general population data because you'll have all sorts of

17   people represented.  They won't necessarily be industrial

18   workers or shoemaker-type people; they will be everybody in the

19   population.  And so you may expect, in theory, that the

20   incidence of leukemia in that more-general population would be

21   lower, and indeed the percentage is around 19 percent for de

22   novo AML in China.

23        And so you could do the calculation that way.  You would

24   still end up with an elevated or increased odds ratio, but in

25   my opinion it's better to use the incidence here, which she

1    says is the same as the distribution of de novo in China, and

2    to do that direct comparison.

3    Q.   Now, the authors of the series of studies that have been

4    done in China on benzene-exposed workers, have they chosen to

5    compare the rate of incidence of leukemia and other disease in

6    the benzene-exposed workers to the general population or to

7    other workers?

8    A.   They've done it to other workers; they've done it to the

9    unexposed control group.

10   Q.   So they've made the same type of comparison that you've

11   made for purposes of this case, right?

12   A.   Yes.

13   Q.   What is the significance of the 1982 Golomb, G-O-L-O-M-B,

14   study on the issue of benzene and APL specifically?

15   A.   Well, again, it's not a formal epi study but a series of

16   cases that are reported in which people were interviewed, had

17   diagnoses as to what their occupations had been and how they

18   had occupational exposure.  And so when they did that, they

19   found 58 patients who they considered to be unexposed and then

20   16 who were exposed.

21       Now, exposed -- by "exposed," they mean to expose to

22   everything in general; they don't just mean benzene.  So when I

23   looked at this paper, if you saw, this is the exposed group, of

24   which there are 16 exposed patients.  If you look at those

25   individuals, eight of them are exposed to petroleum products,

PDF created with pdfFactory trial version www.pdffactory.com

1    which means they're gas station attendants and truck mechanics,

2    et cetera.  So they have probable exposure to benzene, we can

3    say.  In one of those eight is an APL.

4         And you can go back a second.

5    Q.   Okay.

6    A.   The other workers who were exposed to solvents, perhaps,

7    insecticides, they have possible -- some of them may have

8    benzene exposure, but there's no way you can say they have

9    probable benzene exposure.  So you really have one out of eight

10   who were probably exposed to benzene who has APL, which means

11   that that rate is about 12.5 percent in the exposed group.  And

12   then in the 58 unexposed patients, there are three cases with a

13   translocation 15;17, there's one unconfirmed APL case without

14   the translocation but which you could include, if you'd like.

15        So there are four APL cases, which means there's 6.9

16   percent in the control group.  So in this group of exposed

17   patients who were exposed to petroleum products with probable

18   benzene exposure, you have a rate of 12.5 percent; in the

19   unexposed group you have a rate of 5.2 to 6.9 percent.  So when

20   you do a very simple mathematical ratio, you end up with an

21   average of about 2, 2.1 with probable exposure to benzene as

22   versus those who were unexposed patients.

23        So I think what's interesting about this is it's very

24   similar to the one that was calculated for Travis.  So if you

25   actually look at the only studies which break down APL into --

PDF created with pdfFactory trial version www.pdffactory.com

1   as a subtype of AML in relationship to exposures -- chemical

2   exposures, when you look at that you see it's elevated in both

3   studies, and that's completely consistent with what we -- what

4   my opinion was earlier.  And so it looks like there's nothing

5   to contradict my opinion in this particular...

6   Q.   The analysis that you've just gone through with respect to

7   both the Travis study and the Golomb study -- Golomb article --

8   do you intend to publish your findings or the analysis that

9   you've done for purposes of this case?

10  A.   Well, I might do -- since it's reasonably interesting,

11  breaking it down like this, I'm looking at this.  I won't do

12  it, though, until this case is resolved and everything's over.

13  Q.   Is there any other APL-specific epidemiological literature

14  in relation to benzene exposure?

15  A.   The only other relevant epidemiological study is an

16  Italian case-control study of various occupations, et cetera,

17  by Mele and others in Italy, where they found an increased risk

18  specifically of APL in shoemakers.  And the authors themselves

19  said a significant relationship between shoemaking and APL is

20  possibly related to benzene exposure, a well-known leukemic

21  agent present in the glues.

22       If these data are confirmed by further studies, the high

23  risk of developing AML after benzene exposure -- or exposition,

24  as they say in Italy -- could be largely attributed to the APL

25  subset.  So they actually saw APL as being the primary type of

1   AML produced by benzene.

2   Q.   And in that particular study they found that APL was

3   occurring among shoemakers at six times the rate of the general

4   population; is that correct?

5   A.   That's correct.  And it's sort of supported earlier work

6   from Italy and from the shoemakers in Turkey where, even though

7   benzene exposures were reduced, it wasn't completely phased

8   out, and it's still producing an elevated rate of APL and AML,

9   no doubt, in that population.

10  Q.   Now, Dr. Garabrant and Dr. Pyatt in this case have

11  testified that this study has no bearing on benzene because

12  they say that by the -- by some point benzene was outlawed by

13  the Italian government with respect to being included in these

14  glues that were used by shoemakers.  And what's your response

15  to that?

16  A.   Well, this study was published in '95, and so the data was

17  probably analyzed in the early '90s of people who were

18  diagnosed with AML many years after getting benzene exposure in

19  the '70s or '80s, or even the 1960s.  And so prior to 1977

20  there were no formal epidemiological studies, as I mentioned,

21  on benzene.  It wasn't until 1987 that the U.S. government

22  acted on benzene to lower its professional standard.  And Italy

23  actually lagged behind.  They still have, up until relatively

24  recently, gasoline with 5 percent benzene in it so Ferraris

25  could run well.  And that's now been phased out, but it's been

1   relatively recently that benzene exposure has been reduced in

2   Italy.

3   Q.   In any event, it appears that the authors of this

4   particular study believe that benzene was a possible or

5   probable cause of the increase among shoemakers; is that fair

6   to say?

7   A.   Yes.  And I'd also point out that in the studies done in

8   China, in theory there's no benzene in the glues.  I mean,

9   there's no warnings on it.  The glue is actually said to say --

10  it actually says -- on a lot of the products it says "no

11  benzene," but we've actually, when we've measured it, found

12  there's 30 percent benzene in the glue.  And so even though

13  products say they have no benzene in them, they often do.

14  Q.   So what is your conclusion with respect to the

15  APL-specific data that's available in the epidemiological

16  literature on benzine and AML?

17  A.   Well, data regarding APL-specific epi basically supports

18  my earlier conclusion, reached through mechanistic and other

19  considerations and the well-known relationship between benzene

20  and AML, that available APL-specific material supports my

21  conclusion and is certainly not inconsistent with it.

22         MR. JENSEN:  At this time, your Honor, I would pass

23  the witness to the Court or to defense counsel.

24         THE COURT:  I have a couple of questions.  I hope they

25  don't take us off the track.

1            You may have said it -- I think I read it -- that

2    something like 95 percent of APL cases have the 15;17

3    translocation?

4            THE WITNESS:  Yes.  I mean, there are other rare

5    translocations which involve either the gene at --

6            THE COURT:  That's my question:  Why do things that

7    have different translocations get classified under the same --

8            THE WITNESS:  Well, they still all have the same --

9    the mutation occurs, still disrupts this -- what's called the

10   promyelocytic leukemia gene, PML, of an RAR -- retinoic acid

11   receptor -- gene.  So if all of the translocations disrupt

12   those, it leads to a block in that particular process.

13           THE COURT:  Does it matter -- we saw some diagrams

14   that showed a series of progressive generations, I guess, of

15   cells.  Putting aside the issue that's really here, I guess,

16   which is where effectively the mutation occurs, does it matter

17   for the success, if we could call it that, of the mutation at

18   what generation it occurs?  Is there some point beyond which it

19   could not produce APL?

20           THE WITNESS:  Well, that was thought, that it really

21   had to be in this progenitor GEMM stem cell compartment, or the

22   earlier stem cell compartment.  This latest paper that Dr.

23   Bennett's referred to shows that it can occur slightly later,

24   one step beyond that, at the specific granulocyte.  That

25   doesn't mean to say that it can only occur at that spot, but it

PDF created with pdfFactory trial version www.pdffactory.com

1    basically adds another cell type to this.

2         THE COURT:  You used the term "compartment."  Can you

3    define that for me?

4         THE WITNESS:  Yeah, well, people think of these things

5    as compartments where there are the very early stem cells, then

6    the next compartment which is a larger group of cells called

7    early progenitor cells.  They then consider the next

8    compartment to be more differentiated progenitor cells, another

9    group of cells even larger in number which produce all of these

10   blood types.  And then you get the next compartment, is the

11   fully differentiated blood cell -- blood types.  And so that's

12   enormously large.  You produce 10 billion cells every day in

13   your blood from very few stem cells.

14        THE COURT:  So it's just a group of like cells, is

15   that what --

16        THE WITNESS:  Just a group of like cells.

17   BY MR. JENSEN:

18   Q.  Are you using it the same as you would use the word

19   "generation" --

20        MR. JENSEN:  I'm sorry to interrupt here.

21   Q.  -- a generation of cells, the compartment, the way you're

22   using that?

23   A.  Well, no, it's more -- actually, I don't know how much you

24   want to go into this, but there's actually a bone marrow --

25   people think of your bone marrow as being like mush like you

PDF created with pdfFactory trial version www.pdffactory.com

1    eat, but it's actually very structured; it has nerve endings

2    and everything in it.  And the stem cells actually sit in a

3    particular part of the marrow, in what's called a niche, and

4    they sit in what's like a compartment, literally a physical

5    compartment, and then differentiate out into these other cells.

6              THE COURT:  Is there a difference between

7    pluripotential and multipotential?

8              THE WITNESS:  No, not really.  They're used, I think,

9    synonymously.

10             THE COURT:  You made a distinction in talking about

11   the China study -- Chinese study -- you made a distinction

12   between unexposed workers and the general population?

13             THE WITNESS:  Yes.

14             THE COURT:  What would be the difference between those

15   groups?  Maybe I don't understand what "unexposed workers" are.

16             THE WITNESS:  Okay.  Well, the general population --

17   unexposed workers in this particular case means people who are

18   of the same socioeconomic classes as the workers in the exposed

19   group who work in similar jobs, in factory-type employment,

20   without -- without benzene exposure.  So in our studies we

21   typically use people who --

22             THE COURT:  To attempt to control for other potential

23   agents?

24             THE WITNESS:  Well, to control further confounders

25   that there will be in -- the general population will have old

PDF created with pdfFactory trial version www.pdffactory.com

1   people and much younger people and will have people who have

2   other diseases or other things going on.

3            THE COURT:  Okay.  Thank you.

4            Anything else?

5            MR. JENSEN:  If I could have one follow-up question,

6   your Honor?

7            THE COURT:  Sure.

8   BY MR. JENSEN:

9   Q.  Can you explain to the Court what the healthy worker is?

10  A.   Yes.  One of the things you want to try to avoid in

11  looking at an exposed population versus an unexposed worker

12  population is the healthy-worker effect.  So what's

13  interesting, for example, in unhealthy petroleum refinery

14  workers is that they may have a higher rate of leukemia but

15  they're actually quite physically active and they have a lower

16  rate of heart attack, they have a lower rate of colon cancer

17  and things like that.  So that's called a healthy-worker

18  effect.

19       And so say you wanted to study colon cancer in

20  relationship to petroleum exposure.  You would have to account

21  for that healthy-worker effect.  And the best way of doing that

22  is to choose another group of healthy workers as your control

23  group rather than the general population.

24            THE COURT:  Okay.  Mr. Leghorn?

25            MR. LEGHORN:  Thank you, your Honor.

```
 1                        CROSS-EXAMINATION

 2    BY MR. LEGHORN:

 3    Q.   Good morning, Dr. Smith.  Welcome to Boston.

 4    A.   Good morning.  It's nice to be here.

 5            THE COURT:  Excuse me, Mr. Leghorn.  Do you want your

 6    computer?

 7            MR. LEGHORN:  Not right now.  I'm mostly into low

 8    tech.

 9    BY MR. LEGHORN:

10    Q.   We met at your deposition; is that right, Doctor?

11    A.   Yes; I remember you.

12    Q.   And I believe at your deposition we went over a few

13    articles, correct?

14    A.   "We went over a few articles," did you say?

15    Q.   Yes.

16    A.   I'm sorry.  I had trouble hearing you.

17    Q.   We went over a few articles?

18    A.   I think we did, yes.

19    Q.   And at your deposition, we also went over your

20    qualifications and what you expected to testify about, correct?

21    A.   Yes.

22    Q.   And you're a toxicologist, correct?

23    A.   Yes.

24    Q.   And as a toxicologist you study the effects that agents

25    might have on humans and other organisms, correct?
```

1    A.   Correct.  It's the study of the adverse effects of

2    chemicals on humans and organisms.

3    Q.   And you're not trained in medicine, correct?

4    A.   I'm not an M.D.

5    Q.   And you're not qualified to make diagnoses?

6    A.   I'm not.

7    Q.   And I think at your deposition you said you could read

8    epidemiological studies but you couldn't design them; isn't

9    that right?

10   A.   That's right, yes.

11   Q.   And you're not a stem cell scientist, are you?

12   A.   Well, we study a lot of stem cell and progenitor cells in

13   our laboratory.  Whether I call myself a stem cell scientist,

14   that's the only thing I did, no, but I understand stem cells

15   and progenitor cells.

16   Q.   But you don't study the physiology of stem cells, the

17   morphology of stem cells?

18   A.   I study the biology of them -- we look at them under the

19   microscope -- but I don't make it a specialty of mine.

20   Q.   And you mentioned that you have been involved in

21   epidemiological studies of the benzene-exposed populations,

22   correct?

23   A.   Correct.  And I am currently.

24   Q.   And would it be fair to say, as you mentioned in your

25   direct testimony, you assisted the epidemiologists by doing

PDF created with pdfFactory trial version www.pdffactory.com

1    laboratory work, correct?

2    A.    Well, I comment on and assist in the methodologies that

3    they use in lab tests on these people, but I'm involved in

4    reviewing all aspects of the study.

5    Q.    And epidemiology is an outgrowth of the discipline of

6    mathematics called statistics, right?

7    A.    Perhaps, yes.

8    Q.    Well, there's a lot of statistical calculations you made

9    in the area of epidemiology, correct?

10   A.    Yes.  But you don't need statistics to switch off the

11   Broad Street pump.

12   Q.    Excuse me, Doctor?

13   A.    It's a famous --

14   Q.    I didn't hear your answer.

15   A.    You don't need statistics in order to switch off the Broad

16   Street pump.

17   Q.    But the discipline of epidemiology has evolved, correct?

18   A.    Yes.  All sciences evolve.

19   Q.    And it has developed certain conventions, correct?

20   A.    Yes.

21   Q.    And it has developed certain accepted techniques, correct?

22   A.    Yes.

23   Q.    And part of those techniques are to avoid relying on

24   results that are a product of chance, correct?

25   A.    Well, yes.  Because unlike bench-type science, or lab

PDF created with pdfFactory trial version www.pdffactory.com

1  science, epidemiology is an observational science.  And so you

2  are, all the time, worried about there may be some other factor

3  going on in the population which accounts for your observation

4  rather than the true cause of the observation.

5  Q.   And, Doctor, the question in front of us today is whether

6  exposure to benzene can bring about -- or is capable of causing

7  APL, correct?

8  A.   Yes.  The question is:  Can benzene cause the subtype of

9  AML called APL.

10  Q.   And I think, Doctor, the judge talked about you testified

11  that APL, 95 percent have a specific translocation, correct?

12  A.   Correct.

13  Q.   And that's a translocation of certain genes between

14  Chromosomes 15 and 17, correct?

15  A.   Yes.  The PML gene on 15 and the RARa gene on 17.

16  Q.   And this is what we are talking about, correct?  This is

17  the M3 type and the FAB classification, correct?

18  A.   Yes.  That is the specific subtype we're talking about.

19  Q.   At your deposition I believe we also talked about the fact

20  that 80 -- in 80 percent of all cases of leukemia, there is a

21  description attached to them as idiopathic; is that right?

22  A.   Yes.  Or de novo; yes.

23  Q.   And that means we don't know, or have any idea, what

24  caused this, correct?

25  A.   Well, I wouldn't say we don't have any idea.  I would say

PDF created with pdfFactory trial version www.pdffactory.com

1   that we don't, with a reasonable degree of scientific

2   probability, know what caused them.

3   Q.   And it's only in the other 20 percent where there's a

4   perceived cause, correct?

5   A.   Correct.

6   Q.   And I believe in your testimony at your deposition you

7   attribute half of those to benzene exposure arising from

8   cigarette smoking?

9   A.   Well, from cigarette smoking, and part of which is related

10  to benzene.

11  Q.   Right.  The benzene in the smoke gives rise to half of the

12  20 percent of leukemias where we believe we know the cause?

13  A.   Well, not just the benzene, but benzene and other

14  chemicals in cigarette smoke produce leukemias which are half

15  of the known causes.

16  Q.   Now, Doctor, you mentioned on direct that you came to the

17  conclusion that benzene was capable of causing -- and correct

18  me if I'm wrong -- APL sometime in the early 1990s; is that

19  correct?

20  A.   Yeah, mid-1990s.  Yes.

21  Q.   Was the stem cell research that was cited in your work, or

22  in your report, done by that time?

23  A.   No, but it was widely believed that benzene was damaging

24  the stem cells.  And the Irons group published in 1992 that

25  stem cells could be recruited by benzene metabolites into the

1    dividing phase.  And so the stem cell hypothesis of leukemia

2    development was well established by that time.

3    Q.   Now, the Irons group that did that study, that was a study

4    of mice; is that correct?

5    A.   Yes.

6    Q.   Do you know if that's ever been replicated in humans or

7    human cells?

8    A.   No.  I really don't see how you could do it in actual

9    humans.  Whether you could do it in human cells, you could do

10   it in human cells by taking cells in vitro from human marrow or

11   blood and culturing the stem cells and then seeing what

12   happened to them in the presence of various benzene

13   metabolites.

14   Q.   Do you know if Dr. Irons' group tried that?

15   A.   He may have, but I don't recall the publications.

16   Q.   Now, Doctor, I'm going to -- do you remember at your

17   deposition we talked about the specific study written by, I

18   believe, your first graduate student?

19   A.   Yes.  David Eastmond, yeah.

20   Q.   David Eastmond.  And he's someone who also studied in the

21   area of benzene exposure, topoisomerase II?

22   A.   Yes.  He's the first person to describe the effects of

23   benzene metabolites on topoisomerase II.

24   Q.   Now, I'm not sure...

25           MR. LEGHORN:  Your Honor, we're trying to establish --

PDF created with pdfFactory trial version www.pdffactory.com

1   I'll read the title into the record so it's clear, but for

2   purposes of the witness, this is a document that he has seen at

3   his deposition.

4           THE COURT:  How are these several documents

5   identified?  Do they have numbers like exhibits?

6           MR. LEGHORN:  This is Exhibit 3 from the deposition of

7   Martyn Smith taken on January 30, 2009.

8           THE COURT:  All right.  In the white binder are the

9   documents numbered?

10          MR. LEGHORN:  Yes, they are.

11          THE COURT:  So this is exclusive of that?  This would

12  be a different numbering?

13          MR. LEGHORN:  Your Honor, if it's in there, I would

14  love to refer to it.  I don't know if it is.

15          MR. JENSEN:  We just found it.  It's Number 46 in the

16  binder.

17          THE COURT:  I just want the record to be clear; that's

18  all.

19  BY MR. LEGHORN:

20  Q.   Doctor, I handed you what was Exhibit 3 in your

21  deposition, but it's Tab No. 46 behind the Smith report in the

22  binder that the Court has.  And this is an article by David

23  Eastmond; is that correct?

24  A.   Yes.  He's the first author, I think.

25  Q.   And, Doctor, in this report I'd like you to turn to --

1   much like we did on the day of your deposition, to page 212.

2   A.    Yes.

3   Q.    And on there there is a table, Table 2, in which Dr.

4   Eastmond summarizes the general characteristics of leukemia

5   induced by various agents -- chemical and physical agents,

6   correct?

7   A.    Yes.

8   Q.    And among the causes of leukemia, he talks about ionizing

9   radiation, right?

10  A.    Yes.

11  Q.    And ionizing radiation, he reports, gives rise to

12  virtually all of the leukemias.  Are we agreed on that?

13  A.    Yes.  It's been very well studied from the atomic bombs.

14  Q.    And he later says that the principal chromosomal

15  abnormalities that we see across that range are abnormalities

16  at Chromosomes 5 and 7, correct?

17  A.    Yes.

18  Q.    In ANLL, correct?

19  A.    Yes.

20  Q.    And we'll confine ourselves to the ANLL.

21  A.    Okay.

22  Q.    He also lists alkylating agents; isn't that correct?

23  A.    That's correct.

24  Q.    And with regard to the alkylating agents, he lists again

25  chromosomal abnormalities at Chromosomes 5 and 7, correct?

```
 1   A.    Correct.
 2   Q.    And these chromosome abnormalities at 5 and 7 are
 3   additions and deletions; isn't that correct?
 4   A.    Yes.
 5   Q.    And that's where something extra gets attached to that
 6   chromosome?
 7   A.    Yes.
 8   Q.    And the types that he lists with Chromosomes 5 and 7 are
 9   the FAB types M1 and M2, correct?
10   A.    Yes.
11   Q.    You would agree with that?
12   A.    Yeah.
13   Q.    And with regard to the alkylating agents, he talks about
14   an exposure, or a latency period, of four to five years; is
15   that right?
16   A.    To which agent, the alkylating?
17   Q.    The alkylating agent.
18   A.    In this article does he say that?  I forget.  I think it's
19   slightly longer.
20   Q.    I think if you look at the chart -- it's on the chart,
21   Doctor.
22   A.    Oh, it's on the chart?  Okay.  I think generally people
23   think it's somewhere between five and ten years.
24   Q.    Okay.  And this is where I had a problem at your
25   deposition and I still have it today.  Below the alkylating
```

PDF created with pdfFactory trial version www.pdffactory.com

1   agents on that chart is the phytotoxin topo II inhibitors; is

2   that correct?

3   A.   Yes.

4   Q.   We can agree we'll use that shorter word for the longer

5   word that's in the chart?

6   A.   Phytotoxin?

7   Q.   Yes.

8   A.   Okay.

9   Q.   And is it your understanding that phytotoxins are topo II

10  inhibitors, or topoisomerase II inhibitors?

11  A.   Yes.  And very specifically because they poison the

12  enzyme.

13  Q.   When you say "poison," it stops it from working, right?

14  A.   Well, inhibitors stop it from working too, but poisons

15  very specifically stop it from having DNA loop through it, or

16  having DNA pass through it.

17  Q.   Okay.  And those type of topo II -- or topo II isomerase

18  inhibitors -- bring about a particular chromosomal abnormality;

19  isn't that correct?

20  A.   That's correct.  The translocation of Chromosome 11q23.

21  Q.   And you agree with that?

22  A.   Yes.

23  Q.   And that's sort of a defining characteristic of the

24  phytotoxin topo II inhibitors and the type of chromosomal

25  damage that you see, correct?

1    A.    Yes.

2    Q.    Much like the t(15;17), correct?

3    A.    Yes.

4    Q.    And they're associated with, according to Dr. Eastmond,

5    the M4 and M5 types, correct?

6    A.    Correct.

7    Q.    You agree with that?

8    A.    Yup.

9    Q.    And there he talks about a latent period of two to three

10   years; is that right?

11   A.    Yes.

12   Q.    And you agree with that?

13   A.    Yes.

14   Q.    And then finally we have the dioxopiperazine topo II

15   inhibitors, the catalytic inhibitors as we've discussed,

16   correct?

17   A.    Yes.   The catalytic inhibitors.

18   Q.    And those are associated with the 15;17 translocation,

19   correct?

20   A.    Yes, and 8;21.

21   Q.    And you say those are also associated with 8;21?

22   A.    I should say throughout the documents, the depositions and

23   other things throughout this trial, it's often referred to as

24   "A21," so that's clearly -- so in all of the things it says

25   "A21."

1   Q.   It should be 8;21, right?

2   A.   It should be 8;21.

3   Q.   And those, according to Dr. Eastmond, are associated with,

4   again, a particular type -- or particular types of the M3

5   subtypes, right?

6   A.   Yeah.  I mean, it doesn't -- I mean, he doesn't mean to

7   exclude them; he just says they're the principal types.

8   Q.   Those are the ones we would expect to see?

9   A.   They would be the predominant ones, not the fact that he

10  was excluding any other ones.

11  Q.   Well, M2 and M3 -- and M3, you say, is the MPO you were

12  talking about, right?

13  A.   Right.

14  Q.   And you do agree, then, that in 95 percent of the cases of

15  APL you'll see the t(15;17) translocation, correct?

16  A.   I do.

17  Q.   But you don't see the t(8;21), correct?

18  A.   That's right.

19  Q.   And do you agree with Dr. Eastmond's report there of the

20  latency period of approximately three years?

21  A.   David knows much more about those particular types of

22  dioxopiperazine inhibitors than I do.  I haven't looked at that

23  literature.

24  Q.   Excuse me?

25  A.   I haven't looked at that specific literature.

1  Q.   Do you have any reason to believe that he's wrong?

2  A.   No.

3  Q.   And then he finally reports in that chart benzene,

4  correct?

5  A.   Yes.

6  Q.   And on benzene he shows a mixed translocation, or

7  chromosomal abnormalities, correct?

8  A.   Yes.

9  Q.   And he reports there the principal types with no

10  qualifications are M1, M2 and M6, correct?

11  A.   Yes.

12  Q.   And he puts "M3" and a question mark?

13  A.   He puts "M3" in parenthesis, or a box, and with others is

14  a question mark.

15  Q.   Right.  So the rest are questionable.

16       And, Doctor, in your work you have explored, have you not,

17  the chromosomal abnormalities that we see in

18  the benzene-exposed population; isn't that correct?

19  A.   I have.  I mean, I also spoke to David about why he put M3

20  in a box.

21  Q.   Well, but I'm asking you:  You've studied the chromosomal

22  abnormalities that you see in the benzene-exposed workers; is

23  that correct?

24  A.   Yes.

25            MR. LEGHORN:  Your Honor, it's eleven -- the clerk

1    indicated you wanted to take a break at close to eleven.  This

2    is a good time.

3              THE COURT:  All right.  We'll take a brief recess.

4              THE CLERK:  All rise.  The Court will take a short

5    recess.

6              (There is a recess in the proceedings from 11:06 a.m.

7    to 11:25 a.m.)

8              THE CLERK:  All rise.

9              Please be seated.

10             MR. LEGHORN:  May I proceed, your Honor?

11             THE COURT:  Go ahead.

12             MR. LEGHORN:  Thank you.

13   BY MR. LEGHORN:

14   Q.   Dr. Smith, before we leave the topic of Dr. Eastmond, you

15   mentioned in your direct testimony the report of a study that

16   Dr. Eastmond did considering topo II isomerase inhibition and

17   benzine metabolites, correct?

18   A.   Yes.  On benzene itself.

19   Q.   Oh, on benzene itself.

20        And you reported that his finding showed that the exposure

21   to benzene inhibited topo II isomerase, correct?

22   A.   Yes.

23   Q.   And did it show the consequence of that topoisomerase II

24   inhibition?

25   A.   It showed chromosome damage in the form of what's called

PDF created with pdfFactory trial version www.pdffactory.com

1  micronucleus formation.

2  Q.   It did not show any particular chromosomal abnormalities,

3  correct?

4  A.   You can't do that.  You couldn't see 15;17 in mice; their

5  genes are distributed differently on their chromosomes and

6  their chromosomes are different.

7  Q.   So his study merely showed that topo II isomerase was

8  inhibited, correct --

9  A.   Yes.

10  Q.   -- in mice?

11  A.   In mice.  In the bone marrow.

12  Q.   Now, Doctor, you're familiar with your declaration and

13  supplemental declaration; is that correct?

14  A.   Yes.

15  Q.   I'm going to hand you copies --

16         MR. LEGHORN:  And I note that these are marked within

17  the book, your Honor, as follows:  Behind the Martyn Smith tab,

18  Tab A is the supplemental declaration of Dr. Smith, and Tab B

19  is the declaration of Dr. Smith.

20  BY MR. LEGHORN:

21  Q.   I have just written those in, Doctor, for your convenience

22  as we talk about those.

23      Dr. Smith, if you go to Paragraph 28 of your declaration,

24  which is B -- Tab B -- 28A is your statement with regard to the

25  cell of origin, correct?

PDF created with pdfFactory trial version www.pdffactory.com

1   A.   Yes.

2   Q.   And it's without citation to any source, correct?

3   A.   Yes.

4   Q.   And, Doctor, in preparing your declarations and

5   supplemental declarations, A and B, you read a number of

6   articles, correct?

7   A.   Yes.

8   Q.   You read the articles cited in your reports, correct?

9   A.   Yes.

10  Q.   And if you'd go to your supplemental declaration which is

11  A, in Paragraph 33 -- if you could turn to that document.

12  A.   Yes.

13  Q.   -- there you're addressing again the issue of the cell of

14  origin for AML, correct?

15  A.   Yes.

16  Q.   And, Doctor, in coming to your opinion, you considered

17  what you reviewed, correct?

18  A.   Yes.

19  Q.   You considered everything that you reviewed, correct?

20  A.   Yeah.

21  Q.   Whether it was supportive of your conclusion or not,

22  correct?

23  A.   Yes.   Uh-huh.

24  Q.   And you had some methodology of dealing with or ruling out

25  information that was contrary, correct?

1   A.    Yes.  Weighing one against the other, correct.

2   Q.    Your report doesn't disclose how you did that, correct?

3   A.    How I did what?

4   Q.    How you weighed the evidence, correct?

5   A.    My original report describes a weight of evidence

6   methodology.  In the supplemental report there was no

7   discussion of the methodology used, no.

8   Q.    But with regard to how you -- what weight you assigned to

9   a piece of evidence that was supportive and the weight that you

10  assigned to a piece of evidence that might not have been

11  supportive, you didn't describe what weight you assigned,

12  correct?

13  A.    No; correct.

14  Q.    And in Paragraph 33 of your supplemental declaration, in

15  support of your theory that -- or your opinion that there is a

16  single cell of origin for all of the M3s, you cite three

17  articles from the medical literature, correct?  That's on page

18  711 of your Supplemental Report A.

19  A.    Well, in my original report I wrote that some types of AML

20  all derive from genetically damaged pluripotent cells or

21  progenitor cells.  And I then respond to particular comments

22  made by Dr. Pyatt in Section 33 of my supplemental in which he

23  was claiming that things were different in cells of origin, and

24  then cited to sort of standard major journals.  I mean, there

25  are many articles on this.

PDF created with pdfFactory trial version www.pdffactory.com

1   Q.   But you cited three, correct?

2   A.   Yes.  I could have cited 20.

3   Q.   But you picked these three because you thought they best

4   represented your position, correct?

5   A.   No, I picked these three because they were in the leading

6   journal, "Leukemia," and had just been published; and I picked

7   the other ones -- I mean, I also spoke with people who work in

8   this field of stem cell biology, and they say that we know that

9   CML, for example, is a stem cell disease since Connie Eaves

10  first published it in the 1980s.

11  Q.   Doctor, let me show you a copy of --

12          MR. LEGHORN:  I don't know what number this is in the

13  book, your Honor.  I haven't had a chance to figure it out.

14  BY MR. LEGHORN:

15  Q.   But it's the first of yours.  It's called "Targeting the

16  Leukemic Stem Cells, the Holy Grail of Leukemia" by Misaghian,

17  et al, correct?

18          MR. STEWART:  Number 57.

19          MR. LEGHORN:  Number 57?  Thank you.

20          THE WITNESS:  Yes.

21  BY MR. LEGHORN:

22  Q.   And you, in fact, derived a quote from this article,

23  correct?

24  A.   Yes.

25  Q.   And you gathered that quote, did you not, from the

1    abstract, correct?

2    A.    Yes.

3    Q.    That's the sentence that begins, "Furthermore, numerous

4    studies demonstrate"; is that right?

5    A.    Yes.

6    Q.    And this is what's referred to in the medical literature

7    as a review article, correct?

8    A.    Yes.

9    Q.    And here the author is reviewing what has been written in

10   this field, correct?

11   A.    Yes.

12   Q.    Now, Doctor, I'd like you to turn to -- I guess it's the

13   bottom of the page 2 where it talks about LSC.   These are

14   referred to as leukemic stem cells, correct?

15   A.    Yes.

16   Q.    And in the body, stem cells tend to be quiescent most of

17   the time, correct?

18   A.    Yes.

19   Q.    And one of the problems in treating leukemia is that the

20   chemotherapy agents that are used don't get at the stem cell

21   because they're not actively reproducing the leukemic stem

22   cell, correct?

23   A.    Correct.

24   Q.    And isn't it true, Doctor, in the case of APL that there

25   is a very effective therapy for its treatment, correct?

PDF created with pdfFactory trial version www.pdffactory.com

1    A.    Yes.

2    Q.    And, in fact, it is effective in approximately 95 percent

3    of the cases, correct?

4    A.    That's my understanding, although I'm not an expert in

5    that area.

6    Q.    So -- and that is much higher, isn't it, Doctor, than the

7    therapeutic -- the good therapeutic outcomes that you have in

8    other forms of AML?

9    A.    Yeah.  Well, that's specifically because the promyelocytic

10   leukemia cell is sensitive to arsenic, and the retinoid acid

11   receptor gene is sensitive to treatment with retinoid acid

12   itself.  And so they found a combination therapy which will

13   target the gene that's fused in that translocation.  So they

14   have been fortunate to target a very specific type of gene.  If

15   those genes were not involved, they would not be able to treat

16   the disease.

17   Q.    And they target those in actively replicating cells,

18   correct?

19   A.    Correct.  Well, in those cells, then the blasts are

20   effectively replicating.

21   Q.    And they do not attack the stem cell?

22   A.    Well, that's what may cause remission in those cases where

23   you actually eliminate a large number of the blast cells and

24   think you cured the disease but actually leukemic stem cells

25   survive and the patient goes into remission.

PDF created with pdfFactory trial version www.pdffactory.com

1  Q.   And in this case the remission ratio rate in APL is very

2  low, correct?

3  A.   I don't know about that.

4  Q.   Now, Doctor, if you look at this, at the bottom of page 3,

5  under LSCs it says that "Acute leukemias consist of either

6  immature progenitor cells."  Progenitor cells are a level down

7  from stem cells, correct?

8  A.   Well, a level up.  It depends on how you think of it.

9  Q.   That's right.

10       MR. LEGHORN:  Your Honor, can we have the slide that's

11  up on my computer?  Whatever we're hooked into, whatever this

12  output is.

13       (Pause.)

14       MR. LEGHORN:  We shouldn't have any --

15       THE COURT:  I'm getting an image, right?  Isn't that

16  coming from you?

17  BY MR. LEGHORN:

18  Q.   You had a chart up there, Doctor, that you said was from

19  Dr. Bennett's slides, correct?

20  A.   Yes.

21  Q.   And by the way, when people talk about stem cells that we

22  hear about, that's embryonic stem cells, correct, in the press?

23  A.   Yes.  And that's very different from what we're talking

24  about here.

25  Q.   What we're talking about are hematopoietic stem cells,

PDF created with pdfFactory trial version www.pdffactory.com

1   correct?

2   A.   Right.

3   Q.   And those are stem cells that can only end up as a blood

4   cell?

5   A.   Well, in the body, yes.  But if you take them out and

6   manipulate them, you can make them into anything.

7   Q.   Right.  But in the body it's going to end up as a blood

8   cell?

9   A.   That's what we think right now, although they may be able

10  to migrate and repopulate other tissues.

11  Q.   We don't know that for sure, correct?

12  A.   That's right.  That's a matter of debate.

13  Q.   In fact, there's a lot of things about stem cells we don't

14  know.

15  A.   There's a lot of interesting things that we'd like to

16  learn about stem cells and an awful lot that we do know.

17  Q.   And when you talk about the hematopoietic stem cells, you

18  also use the term "progenitor cell," correct?

19  A.   Yes.

20  Q.   And the progenitor cell has less choice in life than the

21  stem cell, correct?

22  A.   Correct.

23  Q.   And it's got to go one of two ways, correct?

24  A.   Yes.

25  Q.   You have a lymphoid cell or a myeloid cell, right?

1    A.   Well, it's a myeloid progenitor or lymphoid progenitor.

2    So it has got to choose one or the other.

3    Q.   And after that we have precursor cells, right?

4    A.   Yes.

5    Q.   We don't know if there's just one precursor cell before we

6    get a fully formed cell or many, correct?

7    A.   Correct.

8    Q.   And as each precursor goes through its changes, it changes

9    slightly each time, correct?

10   A.   Right.  Grows more specialized.

11   Q.   And the issue is there are no reports in the literature,

12   am I correct, that show the t(15;17) translocation in any

13   progenitor cell, correct?

14   A.   Well, there are studies where they put the translocation

15   into the stem cells.

16   Q.   But we don't see it occurring due to exposure to any agent

17   at that level, correct?

18   A.   Well, I don't think anybody's managed to do that, no.

19   Q.   But there aren't any studies, correct?

20   A.   I don't think anybody's managed to isolate stem cells and

21   look for that translocation from people.

22   Q.   So what we're doing in your theory of common origin are

23   making certain assumptions, correct?

24   A.   No, not really.  No.  I mean, the idea that leukemia

25   arises from the stem cells and it forms leukemic stem cells is

PDF created with pdfFactory trial version www.pdffactory.com

1    generally accepted textbook hematology now.

2    Q.    Right.  But whatever level that it occurs may be to an

3    entirely different chromosome, correct, where we had

4    abnormalities at 5 and 7 or M1s and 2s, 11q23, M4s and M5s,

5    right?

6    A.    Right.

7    Q.    Now, if you go on in staging -- and correct me if I'm

8    wrong, on page 2 and 3, right-hand column, very last line --

9    "Acute leukemias consist of either immature progenitor cells

10   without lineage determinative" -- "differentiation or

11   immature" -- of "lineage-determined cells (for example, acute

12   promyelocytic leukemia)"?

13   A.    I'm sorry.  I don't see where you're reading on page 2.

14   Q.    I'm on page 2, last line, right column, and going over to

15   the top of the column on page 3.

16   A.    Yes.  Okay.

17   Q.    This reports that there's a difference between APL and the

18   rest; isn't that right?

19   A.    Does it?  How so?  I don't understand how you're saying --

20   Q.    It says, "Acute leukemias consist of either immature

21   progenitor cells without lineage differentiation or immature

22   but already lineage-determined cells (for example, acute

23   promyelocytic leukemia)."

24   A.    Yup.

25   Q.    You agree with that?

1   A.   I don't understand.  I mean --

2   Q.   Doesn't that indicate to you that the insult occurs

3   further down the line?

4   A.   No.  That's where I think you're completely

5   misunderstanding it.  Because it says all lineage

6   differentiation or immature but already lineage-determined

7   cells.  It doesn't mean that the change happened in the

8   lineage-determined cell.

9   Q.   And, Doctor, you said you don't know where the change

10  occurs either?

11  A.   No.  But on this chart, for example, you could see it

12  occurs.  And actually, you could also see throughout the

13  diagrams in this paper that the mutation can occur either right

14  back at the pluripotent stem cell, in the slightly committed

15  stem cell, in the myeloid progenitors, or in the CFU-GM or

16  CFU-G.  So it can occur in any of these cells.

17       The reason why it becomes APL is that the t(15;17)

18  translocations and the other variants of it block promyelocytes

19  at that particular stage.  And so it doesn't matter where it

20  arises -- and, in fact, with APL, it can arise quite late -- it

21  still will produce the same effect of APL.

22  Q.   Would you agree it can occur at the level where the three

23  Xs are?

24  A.   Well, there's one paper in "Leukemia" in an extremely

25  artificial study done by an excellent group of researchers here

1    in Boston.  And that is going to be a controversial paper.

2    There's going to be other people who attempt to replicate it

3    and use different methodologies.  Whether it will survive or

4    not, I don't know.

5    Q.   And it could be right?

6    A.   It could be right.  It doesn't make any difference to my

7    opinion, but it could be right.

8    Q.   And when you say "artificial," you'd indicated most of the

9    research on stem cells has to be artificial; isn't that right?

10   A.   No.  I mean, in this particular case they actually

11   introduce a human chromosome change into a mouse stem cell at

12   different places, and they do it by putting it in a molecular

13   biology vector.  It's a very artificial system.

14   Q.   Well, you indicated it would be unethical to do this to

15   humans, correct?

16   A.   Yes.

17   Q.   And that you would have to use some other method, correct?

18   A.   Yes.

19   Q.   And, in fact, David Eastmond uses mice, correct?

20   A.   Yes.

21   Q.   Now, you also, in this article, in that section, cite the

22   article by Jorgensen, correct?

23   A.   Yes.

24   Q.   In Paragraph 33 of your supplemental?

25   A.   Yes.

1  Q.   And this paper has nothing to do with myeloid leukemias,

2  correct?  "The Characterization of Cancer Stem Cells in Chronic

3  Myeloid Leukemia" by Jorgensen and Holyoke, correct?

4  A.   Yes.  It has to do with myeloid leukemias, correct.

5  Q.   And it is acquired myeloid leukemia?

6  A.   Yeah, not AML but CML.

7  Q.   And that's a very different disease; isn't that right?

8  A.   Maybe not so much anymore.

9  Q.   Based on the study?

10  A.   No, based on the fact that people really did think it came

11  from a highly differentiated cell, and now it appears to be a

12  stem cell disease quite similar to the acute...

13       MR. STEWART:  And just for the record, that's Number

14  60 in the binder.

15       MR. LEGHORN:  Your Honor, we didn't get the list until

16  this morning.  That's why we haven't been able to match them

17  up.

18  BY MR. LEGHORN:

19  Q.   And finally, you say -- and again, I -- chronic myeloid

20  leukemia is characterized, again, by a very different genetic

21  mutation, correct?

22  A.   Right.  It talks about the Chromosome 9 and 22

23  translocation.

24  Q.   And it also talks about there's a Philadelphia chromosome?

25  A.   Yes.  Well, the Philadelphia chromosome is that

1   translocation, but it was originally described as just a

2   shorter version of one chromosome.

3   Q.   And that, again, is very different from the t(15;17)

4   translocation, correct?

5   A.   It's actually quite similar.  I mean, it's different

6   chromosomes, but the mechanisms involved in its production are

7   very similar.

8   Q.   But it is different chromosomes?

9   A.   Yup.

10  Q.   And then you also cite to the Passegué?  Do you know how

11  she --

12  A.   Passegué.

13  Q.   Passegué.

14       Her paper, that was "Leukemic Stem Cells:  Where Do They

15  Come From?" right?

16  A.   Right.

17  Q.   And, again, you're quoting -- in your report -- is from

18  the abstract, correct?

19  A.   Yeah.

20  Q.   All these cases are quotes from the abstract, correct?

21  A.   That's where the paper is summarized.

22  Q.   And --

23       MR. STEWART:  I'm sorry.  It's Number 58, just...

24       MR. LEGHORN:  Thank you.

25       MR. STEWART:  You're welcome.

```
1   BY MR. LEGHORN:

2   Q.    And in the Passegué article, Number 58, she concludes,

3   does she not, at the very end of the paper -- I'm happy to give

4   you a copy so you can read along with me -- and this was

5   published in 2005 -- that her study is looking for where do

6   these LSCs, or leukemic stem cells, come from.  And this is a

7   question that we've been discussing this morning, right?

8   A.    Yes.

9   Q.    And she writes, "Fundamental questions remain unanswered

10  about the nature of the oncogenic events leading to leukemias

11  in the stage of hemapoietic development in which such events

12  can occur"; is that right?

13  A.    Yes.

14  Q.    You agree with that?

15  A.    Yes.

16  Q.    Now, looking at the Wojiski article -- and that's the

17  article that we have been referring to as this recent

18  article --

19  A.    Yes.

20  Q.    -- by a group of researchers here in the Boston area,

21  correct?

22  A.    Yes.

23  Q.    -- you've indicated that what this raises is the question

24  of further study, correct?

25  A.    Yes.  Well, I mean, what Passegué is saying in this
```

PDF created with pdfFactory trial version www.pdffactory.com

1    article is more research is needed.  I mean, that's fine.

2    Q.    And more research is needed, correct?

3    A.    Sure.  Always is.

4    Q.    Now, you mentioned in your direct testimony the Lam study,

5    I believe, correct?

6    A.    Yes.

7    Q.    And you were an author on that, correct?

8    A.    I'm the senior author.  I wrote the paper.

9    Q.    Okay.  When you went through it -- I always forget who's

10   the senior author -- the first author does most of the lab

11   work, correct?

12   A.    Well, in this particular case the first author did most of

13   the field-type work in China, yes.

14   Q.    And you, the senior author, did the writing?

15   A.    Right.

16   Q.    And articles that we've looked at that have been submitted

17   to the Court, sometimes there are a number of articles -- much

18   like in the Travis article that we saw up there -- there were a

19   number of authors there and they all contributed to the --

20   A.    It takes a very large team of people to do that type of

21   work, correct.

22   Q.    And that study wasn't studying stem cells, correct,

23   directly?

24   A.    It was a study of progenitor cells.

25   Q.    And you were just looking at increases or decreases of

1    stem cells, correct?

2    A.    Yes.   So that particular compartment which has the stem

3    cells and the progenitor cells is very small numerically

4    compared to your total blood cells.   So we isolated that as a

5    group of cells and grew them in a culture.   So it contains

6    within it the stem cells and the commuted progenitor cells.

7    Q.    You said you grew it in a culture.   You did this in a

8    Petri dish or something like that, correct?

9    A.    We took the blood out of people, and then we cultured it

10   for 14 days in a medium which promotes the growth of the stem

11   cells so we could see them.

12   Q.    But it was not measuring in any way any particular

13   translocations, correct?

14   A.    No.   That work is ongoing.

15   Q.    Now, part of your -- your theory, or one of the -- you say

16   the biological plausibility is that in benzene-exposed workers

17   the topoisomerase inhibition, either by benzene directly or its

18   metabolites, causes the t(15;17) translocation; is that right,

19   sir?

20   A.    Correct.

21   Q.    Now, as a matter of fact, that's never been observed,

22   correct, in any conclusive way?

23   A.    No.

24   Q.    It has?

25   A.    I said no, it hasn't been observed.

1    Q.    I think we're just using double negatives, and I wanted to

2    make sure the record was clear, Doctor.

3         And part of the basis of your theory is that you look to

4    other topo II isomerase inhibitors, in particular, some

5    chemotherapy agents, that may be related to -- I misplaced the

6    stapler but that's all right.  And I believe this is in your

7    book -- I don't know the number -- "DNA Topoisomerase II in

8    Therapy-Related Acute Promyelocytic Leukemia."  Doctor, I

9    believe that you and I spoke about this study.

10         MR. LEGHORN:  Twenty-three, your Honor, in the

11    notebook.

12    BY MR. LEGHORN:

13    Q.    And this is a study of five pages, correct?

14    A.    Yes.

15    Q.    And all of these patients have received mitoxantrone,

16    correct?

17    A.    I believe so, yes.

18    Q.    All of these patients were breast cancer patients,

19    correct?

20    A.    Yes.

21    Q.    And all of these patients had received radiation, correct?

22    A.    I'm not sure of that, but I think so.

23    Q.    If you'd look at Table 1 on page 1351?

24    A.    I see it, yes.

25    Q.    Do all of those indicate radiation?

1    A.    Yes.

2    Q.    Radiation can bring about M3, correct?

3    A.    Yes.

4    Q.    Doctor, have you read any papers published in the

5    peer-reviewed medical literature that report a statistically

6    increased risk of developing APL when treated with a

7    topoisomerase II inhibitor such as mitoxantrone?

8    A.    No.

9    Q.    And you also cite a paper, do you not, in support of your

10   position that topoisomerase II inhibition is related to the

11   development of APL, a study by Hasan?

12   A.    Yes; the review article.

13   Q.    And that paper's entitled "Molecular Analysis of the

14   t(15;17) Breakpoints in Secondary Acute Promyelocytic Leukemia

15   Arising After Treatment of Multiple Sclerosis"?

16   A.    Yes.

17   Q.    And he reports there, does he not, that in all cases

18   mitoxantrone, a statistically inhibited association, this

19   document demonstrates?

20   A.    Where does he say that?

21   Q.    If you go over to page 33 -- it's Smith 194.  It's easier

22   to read.  And on the top left-hand column, the third line, "The

23   incidence of SAPL" -- that's often an abbreviation for

24   "secondary APL"; is that correct?

25   A.    That's correct.

PDF created with pdfFactory trial version www.pdffactory.com

1    Q.    -- "arising in MS patients treated with mitoxantrone is

2    not firmly established," and that "A systematic analysis has

3    been undertaken to address this issue and only case reports

4    have been published"; is that correct?

5    A.    That's correct.

6    Q.    And that's -- you agree with that?

7    A.    Yes.

8    Q.    Doctor, we just mentioned a term, "case report."  The

9    medical literature -- is it fair to say that a case report is

10   submitted to a medical journal, then a physician or researcher

11   sees something interesting?

12   A.    Yes.

13   Q.    And it's something that can provoke further research;

14   isn't that right, Doctor?

15   A.    Yes.

16   Q.    And it's often how hypotheses are created for researchers

17   to test, correct?

18   A.    Yes.

19   Q.    And a case report is not something on which you can base a

20   cause-and-effect determination, correct?

21   A.    Well, not individually, no.

22   Q.    And when we talked about epidemiology -- we've talked

23   about some studies here, and maybe we should go through them

24   because I think there are different types of studies that we

25   talked about already -- or you talked about.  You have the

PDF created with pdfFactory trial version www.pdffactory.com

1   cohort study, right?

2   A.    Yes.

3   Q.    This is where we have a group of people who have been

4   exposed to an agent, correct?

5   A.    Yes.

6   Q.    And we see if that exposure to an agent -- the hypotheses:

7   Does benzene exposure lead to M6? -- you get a group of

8   benzene-exposed folks, and we study that, and we compare it to

9   a group of controls, correct?

10  A.    Correct.

11  Q.    And a cohort study can be either prospective or

12  retrospective, correct?

13  A.    Correct.

14  Q.    In fact, some cohort studies have a little bit of both?

15  A.    Correct.

16  Q.    You roll it up, the cohort, look back to see what you've

17  got, and follow it pretty much, right?

18  A.    Correct.

19  Q.    That's what your Chinese study was doing, correct?

20  A.    Exactly.

21  Q.    And in here we look at the incidence rate, correct, in a

22  cohort study?

23  A.    Right.

24  Q.    How many cases of a disease do we see in the population in

25  a particular year, correct?

```
1    A.    Correct.

2    Q.    And out of that we do get the incidence rate.  And one of

3    the Hill criteria that is included is specificity, right?

4    A.    Right.

5    Q.    And "specificity" means that a particular condition is

6    brought about only by exposure to a particular agent, correct?

7    A.    Correct.

8    Q.    Very few of those in medical history; is that right?

9    A.    Yes.

10   Q.    And, in fact, benzene -- excuse me -- AML is not specific,

11   correct?  There are a number of causes of AML?

12   A.    Right.

13   Q.    In fact, we don't know what causes 80 percent, correct?

14   A.    Right.

15   Q.    So when we do a cohort study, we look at the incidence

16   rates of the exposed and compare them to the unexposed,

17   correct?

18   A.    Right.

19   Q.    And it's only if there's a difference that you start to

20   think about a potential association, correct?

21   A.    Right.

22   Q.    And if we're looking at a particular disease, APL, for

23   instance, which occurs, you say, in three in a million?

24   A.    Three to eight in a million, right.

25   Q.    So if we look at a million people, we expect to see three,
```

1    right?

2    A.    This year.

3    Q.    This year.  We'd expect, if we followed them from January

4    1 to December 31, we'd see three?

5    A.    Right.

6    Q.    And there's another term which we sometimes get confused

7    with "incidence," is "prevalence"?

8    A.    Right.

9    Q.    And that's incidence over time, right; is that right?

10   A.    Yup.

11   Q.    So we compare the incidence rate of the exposed to the

12   unexposed, correct?

13   A.    Yup.

14   Q.    And if the -- that will give you what is known in

15   epidemiology as the relative risk, right?

16   A.    Yes.

17   Q.    And relative risk of 1 is important, is it not?

18   A.    That means no difference.

19   Q.    No difference.  And then if something has a relative risk

20   greater than 1, there may be a cause-and-effect relationship,

21   correct?

22   A.    Yes.

23   Q.    That that is capable of bringing about -- the exposure to

24   the agent is capable of bringing about that, correct?

25   A.    Yes.

1   Q.   The outcome.

2        And if it's less, it may be protective in some way,

3   correct?

4   A.   Perhaps, yes.

5   Q.   Perhaps.  All of this you talk about is observational

6   science, right?

7   A.   Right.

8   Q.   So as an observer, we need to make sure that we are

9   looking at something that will help us come to a true

10  conclusion, correct?

11  A.   Sure.

12  Q.   And epidemiology has come up with what is known as the

13  p-value, correct?

14  A.   Well, by using statistical analysis, yes.

15  Q.   By using statistical analysis we can determine the

16  likelihood that this group of data --

17  A.   Yes.

18  Q.   -- were generated by chance or are actually representative

19  of what's occurring, correct?

20  A.   Correct.

21  Q.   And science views the p-value at less than .05 as a

22  standard of reference, correct?

23  A.   Correct.

24  Q.   That means that the chance that this data was generated

25  purely by luck, so to speak, is less than 5 percent, right?

1   A.   Right.

2   Q.   And incidence rates and p-values are generated with regard

3   to cohort studies, correct?

4   A.   Correct.

5   Q.   And oftentimes we can -- when you do these studies, the

6   result, whatever it is, 1.0 or .9, is a point estimate,

7   correct?

8   A.   Yes.

9   Q.   And then we have what is known as the confidence level,

10  right?

11  A.   Yes.

12  Q.   And that gives us the range where we can assume to a 95

13  percent degree of certainty that the actual value is correct?

14  A.   Yes.

15  Q.   And, again, the number 1 is important, correct?

16  A.   Yes.

17  Q.   And if the confidence value includes 1, it's not

18  statistically significant, correct?

19  A.   Right.

20  Q.   And another type of study which I believe that you

21  mentioned is what is called the case controls, right?

22  A.   Yes.

23  Q.   And the case-control study is where we start out with a

24  number of cases of the disease, right?

25  A.   Yes.

1  Q.   And now we've got an identified group here who have a

2  disease, and we're going to see if we can determine whether

3  there's something that's causing the disease, correct?

4  A.   Right.

5  Q.   And then we match them with some controls?

6  A.   Right.

7  Q.   And we try to control for various variables to get out of

8  what epidemiologists call confounding factors, correct?

9  A.   Right.

10 Q.   And one of the other things that's done at this point,

11 too, is to assure that the observer, or researcher, is careful

12 in picking controls to avoid observer bias, correct?

13 A.   Yes.

14 Q.   And observer bias is where data is manipulated to get to a

15 desired conclusion, correct?

16 A.   Well, "manipulated" makes it sound like it's a conscious

17 act; it may be unconscious.

18 Q.   It may be unconscious because somebody believed that there

19 is an association between A and B so "subconsciously"

20 eliminates data that may contradict them, correct?

21 A.   I don't know of specific examples of that, no.

22 Q.   Okay.  But that's what it's trying to measure, right?

23 A.   Right.  It's trying to measure -- get away from that.

24 Q.   And these oftentimes are -- not a lot of subjects are

25 needed to do a case-control study, correct?

1  A.   Not as many, no, as in the cohort study.

2  Q.   And you're familiar, are you not, with the famous DES

3  study done here in Boston, correct?

4  A.   You don't need many cases, no.

5  Q.   There were eight cases and 32 controls, correct?

6  A.   I don't know exactly.

7  Q.   And when you do a case-control study, the results there

8  that you talk about is an odds ratio, right?

9  A.   Okay.

10  Q.   Right?  That's the outcome.

11      And often on case-control studies, they'll have a

12  two-by-two box, correct?

13  A.   Correct.

14  Q.   These are cases.  And these will be the exposed and these

15  will be the unexposed, correct?

16  A.   Yes.

17  Q.   And here are the ones that don't have cases, correct?

18  A.   Right.

19  Q.   So if we're looking for one, we might have in the exposed,

20  two, and 32 there, right?

21  A.   Right.

22  Q.   And we might have three, and 64 there, correct?

23  A.   Right.

24  Q.   And now the goal is to find out again whether there is a

25  relationship here that rises to the level of a statistical

1   association when you do a cohort study and odds ratio, correct?

2   A.   Correct.

3   Q.   And here you're going to get your odds ratio.  And, again,

4   1 is important, correct?

5   A.   Yes.

6   Q.   If the odds are greater than 1, then there may be a

7   cause-and-effect relationship, correct?

8   A.   Right.

9   Q.   And then for statistical significance here, what you do

10  again is calculate the 95 percent confidence level, correct?

11  A.   Correct.

12  Q.   And when we say that a study is statistically significant

13  associating exposure to an agent and a disease, it either means

14  we have an odds ratio of 1 in a case-control study where the

15  confidence control does not make 1 --

16  A.   Right.

17  Q.   -- or a cohort study with a p-value of less than 5 and the

18  confidence interval not including 1, correct?

19  A.   Right.

20  Q.   Now, there is no such study --

21  A.   Right.

22  Q.   -- for APL and benzene exposure, correct?

23  A.   Correct.

24  Q.   Now, you talked about a few studies here.  And I'd like to

25  go to the Mele study which you brought up here.  And that's the

PDF created with pdfFactory trial version www.pdffactory.com

1  study in Italy, correct?

2  A.   Yes.

3  Q.   And, again, I'm not certain what the --

4        MR. LEGHORN:  This is "Epidemiology of Acute

5  Promyelocytic Leukemia."

6        MR. STEWART:  That's Number 42, your Honor.

7        MR. LEGHORN:  Thank you.

8  BY MR. LEGHORN:

9  Q.   And one of the things about controlling the confounding

10  factors and the biases, researchers often do regression

11  analyses on those to get those out, correct?

12  A.   Yes.

13  Q.   And unless you know what regression analyses they're

14  running and the assumptions that are made, it's hard to get

15  behind their conclusions; isn't that right?

16  A.   Right.

17  Q.   I want to show you the Mele study, "Epidemiology of Acute

18  Promyelocytic Leukemia."  And that's the one that you mentioned

19  on direct testimony, right?

20  A.   Yes.

21  Q.   And this was a case-control study, wasn't it?

22  A.   Yes.

23  Q.   And in this case-control study with Mele, if we were doing

24  our little box, he's looking at, first of all, the association

25  between occupation and leukemia -- acute leukemia, correct?

1   A.   Yes.

2   Q.   This study was not designed to look at benzene exposure,

3   correct?

4   A.   No.

5   Q.   It didn't measure or document the benzene exposure of

6   anyone here, correct?

7   A.   No.

8   Q.   It did?

9   A.   No.  I said, no, it didn't measure exposure at all.

10  Q.   And here in the control we have -- if you look at Table 2

11  on page 407 --

12  A.   Mine must be numbered different than yours.

13  Q.   I'm looking actually at the page of the article.

14  A.   Oh.

15  Q.   It's Table 2, Doctor.

16  A.   Okay.

17  Q.   Got it?

18  A.   Yup.

19  Q.   We've got 1161 controls, correct, if you look at risk

20  factor, controls on APL cases?

21  A.   Yes.  1161 controls then, yes.

22  Q.   And then we have APL cases:  36, correct?

23  A.   Correct.

24  Q.   And then underneath it lists the various occupations or

25  other exposures, correct?

PDF created with pdfFactory trial version www.pdffactory.com

1   A.   Yes.

2   Q.   One of them was hair dye, farmers, people living in houses

3   on volcanic rock, correct?

4   A.   Yes.

5   Q.   And you say that here it shows a statistically significant

6   relationship between being a shoemaker and the development of

7   APL, correct?

8   A.   Yes.

9   Q.   And if one was to -- we've got 36 cases of APL, and 5.7 of

10  them are among the shoemakers, correct?

11  A.   5.7 percent.

12  Q.   Percent, right.  Percent are among the shoemakers?

13  A.   Not 5.7 out of 36, but 5.7 percent.

14  Q.   Right.  And if you do the math, it's two, correct?

15  A.   It's two.

16  Q.   It's about two.  But we have to round it to a person,

17  right?

18  A.   Right.

19  Q.   The case control -- actually the case control, the chart,

20  you can't have a percentage of a case; it's got to be an

21  integer, doesn't it?

22  A.   Yes.

23  Q.   And that's how you factor the odds ratio, by using

24  integers, not numbers that have a decimal point, correct?

25  A.   Right.

1  Q.   And when you look at the percentage of APL among the

2  controls, it's 1.5 percent, correct?

3  A.   Yes.

4  Q.   And in a gross way of thinking about it, it's about four

5  times higher in shoemakers, correct?

6  A.   Yes.  From the 6 percent to the 1.5 -- yeah.  Okay.

7  Q.   But we can't tell how that was played because those were

8  adjusted for age, sex, education and residence outside the

9  study area; isn't that right?

10 A.   Right.

11 Q.   And we know we need to really have the data and the

12 programs to understand the effect that they have on this

13 outcome, correct?

14 A.   Right.

15 Q.   The other thing, is under your continuum theory, if these

16 shoemakers were exposed to benzene in the glues --

17 A.   That's not my theory; that's what the author said.

18 Q.   Okay.  That's what the author said.

19      But your theory is that it would be the topoisomerase II

20 inhibition that would bring about the APL, correct?

21 A.   Yes.

22 Q.   And do you know when these cases were diagnosed?

23 A.   I don't recall exactly.

24 Q.   And --

25 A.   It says 1981 to '85, or thereabouts.

PDF created with pdfFactory trial version www.pdffactory.com

1   Q.    Do you know when benzene was removed from shoemaking glue

2   in Italy?

3   A.    Probably the late '70s or early '80s.

4   Q.    Okay.  And you do agree that the latency period would be

5   two to three years, as Dr. Eastmond reported in his study?

6   A.    No, not for benzene.  No.

7   Q.    Topo II isomerase has a different latency period?

8   A.    Yes, because of chronic repeated exposure.

9   Q.    And you would be -- it would be from the last exposure?

10  A.    Well, typically with latency you talk about the first

11  exposure.  So it could be much longer with benzene.

12  Q.    But you don't know.

13        Have you done -- is there any study out there talking

14  about and reporting a potential latency period between exposure

15  to benzene as a topo II isomerase inhibitor and the development

16  of any leukemia?

17  A.    There is latency periods for benzene exposure and AML,

18  yes.

19  Q.    AML?

20  A.    Yes.

21  Q.    You believe that benzene causes APL because of its topo II

22  isomerase inhibition, correct?

23  A.    Yes.

24  Q.    Is there any study showing a topo II isomerase

25  inhibition -- the development of APL -- with the latency period

PDF created with pdfFactory trial version www.pdffactory.com

1    greater than two or three years as reported by Dr. Eastmond?

2    A.    Well, these are drug treatments at very high doses but

3    over a short course, which is then followed to see what you

4    get.    They're not -- they're typically done by case reports;

5    there are no long-term studies of patients.

6    Q.    There are no such reports?

7    A.    Not long-term follow-up.  So we don't truly know the

8    latency period.

9    Q.    And Dr. Eastmond's study is correct, that with regard to

10   topo II isomerase inhibition, it's two to three years

11   regardless of the type, correct?

12   A.    Well, with the piperazine inhibitors, yes.

13   Q.    Well, if you look at Dr. Eastmond's report again on

14   page -- I think it's in front of you, Doctor.

15   A.    Yes.   I know the phytotoxins are two to three, and he says

16   the piperazines are three years.  The thing is that this is

17   extremely high doses of the drug and then follow-up very

18   briefly to see how long it takes for leukemia to develop.

19   Q.    Well, you don't know what he was looking at, do you?

20   A.    I sort of do, yes, actually, but...

21   Q.    Because you talked to him?

22   A.    Yes.

23   Q.    But the fact is that you don't know, nor does science

24   know, what the latency period is, correct?

25   A.    Well, we know -- we know that there is -- with treatment

PDF created with pdfFactory trial version www.pdffactory.com

1    with high dose topo II inhibitors like etoposide, we know that

2    the latency period can be relatively short.

3    Q.    Doctor, does the latency period also affect the issue of

4    where the stem cell damage is?

5    A.    No, not really.

6    Q.    But you just hypothesize that in the case of benzene the

7    latency period could be longer, correct?

8    A.    Well, I don't just hypothesize; the exposure is different.

9    You're not swallowing benzene to treat a disease; you're

10   actually being exposed to it chronically in a workplace on an

11   everyday basis, so the latency period could be a lot longer.

12   Q.    In science -- Doctor, you just gave me a hypothesis,

13   right?

14   A.    No.

15   Q.    You said, "I could hypothesize," correct, "that the

16   latency period in benzene will be longer because the exposure

17   is different," correct?

18   A.    It's not really a hypothesis; it's a reasonable

19   assumption.

20   Q.    But that is something that science would want to test to

21   determine if it's true; isn't that correct?

22   A.    Well, the latency period for most benzene-induced

23   leukemias is relatively longer.

24   Q.    But we don't know for a fact that with topo II isomerase

25   that it is, do we?

1    A.    No.

2    Q.    Now, we talked about the Travis study.  And the Travis

3    study really is a review of the data used by the Chinese,

4    correct?  In the Chinese study?

5    A.    What do you mean by "review of the data"?

6    Q.    She does not make any conclusions about relative risks,

7    odds ratio or anything else in that paper, correct?

8    A.    That's correct.

9    Q.    There's no report of any statistical significance,

10   correct?

11   A.    No.

12   Q.    She's reviewing the data for the purpose of looking at it

13   and saying "We looked at a lot of the available data.  We

14   inspected it.  We compared it to what medical records we had,

15   what pathology materials we had, death certificates," correct?

16   A.    Yes.

17   Q.    And she includes there the chart which you put up there

18   where she determines that -- Travis -- "Hematopoietic

19   Malignancies and Related Disorders Among Benzene-Exposed

20   Workers in China," '94, Travis, et al?

21           MR. JENSEN:  That's 37.

22   BY MR. LEGHORN:

23   Q.    Doctor, I show you what's 37 out of the exhibits of

24   plaintiffs.  And you used the chart that's basically on page 96

25   of the report, Table 4, correct?

1    A.    Yes.

2    Q.    And that's where in Cases 5 through 8 she reports that the

3    diagnosis was ANLL-3, or ANLL-M3, correct?

4    A.    Yes.

5    Q.    And in three of those cases there's a notation of

6    hypergranular promyelocytes at 90 percent in all of those,

7    correct?

8    A.    Yes.

9    Q.    That would be indicative, would it not, of an APL,

10   correct?

11   A.    Yes.

12   Q.    And it's not fully diagnostic, correct?

13   A.    Well, I'm not an expert in that area.

14   Q.    Okay.  But you accepted Dr. Travis's designation,

15   correct --

16   A.    Yes.

17   Q.    -- that these were APLs?

18         And that's because you view Dr. Travis and the others who

19   prepared this report to be good researchers, correct?

20   A.    Yes.

21   Q.    And you mentioned Dr. Golomb.  You talked about him?

22   A.    I did?

23   Q.    You talked about Dr. Golomb.  You reported on his report?

24   A.    Yes.

25   Q.    And he's from the University of Chicago, correct?

1    A.   Is he still there?

2    Q.   At the time he did --

3    A.   Yes.

4    Q.   At the time of his report he was there.

5    A.   Yes.

6    Q.   And he was a well-respected researcher at the University

7    of Chicago, correct?

8    A.   Maybe.  Maybe.

9    Q.   And is it fair to say among researchers you all have your

10   individual opinions about who's a good researcher and who is

11   not in the field?

12   A.   Yes.

13   Q.   And that's something that cannot be scientifically

14   measured, correct?

15   A.   No.  I didn't do a weight-of-the-evidence on it.

16   Q.   Now, Dr. Travis's study from '94, it was a series of

17   studies, was it not, that Yang and Zhang and others authored

18   over -- Yin authored over time with various iterations?

19   A.   Well, really, Songnian Yin, who's one of the authors on

20   here, he started it all in China.  He started the study.  He

21   advanced the study by Guilan Li.  And then they formed a

22   partnership with the National Cancer Institute of Workers

23   really led by William Blot and Joe Fraumeni from Italy.

24   Q.   Now, you say that Dr. Travis, in her report, in this

25   cohort, among those acute leukemias that could be determined by

1    title, that the M2 -- excuse me -- the M3 was the most common

2    type, correct?

3    A.   Yes.

4    Q.   And is that the case in other studies?

5    A.   Outside of China, you mean?

6    Q.   Outside of this study that you're looking at.  Dr. Travis

7    in this cohort.

8    A.   I don't know of any other cohort studies where it's been

9    broken down and looked at.

10   Q.   You mentioned the Pliofilm cohort, correct?

11   A.   Yes.

12   Q.   That was a study in this country of benzene-exposed

13   workers, correct?

14   A.   Yes.

15   Q.   And in that case -- in those cases where they looked at

16   the diagnosis, they found no APPLs; isn't that correct?

17   A.   That may be true.

18            MR. LEGHORN:  I don't know if I have -- if this is

19   part of the -- it is "Leukemia Risks Associated with Benzene

20   Exposure in the Pliofilm Cohort:  1.  Mortality Update and

21   Exposure Distribution," Mary Paxton, et al, 1994.

22   BY MR. LEGHORN:

23   Q.   Doctor, have you ever seen that before?

24   A.   Yes.

25   Q.   And on page 150, Table IV is a report of the lymphatic and

1  hemapoietic cancers in the Pliofilm cohort, correct?

2  A.   Yes.

3  Q.   And it lists there cause of death and age at death,

4  correct?

5  A.   Right.

6  Q.   Are there any APLs in that case report, in that cohort?

7  A.   There are none listed as cause of death, no.  But there

8  may be acute promyelocytic leukemias that are actually APLs.

9  Q.   But this is not reported, correct?

10  A.   No, because they wouldn't put that on the death

11  certificate, necessarily.

12  Q.   But do you know what was reviewed other than the cause of

13  death?

14  A.   Well, since acute promyelocytic leukemia was not

15  considered to be a separate disease, it could just be one of

16  the acute myoblastic leukemias or granulocytic leukemias,

17  because typically people write "AML" on the death certificate.

18  Q.   This report does not report there any APLs, correct?

19  A.   Well, there's no writing down -- written-down opinions

20  that APL, or acute promyelocytic leukemia, was the cause of

21  death.  But that doesn't mean to say that none of these are

22  APLs.

23  Q.   Right.  But it also lists there, does it not, the ICD

24  codes?

25  A.   Yes.

1   Q.   And those are specific with disease, are they not?

2   A.   Yes.  And the ICD codes, which I assume are ICD Codes 9 or

3   before, APL wasn't listed separately as a subgroup of that.

4   Q.   Do you know when ICD-9 was instituted?

5   A.   It was revised in '99, and probably would be the '80s when

6   it was introduced, or earlier.

7   Q.   And when it was revised, it became ICD-10, correct?

8   A.   Right.

9   Q.   Doctor, one of the studies that you put in with regard

10  to -- with regard to studies earlier, you reported that to do

11  an epidemiological study on APL, the numbers would be, you say,

12  impossible to achieve; is that right?

13  A.   Basically, yes.

14  Q.   Now, you also told me earlier that you would not design --

15  you, yourself, would not design -- an epidemiological study,

16  correct?

17  A.   Correct.

18  Q.   And epidemiologists have techniques to determine how large

19  a sample space they would need -- when I say "sample space,"

20  the number of patients to view -- they would need to get a

21  study that would have sufficient statistical power to be

22  acceptable, correct?

23  A.   Right.

24  Q.   And you didn't do that, did you?

25  A.   No.  I haven't done any formal power calculations, I

1    agree.

2    Q.    So you don't know if such a study would be impossible?

3    A.    Well, you don't really need to do the calculations.  You

4    know that APL is such a rare disease, and that no large benzene

5    cohort exists -- study -- it's essentially impossible because

6    there aren't the people to study and the incidence is so low.

7    Q.    Well, you told me earlier that you don't need a lot of

8    subjects if we're going to do a case-control study, correct?

9    A.    Correct.

10   Q.    We just need to get cases, right?

11   A.    Right.

12   Q.    And, in fact, in your report, at Paragraph 25 you report

13   on a study done in China, correct?

14   A.    Which study -- yes, I see.  I remember that study.

15   Q.    I think it is the one referred to in the book -- I forget

16   the number -- as a Chinese study.  I haven't had a chance to

17   mark that.  That is Number 29.

18         And, Doctor, this was a study that you produced when you

19   gave your -- when I say "produced" -- you gave it to us when

20   you gave us your report, correct?

21   A.    Yes.

22   Q.    And we talked about it at your deposition, correct?

23   A.    Yes.

24   Q.    And hopefully you'll hear me from back here.  I'm going to

25   put a particular chart up.

PDF created with pdfFactory trial version www.pdffactory.com

1          Now, this was a translation that was given to you,

2     correct?

3     A.    Yes.

4     Q.    And you have no reason to believe that there are any

5     inaccuracies in this translation, correct?

6     A.    That's correct.  It's a certified translation, so I have

7     no reason to believe that.

8     Q.    And, Doctor, this was, as we described over there, the

9     case-control studies, correct?

10    A.    Yes.

11    Q.    And if we go to the translation portion.  And, Doctor,

12    I'll work off of your numbers that were attached -- that would

13    be Smith, in the right-hand column, 229.  This was the type of

14    distribution of cases studied, correct?

15    A.    Yes.

16    Q.    And in this case, is it fair to say, by just eyeballing

17    that, that these individuals recruited into this cohort, twice

18    as many the number of controls as cases, correct?

19    A.    Yes.  It's a 1:2 case ratio, they're saying.

20    Q.    And in this case they did, at least with regard to four

21    subtypes of leukemia, break it down to the M2a, M2b, M3 and M5,

22    correct?

23    A.    Yes.

24    Q.    And if we go back to the first page of my flip chart, and

25    actually the second page, when we're looking at benzene, it's

PDF created with pdfFactory trial version www.pdffactory.com

1    associated with the M2 -- at least with the M2 form of AML,

2    correct?

3    A.   Yes.

4    Q.   And you mentioned that somewhere between three and eight

5    per million -- three or eight per million in the

6    population will develop APL in a given year, correct?

7    A.   Yes.

8    Q.   And that's the number that you used in your thinking,

9    correct?

10   A.   Yes.

11   Q.   And we'll do a little rounding here, but if we assume that

12   there were three cases per year at the low end, you would

13   have -- you would assume that it would take 57 million

14   individuals to generate 171 cases?

15   A.   Okay.

16   Q.   And I think if you -- you've read this, correct?

17   A.   Yes.

18   Q.   And these people were enrolled in this study over a

19   three-year period, correct?

20   A.   Yes.

21   Q.   And even if you assume that there were eight per million,

22   this would be close to 25 to 27 million population from which

23   these cases were derived, correct?

24   A.   Well, three to eight million is the U.S. incidence.  It's

25   much higher in China.

1   Q.   Well, that's the number that you've been using, correct?

2   A.   It's the background incidence in the U.S., correct.

3   Q.   So we would assume that -- so we're comparing apples to

4   apples here, right, in China?  We've got a Chinese control and

5   Chinese cases, correct?

6   A.   Yes.

7   Q.   So it's apples to apples.

8        And they do an analysis of this population with regard to

9   exposures to various forms -- or various agents, correct?

10  A.   Yes.

11  Q.   And when you reported this in your paper, or your

12  declaration which is B in the exhibit book, you said that this

13  supported your conclusion that AML -- APL was brought about by

14  exposure to benzene, correct?

15  A.   Yes.

16  Q.   And in this study, looking at Smith page 300, which is the

17  odds ratio of the risk factors for leukemia, benzene is

18  reported, correct?

19  A.   Yes.

20  Q.   And the thing about this chart that is important -- and

21  maybe the one place where you and I could quibble with the

22  translator -- is the translation does not contain the

23  nomenclature footnote, for want of a better word, as to what

24  the significance of the asterisk and the double asterisk is,

25  correct?

PDF created with pdfFactory trial version www.pdffactory.com

1   A.   Yes.  But it's not in the original Chinese version, by the

2   looks of it.

3   Q.   If you go to the very first page of the Chinese version,

4   and three lines up from the bottom --

5   A.   I see.  Yes, I can see the star.  It's not as a footnote

6   to the table.

7   Q.   No, it's not as a footnote to the table, but they include

8   it in the text, that an asterisk means the p-value is less than

9   .05, and a double asterisk means that the p-value is .01.

10       Now, .01 means that it's even less likely that the result

11  is a matter of chance, correct?

12  A.   Correct.

13  Q.   And here they report that -- and the way you cited it in

14  your original declaration was that this showed an increased

15  risk value -- an increased odds ratio for the M3 as 1.42?

16  A.   Right.

17  Q.   But it was not statistically significant, correct?

18  A.   Right.

19  Q.   And that did show a statistically significant association

20  with P less than .05 with the M2a in benzene, correct?

21  A.   Yes.

22  Q.   And then if we go to Table 3.  And Table 3 --

23  unfortunately, the way this printed when you gave it to us,

24  Table 3 is cut in half and you have to look at both pages.

25  And, Doctor, what I'm going to do is I'm going to try to scroll

1    down so you could look at the chart in its entirety on the

2    monitor.  It's close.

3        But this chart is one much like Mele did where he then

4    runs "calculated with conditional logistic model and multiple

5    variables," right?

6    A.   Right.

7    Q.   That's to try to get out the confounding and the biases,

8    correct, in the calculation?

9    A.   Yes.

10   Q.   And when you do that, the -- even the non-statistically

11   significant association of benzene and APL-M3 disappear; isn't

12   that correct?

13   A.   Well, there's no number reported in the table; they only

14   report the statistically significant ones.

15   Q.   Right.  So it isn't there, not statistically significant?

16   A.   Right.

17   Q.   You don't know if this table suppressed the

18   non-statistically significant ones, do you?

19   A.   Well, they must have gotten a number, but they didn't put

20   it there.

21   Q.   You don't know that, though, do you?  It could be less

22   than 1 or 2, right?

23   A.   We don't know what the number is because there's no number

24   there.

25   Q.   And so here with a case-control study that has a

PDF created with pdfFactory trial version www.pdffactory.com

1    potentially large population, when we're dealing with a number

2    of statistically significant findings there is no association?

3    A.   Well, I wouldn't say there's no association.  There is no

4    significant association given the power of the study.  But, I

5    mean, AML-M3 is equally represented -- there's other ones --

6    and it actually has a higher odds ratio than the other forms of

7    AML that are not M2, M3 or M5.  And so M1 and M6 and M4 are all

8    at a lower odds ratio than an M3.  In fact, if anything, it

9    shows to me that my conclusion that benzene causes all forms of

10   AML sort of fits with this whole idea, because you see elevated

11   odds ratio for all of them.

12   Q.   In a non-statistically significant way, correct?

13   A.   Sure.

14   Q.   And you don't know with regard to those what the p-values

15   are, correct?

16   A.   No.  But they're all above 1, and there's really no power

17   here.

18   Q.   But you don't know -- you have never made a calculation as

19   to what you would need -- what number -- what the end of the

20   control would be to get -- or end for the subjects, the cases,

21   to get your power, correct?

22   A.   Correct.  I haven't done such a calculation.

23   Q.   Now --

24        THE COURT:  Mr. Leghorn, can I just ask you where you

25   are?  It's approaching one o'clock.

PDF created with pdfFactory trial version www.pdffactory.com

```
 1            MR. LEGHORN:  I have a few more, but I have a couple
 2    of questions that we could end the day with.
 3            THE COURT:  Can I get a bigger picture?
 4            MR. LEGHORN:  We're probably talking five minutes.
 5            THE COURT:  No.  No, I mean after the five minutes.
 6            MR. LEGHORN:  We probably have 45 minutes to an hour.
 7    I mean, there was a lot rolled up in the direct examination.
 8    And as I remember my good friend, Judge Skinner, said, often
 9    the truth comes out on cross-examination.  So I've got to
10    unroll it a bit to get to the details.
11            THE COURT:  Is that a particular problem for Dr.
12    Smith, to be here tomorrow?
13            MR. STEWART:  I think it is, but I don't know that
14    it's insurmountable.  He was supposed to be back to teach.
15            MR. LEGHORN:  We could suspend and resume.
16            THE COURT:  It's always dangerous to open negotiations
17    with lawyers, but I had a couple of things at two o'clock that
18    have gone away, and we could continue this today if we would
19    finish it today and he could get out of here.  I don't want to
20    continue it this afternoon and then be back here in the
21    morning.
22            MR. LEGHORN:  No, we could do it this afternoon.
23            MR. STEWART:  That would be great.
24            MR. LEGHORN:  We could take a break for lunch.
25            THE COURT:  Do your five minutes and then we'll take a
```

PDF created with pdfFactory trial version   www.pdffactory.com

1    break.

2          MR. LEGHORN:  But I wanted to say we'll get it in.

3    BY MR. LEGHORN:

4    Q.   Doctor, you mentioned -- I wanted to clear up a few

5    things.  You mentioned that you were familiar with a study on

6    acetaminophen and the development of leukemia?

7    A.   Yes.

8    Q.   Do you have a cite for that study?

9    A.   Not off the top of my head.  I could find it.  I would be

10   happy to give it to you after the break.

11   Q.   That's fine.

12        Doctor, you said that you ran -- in connection with your

13   work on the Chinese studies, you tested the glues that they

14   used?

15   A.   Not me personally, but they were tested.

16   Q.   They were tested by your group that you worked with?

17   A.   Yes.

18   Q.   And that they found as much as 30 percent benzene,

19   correct?

20   A.   Yes.

21   Q.   Is that reported anywhere?

22   A.   Yes.  It's in the methods in the exposure assessment paper

23   to the study.

24   Q.   And what year was that?

25   A.   2004.  The first author is Vermulen, V-E-R-M-U-L-E-N.

PDF created with pdfFactory trial version www.pdffactory.com

1              MR. LEGHORN:  This may be a good place to break.

2              THE COURT:  All right.  We'll resume at two o'clock.

3              THE CLERK:  All rise.

4              Court will be in recess.

5              (There is a recess in the proceedings from 12:55 p.m.

6       to 2:05 p.m.)

7              THE CLERK:  All rise.

8              This is a continuation of the *Daubert* hearing in

9       Milward versus Acuity.

10             MR. LEGHORN:  May I resume, your Honor?

11             THE COURT:  Please do.

12      BY MR. LEGHORN:

13      Q.   Good afternoon, Dr. Smith.

14           Dr. Smith, going back to the study of the Chinese for a

15      moment.

16      A.   Excuse me, Counsel.  I thought I left my glasses up here

17      but...

18           (There is an interruption in the proceedings.)

19             THE WITNESS:  Thank you.

20      BY MR. LEGHORN:

21      Q.   I would be as lost as anyone without my glasses.

22      A.   Okay.

23      Q.   Going back to the Chinese study, I believe in your

24      testimony, if I understood your testimony, your testimony is

25      based upon the Lois Travis report, that among benzene workers

1   the most common form of AML is APL, the M3 type, correct?

2   A.    I think so, yes.

3   Q.    And it's your opinion that in the Chinese population of

4   benzene workers, M3 is the most common type?

5   A.    I think so, yes.  28 percent.

6   Q.    Now, going back to the study in Chinese, we would assume,

7   then, that other types, such as M2, are less common, correct,

8   among benzene workers?  It was axiomatic --

9   A.    Yes.  As a percentage, yes.

10  Q.    In the Chinese study that you relied on in Paragraph 25A

11  of your declaration, they also explore the odds ratio or the

12  distribution of the M2 leukemias, correct?

13  A.    Yes.

14  Q.    And there they recruit, among the M2a, 193 cases, correct?

15  A.    Correct.  I assume you're reading from the --

16  Q.    You could take a look at the video.  It's up on the video.

17  A.    Okay.

18  Q.    The M2a recruited at --

19  A.    You mean Table 1, right?

20  Q.    Table 1.

21  A.    It's not on the video.

22  Q.    It's on Table 1.  It's on the screen.

23  A.    Table 3 is on the screen.

24  Q.    Table 3.  Excuse me.  Table 3 reports -- let me get up to

25  Table 1.  I'm sorry.

PDF created with pdfFactory trial version www.pdffactory.com

1       I seem to have lost it there.  No, here it is.

2       There's Table 1, right, Doctor?

3   A.   Yes.

4   Q.   And they recruited into this case-control study 193 M2a's,

5   correct?

6   A.   Yes.

7   Q.   And your testimony is this would be a less common acute

8   nonlymphocytic leukemia in the Chinese benzene worker, right?

9   A.   Yes.  I mean, less than the M3.

10  Q.   Less than the M3.

11      And, Doctor, if we look at Table 3 and Table 2, we find

12  there that with regard to the M2s type of ANLL, a statistically

13  significant increased rate of the M2s within the Chinese

14  population exposed to benzene, correct?

15  A.   Correct.

16  Q.   And so this study had sufficient power to find a

17  statistically significant association between benzene exposure

18  and a less common, according to you, form of leukemia in the

19  Chinese population exposed to benzene; is that correct?

20  A.   It was more common in the general population here of the

21  cases that they recruited in their study.  All I was saying in

22  the other one is that in the China study, in the benzene study

23  in China, that the M3 was the most common subtype observed.

24  Q.   So your testimony is that it is not the most common type

25  within the Chinese population exposed to benzene; is that

PDF created with pdfFactory trial version www.pdffactory.com

1    correct?

2    A.    It's in the most -- in Travis's study, as in the Yin study

3    as it started, it's in that group.  I'm not saying in every

4    single place in China it's the same.

5    Q.    So that cohort in the Yin study may be different from

6    other benzene-exposed cohorts, right?

7    A.    Well, this is not a benzene-exposed cohort.  This is a

8    series of cases collected in various regions in China who were

9    asked a bunch of questions.

10   Q.    And there's an association between -- they find a

11   statistically significant association between benzene exposure

12   and M2, correct?

13   A.    Correct.

14   Q.    And the reason that people look to see if you have

15   statistical significance is to determine whether you can

16   actually compare and contrast various studies, correct?

17   A.    Sure.  And they find elevated risks of CML, for example,

18   1.65, and CLL, 3.07.

19   Q.    And in their study, Doctor, too, they then do a regression

20   analysis to try to get out the various confounded --

21   A.    I think they look at the statistically significant

22   associations and try to address the confounding.

23   Q.    Yes, they do that.

24   A.    Yes.

25   Q.    And they report the statistically significant association

PDF created with pdfFactory trial version www.pdffactory.com

1    between M2a and benzene exposure, right?

2    A.    Yes.

3    Q.    And they don't find one with regard to M3, correct?

4    A.    They find an elevated risk, but not statistically

5    significant.

6    Q.    And when they try to remove the confounding factors -- and

7    according to you the healthy-worker effect is a confounding

8    factor, correct?

9    A.    Well, not in -- okay.  Yes, it could be.

10   Q.    And so when they do the regression, they try to eliminate

11   those, right?

12   A.    Right.

13   Q.    And when they do the regression, there's no statistically

14   significant finding between benzene exposure and APL, correct?

15   A.    Correct.

16   Q.    Now, you also looked at the Golomb study for some

17   information that you provided the Court, correct?

18   A.    Correct.

19   Q.    And Golomb --

20         MR. LEGHORN:  Your Honor, I do not believe that this

21   is in the book, but I will tender to the Court a copy and we

22   will create a second book later.

23         THE COURT:  Is it marked?

24         MR. LEGHORN:  We could have this marked.  And what

25   we'll do is we'll give it whatever exhibit number it is.  It's

PDF created with pdfFactory trial version www.pdffactory.com

1   probably Exhibit 2.  We'll start A in the next book, and we'll

2   have a succession.

3          THE CLERK:  Do you want to make this 2, then?

4   Defendant's 2?

5          MR. LEGHORN:  Or Court's 2.  Defendant's 1 and 1A.

6          (Defendant's Exhibit No. 1A received into evidence.)

7   BY MR. LEGHORN:

8   Q.   Doctor, I'll show you the Golomb study, which has been

9   marked as Defendant's Exhibit 1A.  And this is a study that you

10  rely on for some data, correct?

11  A.   Yes.  Well, they're the only ones to report some facts or

12  subtypes.

13  Q.   And it's also one that really didn't study benzene

14  exposure; isn't that correct?

15  A.   That's correct.  It's just studying exposure; it's not an

16  occupational history study.

17  Q.   It's looking really at an association between occupations

18  and abnormal carrier types, correct, in benzene -- in leukemia

19  patients?

20  A.   Right.

21  Q.   It doesn't really document or look at actual benzene

22  exposure, correct?

23  A.   Right.

24  Q.   And when we look at this, the author has several charts

25  that he uses to lay out the data.  And this, again, is a

1   case-control study, correct?

2   A.   Yes.

3   Q.   We have some folks who are selected from certain

4   professions or occupations compared against a control of

5   others, in other occupations, who also have leukemia?

6   A.   Well, it's not really a case-control -- there's no

7   control -- they're all cases.

8   Q.   All cases?  Okay.  Well, but they're all cases of

9   leukemia?

10  A.   Yes.

11  Q.   And we're trying to see whether there's any association

12  between an occupation and a particular type of carrier type,

13  correct?

14  A.   Right.

15  Q.   And there are, if I recall, 70-something patients in the

16  entire study, correct?

17  A.   Yes.

18  Q.   Sixteen of those are within the occupations that we are --

19  that you focused on, correct, where they -- or that Golomb

20  focused on, correct?

21  A.   Yes.

22  Q.   And he looked at folks who worked with insecticides,

23  correct?  He had one case in Table 3?

24  A.   Right.

25  Q.   And he had a number of people who worked with chemicals,

PDF created with pdfFactory trial version www.pdffactory.com

1   solvents and metals, correct?

2   A.   Yes.

3   Q.   We don't know what chemicals, solvents and metals were

4   used; is that correct?

5   A.   That's correct.

6   Q.   And then the rest were petroleum products, correct?

7   A.   Right.

8   Q.   Some of these folks were gas station attendants, correct?

9   A.   Right.

10  Q.   And there was a crane operator and a truck driver?

11  A.   Right.

12  Q.   And, Doctor, is it your understanding that solvents can

13  contain benzene?

14  A.   It is, yup.

15  Q.   And in your calculation which you presented on direct

16  testimony, you did not consider including in your calculation

17  any of the chemicals, solvents or metals, correct?

18  A.   Well, as I told you at deposition, Counsel, I considered

19  it possible that those individuals had benzene exposure, but

20  without knowing about what chemical or what solvent they're

21  exposed to, I couldn't reach any idea that it was probable they

22  had benzene exposure, whereas I know all petroleum products

23  contain benzene and, therefore, it's probable that those people

24  had benzene exposure.  So it's really what's probable versus

25  what's possible.

PDF created with pdfFactory trial version www.pdffactory.com

1   Q.   Okay.  So that was -- it was possible that some of

2   those -- and you decided you would not include them?

3   A.   I didn't include them because I couldn't reach a

4   conclusion.  I didn't have any material in front of me, or

5   data, to support the idea that any of the solvents or things

6   that they'd used had contained benzene.

7   Q.   And in this group you then focused on the eight that were

8   exposed to petroleum products, correct?

9   A.   Right.  Because I knew it was more likely than not that

10   they had benzene exposure.

11   Q.   And among the 16 that were reported here in all of these

12   occupations, only one had an M3, correct?

13   A.   Right.

14   Q.   And that was in the petroleum products, correct?

15   A.   Right.

16   Q.   And when you look at the data of the unexposed, Golomb

17   reports them in two different ways; is that correct?  He

18   reports -- excuse me.  The control group he reports in two

19   different ways.  He basically assumes that one group is

20   unexposed to benzene, correct, or unexposed to pesticides,

21   chemicals, solvents or petroleum products, right?

22   A.   Right.  Because they don't have hobbies that may use

23   chemicals.

24   Q.   And then he has a second group that he says are unexposed

25   with hobbies, right?

1   A.   Right.

2   Q.   That may expose them to solvents, chemicals, petroleum

3   products, correct?

4   A.   Right.

5   Q.   But he still considers them in basically the unexposed

6   group, correct?

7   A.   Right.

8   Q.   And when you do your calculation -- and out of those I

9   recall there are five cases of APL?

10  A.   In the title number it's either four or five.  I'm not

11  sure.

12  Q.   You exclude two of them, correct?

13  A.   Well, I -- there were four, one of which we were not sure

14  if it was an APL or not because we didn't have the

15  translocation.

16  Q.   And do you remember what case number that was?

17  A.   Well, there's a Case No. 51, a clerk, painting, with an M3

18  46, XY.

19  Q.   And there's a -- there's a 17P there; is that right?

20  A.   That's on another -- that's on another -- that's on Case

21  38.

22  Q.   Okay.  Which one have you excluded?

23  A.   I excluded the M3, clerk, painting, Number 51.

24  Q.   And is that -- that's in the "exposed with hobbies"?

25  A.   Right.

1   Q.   And you exclude that because of the lack of a finding of

2   an abnormal carrier type?

3   A.   Right.

4   Q.   And so you're assuming, are you not, that the carrier type

5   was not a false negative, correct?

6   A.   Yes.

7   Q.   And any basis for doing that?

8   A.   Well, just that the translocation, or the rearrangement,

9   of 15 to 17, or part of that chromosome, is typical for

10   diagnosis of M3.  And this is what -- since this paper is about

11   carrier-typing and quite extensive Q-banding was performed,

12   there's good reason to consider that this was probably not an

13   M3 if it has a 46, XY normal chromosome -- normal carrier type.

14   Q.   Now, when you did your calculations on this, you didn't

15   find these statistically significant, correct?

16   A.   Correct.

17   Q.   And this wasn't the only time that you looked at the

18   Golomb paper?

19   A.   Oh, no.  No, I was very familiar with this paper

20   beforehand.

21   Q.   In fact, in the other papers you have gone through the

22   list of the subjects in the industries and made determinations

23   of which one of those could have been benzene-exposed; isn't

24   that right?

25   A.   Yes.

1   Q.   And on those other occasions you came to different

2   conclusions; isn't that right?

3   A.   I don't think so.  I think we cited to eight that were in

4   the petroleum products in the Zhang article.

5   Q.   Doctor, I'm going to hand you an article entitled "The

6   Nature of Chromosome Aberrations Detected in Humans Exposed to

7   Benzene," 2002.  The authors are Zhang, Eastmond and Smith.  Is

8   that the article you're referring to?

9   A.   Yes.

10  Q.   And I'll show you Table 2.  Is that the table you were

11  referring to?

12  A.   Yes.

13  Q.   And if you look at that, you look at a number of studies;

14  is that correct?

15  A.   Yes.

16  Q.   And the Golomb study is among them, correct?

17  A.   Right.

18  Q.   And you include in there --

19       MR. LEGHORN:  Do you have it in your exhibit book?

20       MR. JENSEN:  Forty-four.

21       MR. LEGHORN:  Forty-four.  Thank you.

22  BY MR. LEGHORN:

23  Q.   You made some other determinations with regard to Table 3

24  in Golomb, correct?

25  A.   Correct.

1    Q.    In there, this paper, you and your co-authors decided to

2    include a 21-year-old male who had M4, and it says the probable

3    exposure was paint; isn't that right?

4    A.    Yes.

5    Q.    And that is the case within the chemicals, solvents and

6    metals; isn't that right?

7    A.    That's right.

8    Q.    It is Case No. 63?

9    A.    Right.

10   Q.    So you made a different determination in the Zhang paper,

11   didn't you?

12   A.    "With likely prior exposure to benzene" was our conclusion

13   there, yes.

14   Q.    Well, "likely," is that the same as "probable"?

15   A.    Yes, I guess so.

16   Q.    And when you did your calculations, you were looking at

17   probable benzene exposure --

18   A.    Right.

19   Q.    -- weren't you?

20         Then you also included in that survey -- or in this paper,

21   the Zhang paper -- by the way, you were the last author.  Does

22   that mean you wrote this one?

23   A.    All three of us wrote this.

24   Q.    You included a 64-year-old woman who had an M2 who was in

25   the leather industry; isn't that right?

PDF created with pdfFactory trial version www.pdffactory.com

1    A.    Yes.

2    Q.    And that's also someone in the chemicals, solvents and

3    metals?

4    A.    Correct.

5    Q.    So do you recall the criteria that you used on that

6    occasion for inclusion?

7    A.    To be perfectly honest, no.

8    Q.    Is it fair to say it's different than the criteria you

9    used for inclusion in the calculations you showed us today?

10   A.    It is.

11   Q.    Doctor, there's another interesting thing about this table

12   which I think bears a little bit -- let's look at -- before we

13   do that, I think in your direct testimony you said that 95

14   percent of APLs have the t(15;17) translocation; is that

15   correct?

16   A.    Right.

17   Q.    And then the other 5 percent may have something else, but

18   it must involve the 17 chromosome at the PRA -- PAR alpha,

19   correct?

20   A.    Right.

21   Q.    Now, looking at the table, from Zhang's Table 2, there's

22   an M3 in the Mitelman study; is that correct?

23   A.    Yes.

24   Q.    And it provides carrier-type information; is that correct?

25   A.    Right.

1   Q.   And that doesn't have any abnormality involving Chromosome

2   17; isn't that correct?

3   A.   That's correct.

4   Q.   So is it fair to say in that case the diagnosis based upon

5   the criteria of chromosome abnormalities is wrong?

6   A.   Well, the other one is wrong.  It's not, in fact, an M3.

7   Q.   Right.  I'm saying it's not an M3.  I'm saying the

8   designation of an M3 is wrong.

9   A.   It could be, yes.

10  Q.   Well, we don't see anything involving 17, correct?

11  A.   Right.

12  Q.   So there's no other reason to believe that it might be an

13  M3, correct?

14  A.   Right.  Apart from Mitelman reporting it that way.

15  Q.   Correct.  And when we look at another one here -- you look

16  at the Lee study.  And Lee is somebody you worked with with

17  regard to the China study, correct?

18  A.   If that is the Lee we're talking about, correct.  I'm sure

19  it is.

20  Q.   Is that the one you worked with in the China study?

21  A.   No.

22  Q.   Is that a different Lee?

23  A.   Yes.

24  Q.   But you reviewed that study and decided to include it in

25  your paper?

PDF created with pdfFactory trial version www.pdffactory.com

1   A.   Yes.

2   Q.   And there he shows an M3 with a 17q-; is that correct?

3   A.   Yes.

4   Q.   And that means it's a deletion, correct?

5   A.   Right.

6   Q.   And that wouldn't be the transposition that we would see

7   with an M3, correct?

8   A.   It's not a translocation, no; but it is a rearrangement of

9   17.

10  Q.   And if we look at the M3 reported by Cuneo, right next to

11  his name, we do not see a translocation or an abnormality

12  involving Chromosome 17, correct?

13  A.   Correct.  The "Translocation 5?" is somewhat interesting

14  because one of the variations could be Translocation 5;17,

15  although that's not what's reported here.

16  Q.   Right.  It could be any of them, right?

17  A.   It could be any of them, yes.

18  Q.   So based upon what we observe here, the designation by

19  Cuneo that this is an M3 is also wrong?

20  A.   It may be wrong, yeah.

21  Q.   More likely wrong?

22  A.   Yes, more likely wrong.

23  Q.   Now, given that, we don't have any carrier type and data

24  on those two individuals that Mele looked at; isn't that

25  correct?

1    A.    That's correct.

2    Q.    So you're assuming that those designations as M3s were

3    correct?

4    A.    I have to, yes.

5    Q.    But there's evidence in the literature that M3

6    designations can be wrong?

7    A.    Yes.

8    Q.    And in determining the type of leukemia that a person is

9    having, is the carrier typing which would show the particular

10   translocation the best diagnostic information?

11   A.    That's considered to be the current thinking, yes.  And

12   that was what makes the epidemiology of the subtype of AML to

13   be so difficult, is that reports of APL may not be -- they may

14   not be really APLs.  And there's different diagnostic criteria

15   in different countries.  And there's very few countries that

16   back up their AML-M3 diagnoses with chromosome translocation

17   data, making it difficult to study it from an epidemiological

18   viewpoint.

19   Q.    And it could be overreported and it could be

20   underreported, correct?

21   A.    It's thought in some countries it's underreported in terms

22   of true acute promyelocytic leukemia.

23   Q.    Now, Doctor, you were talking a bit before about -- and I

24   asked you about the Irons study, where Irons and his colleagues

25   show that benzene exposure recruited stem cells, correct?

1  A.   Yes.

2  Q.   And they were looking at the -- at a particular type, the

3  GEMM, right?

4  A.   That's my recollection, yes.

5  Q.   And in your study that you did with Long, which you also

6  talked about, you were also looking at the prevalence, or the

7  number, of GEMM cells, correct?

8  A.   Yeah.  A little differently, though.  We were not counting

9  the cells.  We were actually looking as to whether they would

10 form colonies in 14 days.

11 Q.   And you found a decrease?

12 A.   Right.

13 Q.   And that's the opposite of what Irons found in his study,

14 correct?

15 A.   Well, Irons found that they were being transferred from

16 being quiescent, from being non-dividing, into being dividing.

17 So they could still divide and then die out.

18 Q.   Well, they could, but we don't know?

19 A.   We don't know.  But Irons was specifically looking at that

20 step from going from quiescent to dividing.  We were looking at

21 whether they could divide and do they keep growing.

22 Q.   And you don't know whether they simply divided and

23 remained alive or --

24 A.   Right.  In the Irons study, you don't know that.

25 Q.   In your study, you know that it goes dead?

1   A.   Right.

2   Q.   Now, you spent some time trying to study with your

3   colleagues the presence of the t(15;17) translocations and

4   other chromosome changes in the benzene-exposed; is that

5   correct?

6   A.   Yes.

7   Q.   And you and your colleagues have published a number of

8   papers on that, correct?

9   A.   Yes.

10  Q.   And, in fact, you've been looking at changes at specific

11  chromosomes, correct?

12  A.   Yes.

13  Q.   I'm going to show you a paper which I believe is probably

14  in the book entitled "Nonrandom Aneuploidy of Chromosomes 1, 5,

15  6, 7, 8, 9, 11, 12 and 21 Induced by Benzene Metabolites,

16  Hydroquinone and Benzenetriol."

17  A.   Okay.

18  Q.   You're the last author on that, Doctor, so is that one

19  that you authored?

20  A.   Yeah.  I'm one of the senior authors.  I'm the senior

21  author on the paper, yes.

22  Q.   So you wrote it?

23  A.   Yes.

24  Q.   And this is one where you were using specimens of human

25  blood that had been exposed to benzene, and you were seeing

PDF created with pdfFactory trial version www.pdffactory.com

1  what chromosomal changes were present, correct?

2  A.   Yes.

3  Q.   And in this case you found -- when we talk about an

4  aneuploidy, that's additions to the chromosomes in places where

5  there shouldn't be additions, correct?

6  A.   No.

7  Q.   It's removed?

8  A.   No.  It's the loss or the gain of a whole chromosome.

9  Q.   And you found changes at Chromosomes 5 and 7, correct?

10  A.   Yes.  We found a loss or gain of Chromosomes 5 or 7, yes.

11  Q.   And that would be consistent with an M1 or M2 type of

12  leukemia, correct?

13  A.   Yes.

14  Q.   And you did not find anything here with regard to anything

15  in Chromosomes 15 or 17, correct?

16  A.   We didn't look at Chromosome 15 or 17 in this paper.  We

17  have now, but...

18  Q.   I understand that.  That paper was published in 2005,

19  correct?

20  A.   Yes.

21  Q.   And now, Doctor, I'll show you a paper we talked about at

22  your deposition.  It was Exhibit 6.  It's called "Aberrations

23  in Chromosomes Associated With Lymphoma and Therapy-Related

24  Leukemia in Benzene-Exposed Workers."  Zhang is the first

25  author; you were the senior author.  And here you were looking

PDF created with pdfFactory trial version www.pdffactory.com

1    at different chromosomes in some translocations, correct?

2    A.    Yes.

3    Q.    And you were looking for a translocation at Chromosome

4    11q23, correct?

5    A.    Yes.

6    Q.    And that's a translocation that you associate with the

7    topoisomerase II inhibitors that act like poisons, correct?

8    A.    Yes.

9    Q.    And those are associated with the M4s and M5s, correct?

10   A.    Yes.

11   Q.    Do you recall what you found here?

12   A.    We didn't find an increase in 11q23, in the translocation

13   of that --

14   Q.    In the translocation.

15        And you don't find anything at 15 or 17.  You weren't

16   looking at the time, correct?

17   A.    In this particular paper we don't find 11q23 changes in

18   benzene-exposed workers; we don't find it in cell culture.  We

19   have a paper in press where we don't see it.  As part of the

20   paper we don't think that benzene and these metabolites act as

21   a poison of topoisomerase in people.  We think, though, that it

22   acts as a catalytic inhibitor of the same type as bimolane and

23   pyroxene antibiotics which produce M3-type leukemias.

24   Q.    Speaking of that, by the way, Doctor, did you get the

25   title of the paper that you said indicates that

PDF created with pdfFactory trial version www.pdffactory.com

1   acetaminophen --

2   A.    Yes; I have the two papers here.

3   Q.    Thank you.  Can you read those into the record?

4   A.    Sure.

5         THE COURT:  You mean the titles?

6         MR. LEGHORN:  The titles, yeah.

7         (Laughter.)

8         MR. LEGHORN:  I need the title of the first author and

9   the date.

10        THE WITNESS:  The title of first author and date,

11  okay?  The first paper is "Opposing Effects of Aspirin and

12  Acetaminophen Use on Risk of Adult Acute Leukemia."  The first

13  author is Joe R. Weiss, W-E-I-S-S, and it's in "Leukemia

14  Research," Volume 30, pages 164 to 169, 2006.

15  BY MR. LEGHORN:

16  Q.    And the second paper, Doctor?

17  A.    The second paper is "The Role of Non-Steriodal

18  Antiinflammatory Drugs and the Risk of Development and

19  Treatment of Hematologic Malignancies."  The first author is

20  Pawel Robak.  It's in "Leukemia and Lymphoma," August 2008,

21  Volume 49, pages 1452 to 1462.

22  Q.    Thank you.

23        Doctor, you and your colleagues -- we don't have to look

24  for the translocation 15;17 in the benzene-exposed worker,

25  correct?

PDF created with pdfFactory trial version www.pdffactory.com

1    A.    Yes.

2    Q.    And that paper was published in 2008, correct?

3    A.    Yes.

4    Q.    And the lead author on that is -- the first author on that

5    is C.M. McHale, and the senior author is you, correct?

6    A.    Yes.

7    Q.    And I don't know the number on that, but it's entitled

8    "Chromosome Translocations in Workers Exposed to Benzene."  And

9    in this case you specifically look to see if you could find the

10   t(15;17), correct?

11   A.    We did.

12   Q.    And you were looking, in this case, at both the blood of

13   exposed and unexposed individuals, correct?

14   A.    Correct.

15   Q.    And in this case you found the t(15;17) translocation in

16   each, correct?

17   A.    One in each, yes.

18   Q.    And you could derive no information from that as to what

19   the cause was, correct?

20   A.    That's right.

21   Q.    Now, Doctor, I believe that you also testified at your

22   deposition that the t(15;17) translocation is fairly common in

23   the population?

24   A.    Yes.  It occurs in 1 percent or so of the population.

25   Q.    And that the t(15;17) translocation by itself does not

PDF created with pdfFactory trial version www.pdffactory.com

1   necessarily lead to the development of APL, correct?

2   A.   Correct.  It depends on which cells and at what time it

3   appears in those cells.

4   Q.   One percent of the population doesn't get APL, correct?

5   A.   Right.

6   Q.   One percent of the population is basically 10 to the minus

7   2, correct?

8   A.   Right.

9   Q.   And in the U.S., you say the rate is something like 10 to

10  the minus 6 in terms of magnitude, correct?

11  A.   Yeah, 10 to the minus 5.

12  Q.   10 to the minus 5.  So we've got one out of a thousand --

13  A.   Right.

14  Q.   -- who get the translocation who develop APL, correct?

15  A.   Right.

16  Q.   So something more than just the translocation is

17  necessary?

18  A.   Right.

19  Q.   Doctor, you mentioned Bradford Hill; is that right?

20  A.   Yes.

21  Q.   And Bradford Hill spoke in the '60s in Britain and made a

22  speech about -- I guess an address to an association, correct?

23  A.   I understand it was an after-dinner speech.

24  Q.   And here's a copy of his work.

25       And, Doctor, I don't know if this is in the book, so we'll

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    mark this as Defendant's 1B.
 2              (Defendant's Exhibit No. 1B received into evidence.)
 3              THE COURT:  This is a speech to the Royal Society?  I
 4    think it's in the materials.  I think it's -- I've seen it, so
 5    it's been submitted.
 6              MR. LEGHORN:  Your Honor, here's a question that --
 7    actually, Mr. Piel, who I have to say was instrumental in us
 8    putting this together today -- I'll give him some credit even
 9    though he's not here.  He deserves it.  One of the things we
10    talked about is whether with regard to -- your Honor, you want
11    copies of everything that we've included in our submission or
12    that we can consider those simply exhibits within this hearing?
13              THE COURT:  I don't understand the question.
14              MR. LEGHORN:  Well, we submitted a number of articles,
15    CVs, and other things with the briefing.
16              THE COURT:  Yes.
17              MR. LEGHORN:  Would you like additional copies as part
18    of this or could we stipulate that that is part of the record?
19              THE COURT:  No.  No, they're docketed, I think, aren't
20    they?
21              LAW CLERK:  Yes.
22              THE COURT:  They're on the docket, so...
23              MR. STEWART:  One time is enough?
24              MR. LEGHORN:  One time is enough.  That was one of the
25    loose ends that I remember Jim said I need to take care of.
```

1  BY MR. LEGHORN:

2  Q.    Back to this, Doctor.   The title is "Environment and

3  Disease Association or Causation," correct?

4  A.    Yes.

5  Q.    And, Doctor, Dr. Hill -- or actually, Sir Hill, he was a

6  statistician, correct?

7  A.    Yes.

8  Q.    And when he used the term "association," it meant

9  something in a statistical sense, correct?

10  A.    Yes.   I assume so, yes.

11  Q.    That it had, in fact, statistical validity with regard to

12  observing exposure to an agent and whether it brought about a

13  particular effect?

14  A.    Yes.   But I do know he doesn't like p-values very much.

15  Q.    I understand that.   But one of the things that he assumed

16  is that you would have an association, correct?

17  A.    Yes.

18  Q.    And one of the issues that you look for is consistency,

19  correct?   That is, that you have a number of studies showing

20  the same thing, correct?

21  A.    Right.

22  Q.    And if you have a number of studies that don't show

23  something in a causal or an associative relationship, that

24  tells you something too, doesn't it?

25  A.    Yes.

1  Q.   Doctor, you can never, in an observational science, prove

2  that something won't happen, correct?

3  A.   Right.

4  Q.   We can predict that something will happen, but it's hard

5  to predict that something won't happen, correct --

6  A.   Right.

7  Q.   -- with 100 percent certainty?

8  A.   Sure.

9  Q.   Now, the thing about Dr. Hill, he talked about biological

10 plausibility on page 10, correct?

11 A.   Yes.

12 Q.   And he said it's helpful to have biological plausibility,

13 correct?

14 A.   Yeah.

15 Q.   There have been many associations between exposure and the

16 development of an adverse health condition where at first we

17 didn't understand how it was brought about, correct?

18 A.   Right.

19 Q.   I mean, even with smoking, it was a long time before it

20 was understood what is in the smoke --

21 A.   It still is --

22 Q.   -- and how it would come out?

23 A.   It's still not really understood.

24 Q.   But we all assume that smoking leads to adverse health

25 consequences, lung cancer and other stuff, correct?

PDF created with pdfFactory trial version www.pdffactory.com

1    A.    Right.

2    Q.    And when he says -- he's saying here to not reject the

3    association if you don't understand fully the biological

4    plausibility, correct?

5    A.    Right.

6    Q.    He isn't saying that biological plausibility can take the

7    place of the association, correct?

8    A.    Right.

9    Q.    I believe here he does talk about -- we're talking about

10   the pump.  This was the pump in Britain, correct?

11   A.    Yes.

12   Q.    He talks about here -- when looking at that, John Snow's

13   classic, he cautions that even if the numbers are small, they

14   still may be meaningful because it's the relations between the

15   numbers that are important, correct?

16   A.    Right.

17   Q.    And here he said on page 8, "Snow reported that he

18   recorded the death rate."  He did a calculation, correct?

19   A.    Correct.

20   Q.    And there the difference between the two pumps was a

21   14-fold increase; isn't that right?

22   A.    Is that on page 8?

23   Q.    On page 8, bottom left.

24   A.    Yes.

25   Q.    And that's where, even though the numbers are small in

PDF created with pdfFactory trial version www.pdffactory.com

1    terms of 71 deaths in 10,000 households compared to five, Sir

2    Hill is talking about the strength.  And the strength is

3    dependent upon the health -- or the difference between the

4    relative risk.  If it's 1.1, it's a lot different than 14,

5    correct?

6    A.   Right.

7    Q.   And strength of association is one that you have to first

8    have a true association, correct --

9    A.   Yup.

10    Q.   -- before you can measure strength.

11        Consistency of studies shows an association.  Again, you

12    have to have a study showing an associative relationship?

13    A.   Yup.

14    Q.   Nowhere does Dr. Hill intimate that the theory of

15    biological plausibility itself can show causation, does he?

16    A.   No, he doesn't.  But it says it will be helpful if the

17    causation we suspect is biologically plausible.

18    Q.   And that's helpful to --

19    A.   In assigning causation.

20    Q.   Right.  But if you don't have it, don't prevent it; don't

21    let it stop you.

22    A.   Right.

23    Q.   But if you don't have the association, it's not enough.

24    A.   No.  He says almost for every one of these considerations,

25    he almost always points out a thing where you don't need it.

PDF created with pdfFactory trial version www.pdffactory.com

1  Q.   Dr. Smith, you have been studying the relationship between

2  benzene and leukemia for almost 30 years?

3  A.   Twenty-five.

4  Q.   Twenty-five.

5       And you've been looking at the issue of benzene-induced

6  leukemia and topoisomerase II since 1996, correct?

7  A.   Correct.

8  Q.   And there were paths shown that -- there was a finding in

9  abnormalities with regard to the 5th and 7th chromosome,

10  correct --

11  A.   Correct.

12  Q.   -- with the leukemias M1 and M2.

13       And that paper says "normally associated with the exposure

14  to benzene," correct?

15  A.   Correct.

16  Q.   And in 1996, in a paper entitled "The Mechanism of

17  Benzene-Induced Leukemia:  Hypothesis and Speculations on the

18  Causes of Leukemia," you wrote that you had a hypothesis that

19  benzene exposure, topoisomerase II, brought about certain

20  leukemias, correct?

21  A.   Correct.

22  Q.   And with regard to APL, that simply remains an unproven

23  hypothesis, correct?

24  A.   Well, no.  I mean, this was a hypothesis paper published

25  in 1996.  But since that time there has been a large amount of

PDF created with pdfFactory trial version www.pdffactory.com

1   work on mitoxantrone and other compounds, the work of Eastmond

2   and others.  And there's been a tremendous amount of literature

3   published since then.

4   Q.   The mitoxantrone brings about the 11q23, correct?

5   A.   Not as effectively as 15;17.  There's very few 11q23.

6   Q.   But do you know the history refers to the topoisomerase --

7   mitoxantrone as a topoisomerase II poison?

8   A.   Yeah, there's a lot of confusion in the literature about

9   the terms.

10  Q.   So we're not to trust the words of the literature?

11  A.   No.

12  Q.   We are or we're not?

13  A.   We're not.  Not taken individually, no.

14  Q.   But as you sit here today, Doctor, you cannot point to a

15  study in which you show that benzene exposure leads to the

16  t(15;17) translocation in the benzene-exposed; isn't that

17  right?

18  A.   Well, we've never looked at it beyond that one study in a

19  small number of workers where we found one in each group.

20  Q.   But as you sit here you don't have any evidence that you

21  found that, correct?

22  A.   We don't.

23       MR. LEGHORN:  No further questions.

24       THE COURT:  Let me just ask you one or two, and this

25  may, again, be helpful to me.

1          A few moments ago you were asked about the 5 percent

2     of APL cases that did not involve the 15;17 translocation.  I

3     thought you said they must include Chromosome 17.

4          THE WITNESS:  Well, usually --

5          THE COURT:  Did I hear you correctly?

6          THE WITNESS:  Usually it's 95 percent of 15;17, and

7     then there's a series of other translocations usually involving

8     Chromosome 17 but fusing something else to that gene.

9          THE COURT:  Right.  Is that based on observation?  In

10    other words, what's the source of that conclusion? I guess is

11    my point.

12         THE WITNESS:  It's basically cytogenetic analysis of

13    those leukemias in large clinical settings.

14         THE COURT:  Okay.  And a little bit more recently you

15    were asked whether -- I guess the question was something like

16    more than the 15;17 translocation would be necessary to produce

17    APL?

18         THE WITNESS:  Yes.

19         THE COURT:  Does that mean that the translocation is a

20    necessary but not a sufficient condition?

21         THE WITNESS:  Yes, that's the current thinking, is

22    that it's necessary but not sufficient.

23         THE COURT:  Okay.  All right.

24         Mr. Jensen?

25                         REDIRECT EXAMINATION

1   BY MR. JENSEN:

2   Q.   On the topic of 15;17, Dr. Smith, do you have an

3   explanation as to why you did not find 15;17 in the one study

4   in which you have looked for it?

5   A.   Well, the methods that we were using at that time were

6   relatively insensitive allowing making quantitation quite

7   difficult.  And that's why we actually didn't proceed to the

8   whole study of 400-odd workers that we had.  We thought we'd

9   try and prove the methods before we went forward with that some

10  more.

11       And actually, we've now -- one of my post-docs who came

12  from MIT last year has just made a massive breakthrough in the

13  ability for us to analyze these translocations.  He's

14  presenting at the Cancer Research meeting today in Denver.  And

15  when we start applying these methods, I think we'll be able to

16  see the translocations much more clearly and we'll be able to

17  do a much more thorough analysis of this.  But that will take

18  some time for us to do.

19  Q.   And just to be clear, other than the one paper, which is

20  the McHale paper that you're the senior author of -- it's

21  Number 8 in the notebook -- other than that study, has anyone

22  else ever, in the published literature, looked for the 15;17

23  translocation in benzene-exposed workers?

24  A.   Not that I'm aware of, no.  And it's extremely difficult

25  to do.  It's a rare event.  But I think with some of the new

1   breakthroughs in biology, we'll be able to do it.

2   Q.   Now, Mr. Leghorn discussed with you for a few moments the

3   issue of association, and whether there is an association

4   demonstrated in the literature for purposes of your analysis.

5   And the epidemiologic literature talked about Bradford Hill

6   discussing association as being a statistical term.

7         My question is:  Based on the body of epidemiological

8   literature that you've reviewed and relied on in this case

9   relating to benzene and acute myeloid leukemia, is there an

10  association that's been established?

11  A.   There's an incredibly strong association with odds ratio

12  sometimes exceeding 10 and 15 and over 100, and it's highly

13  consistent throughout the literature.

14  Q.   And methodologically you described during your direct

15  examination how you took into account that body of

16  epidemiological literature and incorporated it in your

17  analysis, the mechanistic data both about stem cells and about

18  topoisomerase.  My question is:  Given your familiarity with

19  the original research that's been done in the field of benzene

20  toxicity and leukemia, are there any experts in the field who

21  have ever published anything that would be methodologically

22  inconsistent of the way that you've approached this issue by

23  integrating the mechanistic and epidemiological literature

24  here?

25  A.   No.   I mean, I've never seen anybody publish that benzene

1   can only cause certain types of leukemias and not others from a

2   mechanistic viewpoint.

3   Q.   So even from a conclusion standpoint, you've never seen

4   anyone publish that benzene is capable of causing some subtypes

5   of AML but not others among those who are your peers in the

6   field of original research in benzene toxicity; is that right?

7   A.   I've seen reviews of the published findings; for example,

8   Dr. Pyatt has one, but I've not seen any anybody who

9   systematically or attempted to experimentally determine that.

10  Q.   On the issue of statistical significance, Doctor, if a

11  particular study shows an elevated risk, whether it's an OR or

12  relative risk, or an SMR, or whatever the measure of

13  association is, but that elevated risk is not statistically

14  significant, is it proper for you to just not consider that

15  result at all?

16  A.   No, I don't think so.  I mean, in the China study we were

17  talking about earlier the odds ratios were all 1.54 or 1.42 or

18  1.48 or -- they're all above 1.  The fact that one at 1.42

19  wasn't statistically significant versus 1.54, I don't think is

20  very meaningful; in fact, I think that data actually supports

21  the conclusion that all of the risks -- all of them are

22  elevated.

23  Q.   In fact, does Bradford Hill have something to say about

24  whether or not you throw out data if it's not -- doesn't meet

25  certain statistical significance criteria?

1   A.   Yes, he does.  He specifically says not to do that because

2   he says you should take reasonable decisions whatever the value

3   of P.  And far too often we deduce no difference from no

4   significant difference.  And he says, "Like fire, the

5   chi-squared test" -- which means statistical test -- "is an

6   excellent servant and a bad master."

7        So I think that's exactly the point I was trying to make,

8   is that if you just look at that table and you focus entirely

9   on the statistically significant number, you're excluding the

10  M3s and the M4s, the M5's which are all also elevated, even

11  though they're not statistically elevated.

12  Q.   I'm going to turn back with you, Dr. Smith, to paper

13  Number 46 which is the David Eastmond paper from -- titled

14  "Topoisomerase II Inhibition."  Those are the first three

15  words.  I won't try to read the rest of it.  And do you have

16  that paper?  It's a 2005 paper.

17  A.   Yes, I have it.

18  Q.   Okay.  And this morning during Mr. Leghorn's

19  cross-examination he went over with you, I believe, Table 2 of

20  that paper which is at page 212 of the journal article, page

21  575 of the Bates stamp.

22  A.   Yes.

23  Q.   Okay.  Now, are there certain things about that table that

24  you wanted to point out to the Court for purposes of your

25  opinions?

1   A.   I think we have a slide of it.  Do we?  Do we have...

2   Q.   It will take me a few minutes to get it up.

3   A.   I can talk about it without --

4   Q.   I can put it on the ELMO.

5   A.   So the first thing to talk about is the bottom of the

6   table.  It says "benzene," and then it gives the FAB subtypes

7   as M1, M2, M6, and then "(M3, others?)" and the

8   abnormalities -- chromosome abnormalities as being mixed.

9   Well, the first thing I'd like to point out is David Eastmond

10  generated this table in 1997, which he republishes here in

11  2005.  And this paper was pointed out to me at deposition.  And

12  so I called him and said, "Why did you put M3 in parentheses?"

13  And he said, "Well, the reason why I put M3 was" -- he knew

14  about the Mele study, the one in Italy with the shoemakers, and

15  that was the only one he knew about.

16       And I said, "Well, did you consider the fact that in the

17  China study there was a large number of M3s?" and in other

18  studies that we've seen in the general paper we did with him,

19  there were M3s also.  He said, "Yeah, that's true."  And he

20  said, "Well, I would take the parentheses off M3 now."

21       And he thinks that actually benzene can cause all forms of

22  AML.  And one of the reasons why he thinks that is because if

23  you look at the ionizing radiation at the top, it causes all

24  forms.  And we think benzene acts like a radiation-inducing

25  agent; it produces hydroxyl radicals the same as radiation

PDF created with pdfFactory trial version www.pdffactory.com

1    does.   So I think it can act in a radio- -- you often hear the

2    fact that benzene is radiomimetic, which means it acts like

3    radiation.   It can also have alkylating-agent-type properties

4    which makes it form M1 and M2.   It can -- it doesn't appear

5    to -- even though in a test tube it can act like a phytotoxin

6    inhibitor, it doesn't look like it can do that in people, and

7    so you don't see this translocation 11q23.   You do see

8    translocation A21 in people.   We've not been able to detect yet

9    15;17.   I think it's largely a methodological problem.   So you

10   will see M2 and M3.   And as he rightly reports here on the

11   chromosome abnormalities with benzene, we see a very mixed

12   picture.   We see everything from -7 to translocations to

13   particular things.

14       And so I think if you really interpret this table

15   correctly, you'll see that benzene is actually capable of

16   producing all the FAB subtypes of AML.   It may produce some

17   subtypes slightly more than other ones, but there really isn't

18   the information out there to say which one is more prevalent

19   than the other in all the different populations of the world.

20   Q.   Mr. Leghorn visited with you a bit about the chemotherapy

21   agent -- and I always have trouble saying it -- that is a topo

22   inhibitor, mito- --

23   A.   Mitoxantrone.   Mito, if you like.

24   Q.   Okay.   And as I understand it, you testified that so far,

25   at least, there are only case series or case reports about

PDF created with pdfFactory trial version www.pdffactory.com

1   mitoxantrone and APL, not formal epidemiological studies; is

2   that right?

3   A.   That's my understanding, yes.

4   Q.   All right.  In spite of the absence of those formal

5   epidemiological studies regarding that particular

6   chemotherapeutic agent and APL, is it your understanding that,

7   in fact, there is a fairly well-established causal relationship

8   between those two?

9   A.   Yes.  I think we mentioned a review article in "Blood"

10  this morning in which we said secondary APL was something that

11  doctors and physicians should be aware of as a potential

12  harmful secondary event following therapy with mitoxantrone.  I

13  think it's sort of generally established in the medical

14  community.  It's pretty similar to how benzene was medically

15  accepted as a cause of leukemia and a hematological illness

16  after Askoy's studies, even though there was no formal epi

17  study.

18  Q.   With respect to the stem cell issue that we went over in

19  your direct and Mr. Leghorn talked to you about, he asked you

20  some questions about one of the papers on which you have

21  relied, Paper No. 58, which is entitled "Leukemic Stem Cells:

22  Where Do They Come From?" and specifically, Mr. Leghorn asked

23  you whether you agreed with the -- one of the concluding

24  statements from that article which says, "Fundamental questions

25  remain unanswered about the nature of the oncogenic events

1   leading to leukemias and the stage of hematopoietic development

2   in which such events can occur."

3       My question for you, Dr. Smith, is:  In spite of that

4   statement and in spite of your agreement with that statement,

5   is it nonetheless your view that the weight of the available

6   evidence is sufficient as it currently sits to show that, in

7   fact, the AMLs do have a common stem cell origin?

8   A.   Yes.  I mean, it suggests -- or shows that -- I mean,

9   there are various things we do know and various things we would

10  like to know.  We know that AMLs, including APL, can begin in

11  the early progenital cell and compartmental cell, and all the

12  AMLs appear to rise from there; we know that the translocation

13  involving part of Chromosome 17 is also essential, but we know

14  that it's not enough.  So similar things we would like to know

15  are what are the other events that occur, exactly where and

16  what time do they occur.  So there's a lot we'd still like to

17  know, but we actually do know that you do need that type of

18  change and you do need it in those particular cell.

19          MR. JENSEN:  If I could confer for just a moment with

20  Mr. Stewart?

21          (Pause.)

22          MR. JENSEN:  That's all I have, your Honor.

23          THE COURT:  Anything else?

24          MR. LEGHORN:  I have a few questions just to follow up

25  here.

1          THE COURT:  Okay.  Go ahead.

2                   RECROSS-EXAMINATION

3    BY MR. LEGHORN:

4    Q.    Doctor, your phone call with David Eastmond, he has not

5    submitted to a peer-review journal any article that claims that

6    exposure to benzene is a cause of M3, correct?

7    A.    Correct.

8    Q.    And you haven't done so either, correct?

9    A.    Correct.

10   Q.    And --

11   A.    So as I mentioned, Counsel --

12   Q.    I understand.  But you haven't?

13   A.    I haven't, because before this case I didn't know it was

14   an issue.

15   Q.    And with regard to David Eastmond's study that we talked

16   about, published in 2005 -- that's the date it bears, correct?

17   A.    The date that it bears?

18   Q.    It's dated 2005?

19   A.    Oh, yeah.  Yeah, it's published in 2005.

20   Q.    And if I'm a reader of the medical literature, I would

21   assume that's the state of the medical knowledge in 2005,

22   correct?

23   A.    Yes.

24   Q.    And David Eastmond is a good scientist, correct?

25   A.    Yeah.

1    Q.   He would not publish data that was incorrect even if he

2    had worked it up eight years before, correct?

3    A.   Right.

4    Q.   So it's fair to say that in 2005 that reflected the

5    thinking and the understanding of the medical communities?

6    A.   No.   That reflected the thinking of David Eastmond at that

7    time in which he'd told me he only considered the Mele study

8    and not the other information.

9    Q.   And it was published, correct?

10   A.   It was published as part of a meeting I chaired.

11   Q.   And the other question that -- when we talk about

12   statistical significance, the fact that the rate that you

13   find -- the increased rate may be 1.4 has nothing to do with

14   the p-value, correct?

15   A.   Right.

16   Q.   It can be 1.4 or it could be 24.5.   The p-value tells you

17   the issue of whether it is a product of chance, correct?

18   A.   Right.

19   Q.   And, again, that has nothing to do with the confidence

20   interval, correct?

21   A.   Right.

22   Q.   So the increased rate is irrelevant to determining whether

23   the study is statistically significant, correct?   You need to

24   look at p-values and --

25   A.   It only tells you how confident you are from the data.   So

PDF created with pdfFactory trial version www.pdffactory.com

1   from the China study, their analysis, you would say you are

2   more than 95 percent confident there was a rise in M2a.  There

3   was a rise in M3, but you weren't up to the 95 percent

4   confidence, or maybe you were 90 percent confident of that.

5   And then the other numbers, 1.2, you probably would be less

6   confident in that.

7   Q.   You don't know what the number was, correct?

8   A.   What the confidence intervals are, no.

9   Q.   With regard to the studies that you -- the calculations

10  that you did, you didn't do any p-values for confidence

11  intervals, did you?

12  A.   I did not.

13          MR. LEGHORN:  No further questions, your Honor.

14          THE COURT:  Let me just ask about the Table 2 in the

15  Eastmond paper.  Do you have it in front of you?

16          THE WITNESS:  I do, your Honor.

17          THE COURT:  Yeah.  In the first line where he records

18  the effects of ionizing radiation --

19          THE WITNESS:  Yes.

20          THE COURT:  -- he includes the group M1 through M6.

21  That presumably includes M3?

22          THE WITNESS:  Yes.

23          THE COURT:  And then further over it describes some

24  chromosome abnormalities, which are 7 and 5, basically.  Do

25  those apply to M3 as well?

PDF created with pdfFactory trial version www.pdffactory.com

1          THE WITNESS:  No.  They're predominantly found in M1

2     and M2.  So it's the same as with benzene, your Honor, where

3     you see mainly -5 and -7 being associated with benzene, and

4     that's a common change there.

5          THE COURT:  So if you were to describe the effect of

6     ionizing radiation in respect of M3, it would still include 17

7     and 15?

8          THE WITNESS:  Yes.

9          THE COURT:  Okay.

10         MR. JENSEN:  One last question, your Honor?  Probably

11    three questions, one area.  I apologize.

12                      REDIRECT EXAMINATION

13    BY MR. JENSEN:

14    Q.   Dr. Smith, as part of your work in the field of benzene

15    toxicity, you're regularly talking with other researchers in

16    the field, attending conferences, and are familiar with the

17    areas that are considered of concern and hot topics in the area

18    of research; is that fair to say?

19    A.   Yes.

20    Q.   Has the issue of whether benzene is capable of causing the

21    subtypes of AML, including APL, ever been an issue of a hot

22    topic of research or controversy or consideration in the years

23    that you've been a benzene researcher?

24    A.   I wouldn't say it's a hot topic.  I mean, it's certainly

25    something that people would like to know a little bit more

1   about, but it's not on the top -- it's not in your top list of

2   things you really want to know about benzene.  What you really

3   want to know:  Is there a threshold?  How low do we go for it

4   to be dangerous?  They're the real big questions.  And does it

5   cause things like non-Hodgkin's lymphoma as well as AML --

6   these are virtual pressing questions -- and not whether AML is

7   produced or different subtypes of AML.

8   Q.   Is that because it's been your view that the consensus is

9   that benzene is capable of causing all the subtypes of AML?

10  A.   Yeah.  And the researchers I speak to, it's generally

11  thought that it's the cause of AML and it's not worth a lot of

12  time and effort in investing in trying to find out whether one

13  subtype is slightly more prevalent than others, and there are

14  much bigger issues to work on that are much more important for

15  human health.

16          MR. JENSEN:  That's all, your Honor.

17          THE COURT:  Okay.  Thank you, Doctor.  Thank you.

18  You're excused.

19          MR. LEGHORN:  No questions, your Honor.

20          THE COURT:  We'll resume tomorrow.  Oh, I have a

21  meeting early in the morning, so I might be a little bit late.

22  Shall we say 9:30 tomorrow morning to commence?

23          MR. WEATHERS:  Your Honor, a question:  How long will

24  we go tomorrow?

25          THE COURT:  Till one.

PDF created with pdfFactory trial version www.pdffactory.com

1          MR. WEATHERS:  Till one o'clock?

2          THE COURT:  Yeah.

3          MR. WEATHERS:  Thank you.

4          THE CLERK:  All rise.

5          Court is in recess.

6          (The proceedings adjourned at 3:15 p.m.)

7

8

9               C E R T I F I C A T E

10

11          I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

12    the United States District Court, do hereby certify that the

13    foregoing transcript constitutes, to the best of my skill and

14    ability, a true and accurate transcription of my stenotype

15    notes taken in the matter of Civil Action No. 07-11944-GAO,

16    Brian K. Milward, et al, v. Acuity Specialty Products Group,

17    Inc., et al.

18

19                    /s/ Marcia G. Patrisso
                       MARCIA G. PATRISSO, RMR, CRR
20                     Official Court Reporter

21

22

23

24

25

PDF created with pdfFactory trial version www.pdffactory.com