UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


```
                            )
BRIAN K. MILWARD, et al,    )
                            )
        Plaintiffs,         )
                            )   Civil Action
v.                          )   No. 07-11944-GAO
                            )
ACUITY SPECIALTY PRODUCTS   )
GROUP, INC., et al,         )
                            )
        Defendants.         )
                            )
```


BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE


**DAUBERT HEARING - DAY 4**


John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Friday, April 24, 2009
9 a.m.


Marcia G. Patrisso, RMR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

```
 1    APPEARANCES:

 2         ALLEN STEWART, P.C.
           By: Allen Stewart, Esq.
 3              Steve Baughman Jensen, Esq.
           325 N. St. Paul Street - Suite 2750
 4         Dallas, Texas 75201
           - and -
 5         KREINDLER & KREINDLER, LLP
           By: James D. Gotz, Esq.
 6         277 Dartmouth Street
           Boston, Massachusetts 02116
 7         On Behalf of the Plaintiffs

 8         NIXON PEABODY, LLP
           By: Joseph J. Leghorn, Esq.
 9             Nancy C. Antonellis, Esq.
           100 Summer Street
10         Boston, Massachusetts 02110
           On Behalf of the Defendant CRC Industries, Inc.
11
           WEATHERS, RILEY & SHEPPEARD, LLP
12         By: Wesley A. Weathers, Esq.
           4848 SW 21st Street - Suite 202
13         Topeka, Kansas 66604
           On Behalf of the Defendant NCH Corporation
14
           FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
15         By: Tim Gray, Esq.
           200 South Lamar Street - Suite 100
16         Jackson, Mississippi 39201-4099
           - and -
17         MELICK, PORTER & SHEA, LLP
           By: Raymond H. Tomlinson, Jr., Esq.
18         28 State Street - 22nd Floor
           Boston, Massachusetts 02109-1775
19         On Behalf of the Defendant Aristech Chemical Corporation

20         CETRULO & CAPONE, LLP
           By: Lawrence G. Cetrulo, Esq.
21             Kevin R. Powers, Esq.
               Jeffrey D. Adams, Esq.
22         Two Seaport Lane - 10th Floor
           Boston, Massachusetts 02210
23         On Behalf of the Defendants Henkel Corporation;
           Sunoco, Inc.; and Sherwin-Williams Company
24

25
```

```
 1          DICKIE, McCAMEY & CHILCOTE, P.C.
            By: James R. Miller, Esq.
 2          Two PPG Place - Suite 400
            Pittsburgh, Pennsylvania 15222-5402
 3          On Behalf of the Defendant Sherwin-Williams Company

 4          CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.
            By: Brian P. Voke, Esq.
 5          One Constitution Plaza
            Boston, Massachusetts 02129
 6          On Behalf of the Defendant Berryman Products, Inc.

 7          CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.
            By: Charles K. Mone, Esq.
 8          One Constitution Plaza
            Boston, Massachusetts 02129
 9          On Behalf of the Defendant The Clorox Company

10          ADLER, POLLOCK & SHEEHAN, P.C.
            By: Brian R. Birke, Esq.
11          175 Federal Street
            Boston, Massachusetts 02110
12          On Behalf of the Defendant Radiator Specialty Company

13          GORDON & REES, LLP
            By: Leslie A. Sheehan, Esq.
14          633 West Fifth Street - Suite 4900
            Los Angeles, California 90071
15          On Behalf of the Defendant Sunnyside Corp.

16          McDONOUGH, HACKING & LAVOIE, LLC
            By: William R. Corino, Esq.
17          One Washington Mall
            Boston, Massachusetts 02108
18          On Behalf of the Defendant Boyle-Midway, Inc.

19          RYAN, COUGHLIN & BETKE, LLP
            By: Elizabeth A. Doubleday, Esq.
20          175 Federal Street
            Boston, Massachusetts 02111
21          On Behalf of the Defendant WD-40 Company

22          TUCKER, HEIFETZ & SALTZMAN, LLP
            By: Syd A. Saloman, Esq.
23          Three School Street
            Boston, Massachusetts 02108
24          On Behalf of the Defendant AGS Company

25
```

PDF created with pdfFactory trial version www.pdffactory.com

1                           I N D E X

2                     DIRECT   CROSS   REDIRECT   RECROSS
   WITNESSES FOR THE
3    DEFENDANTS:

4
   DAVID PYATT
5
      BY MR. GRAY              5            123
6      BY MR. JENSEN                77              129

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PDF created with pdfFactory trial version www.pdffactory.com

1              **P R O C E E D I N G S**

2         THE CLERK:  All rise.

3         Continuation of the Milward *Daubert* hearing.  Be

4    seated.

5         THE COURT:  Good morning.

6         VOICES:  Good morning.

7         MR. GRAY:  Your Honor, if it would please the Court,

8    the defendants would like to call Dr. David Pyatt.

9                    DAVID PYATT, sworn

10        THE CLERK:  State your name, spell your last name for

11   the record, keep your voice up and speak into the mic so

12   everyone can hear you in the courtroom.

13        THE WITNESS:  All right.  David Pyatt, P-Y-A-T-T, 1944

14   Cedar Ridge Circle, Superior, Colorado 80027.

15        MR. GRAY:  Your Honor, if I could ask the Court to put

16   on the PowerPoint screen?

17        THE COURT:  You want the computer?

18        MR. GRAY:  Yes.

19        And, your Honor, I apologize.  I'm going to go back

20   and forth between the PowerPoint and the ELMO a few times.

21        THE COURT:  Fine.

22                   DIRECT EXAMINATION

23   BY MR. GRAY:

24   Q.   Good morning, Dr. Pyatt.

25   A.   Good morning.

1   Q.   Could you tell the Court --

2   A.   Am I the right distance away from --

3        THE COURT:  You're a little farther away.  Pull the

4   mic up to you.  You have to be sort of on it.

5        THE WITNESS:  How's that?

6        THE COURT:  Better.

7   BY MR. GRAY:

8   Q.   Have you prepared some slides to assist with your

9   testimony today?

10  A.   Yes.

11  Q.   And this first slide has some background information.

12  Would you tell the Court a little bit about yourself?

13  A.   Okay.  I have a Ph.D. in toxicology from of the University

14  of Colorado.  I was awarded that in 1995.  I worked within the

15  laboratory of Richard Irons, who is a world-renowned researcher

16  on benzene, did some post-doctoral training there, got some

17  grants, worked through the research faculty track, and

18  eventually left and started my own company, which is Summit

19  Toxicology, LLP, which I started in 2005.

20       I still maintain active academic appointments in several

21  departments with the University of Colorado.  I have an

22  appointment at the School of Public Health where I teach a

23  toxicology class; I have an appointment at the School of

24  Pharmacy where I teach a risk assessment in environmental

25  toxicology class; I teach a tox class in the Environmental

PDF created with pdfFactory trial version www.pdffactory.com

1    Health Sciences Program in the downtown Denver campus of the

2    University of Colorado; and I teach physicians, graduate and

3    medical students in those various courses.

4    Q.   And I think your next line talks a little bit more detail

5    about your background.

6    A.   So, yeah, I've been doing this for about 20 years.  I have

7    a variety of abstracts and book chapters and peer-reviewed

8    papers.  Most of them have been either specifically on benzene

9    or on bone marrow toxicity and immunological toxicity.  Now, as

10   a consultant, I work for a variety of agencies and

11   private-sector clients, law firms, other consulting companies

12   that come to me with, you know, specific requests.  And I'm a

13   member of a variety of scientific societies.

14   Q.   And you prepared a report in this case; is that correct?

15   A.   I did.

16   Q.   Okay.  And since you issued that report, have you

17   continued to look at the reports issued by other experts and

18   the depositions that were given in this case and continued to

19   look at the literature?

20   A.   Yes.

21   Q.   Have any of the opinions that you've rendered that we've

22   provided to the Court in your initial report -- have they

23   changed materially since your report?

24   A.   No.

25   Q.   If we could go to the next slide, I would like you to tell

PDF created with pdfFactory trial version www.pdffactory.com

1    the Court in these next two slides what the primary things

2    you're going to be talking about today are.

3    A.    Well, I guess the big one is that there is, in my opinion,

4    insufficient evidence to establish general causation between

5    benzene exposure and acute promyelocytic leukemia, which is why

6    we're here.  The basis for that is it is a clearly distinct

7    clinical entity, something we heard a lot about yesterday, and

8    it's overly simplistic to just consider APL to be another

9    subtype of AML; that the mechanistic sort of plausibility

10   arguments are a little disjointed and don't really provide

11   adequate evidence that a causal relationship exists.

12        The cell of origin, which we have been talking about in

13   some detail, in my view it is pretty clear that the cell of

14   origin for APL is different than the other subtypes of leukemia

15   for sure, and most likely even different for the other subtypes

16   of AML.  And the one cytogenetic change, the translocation that

17   we most strongly associate with APL, the 15;17, has never been

18   shown in any assay, in vitro, in vivo; at no point has the

19   15;17 translocation ever been shown to be associated with

20   benzene exposure.

21        And then the topoisomerase II argument, that's a pretty

22   complicated argument and we will spend some time discussing

23   that today, but collectively that is not sufficient evidence to

24   link benzene with APL.

25   Q.    Okay.  So just to -- while you get some water -- to make

1   sure everyone has a roadmap, really the four things we're going

2   to be talking about today are:  distinct disease, cell of

3   origin, topo II, and whether or not the evidence about

4   chromosomal abnormalities establishes that benzene causes APL.

5   Are those your primary four topics for today?

6   A.   I think that sounds right.

7   Q.   Okay.  Let's go to the next slide.  You've seen this slide

8   before in, I believe, Dr. Bennett's and perhaps even Dr.

9   Smith's testimony, correct?

10  A.   Right.  And the only reason why I'm bringing it up again

11  is, you know, this is the hematopoietic hierarchy; this is the

12  best representation of what we think is happening in the bone

13  marrow where all of these mature cells that are listed along

14  the bottom are arising from a pluripotential cell at the top.

15  It isn't quite this linear, but it's the only way, really, that

16  hematologists can depict what we think is occurring in the

17  marrow.

18       What I like about this particular slide is it has a couple

19  of really important breakpoints that will be important in what

20  we're going to discuss today.  And I think I can draw on this.

21  So that area right there is important because once a cell has

22  moved beyond that point, then -- that's pretty neat.

23       Okay.  Once a cell has moved beyond that point, then it

24  loses the ability to differentiate into one of those two main

25  lineages.  So the CMP, the common myeloid progenitor, or the

1    CLP, the common lymphoid progenitor, retains the ability to go

2    down those lineages, the lymphoid or the myeloid, but it has

3    lost the ability to go down the other ones.  So that is a

4    pretty distinct differentiation point in this hierarchy.

5    Q.   Can I interrupt you for one second, Dr. Pyatt?  Just so

6    the record is clear when someone's reading this without the

7    benefit of the slides, that breakpoint is the point at which a

8    cell either goes down the lymphoid line to the CMP or down the

9    CLP line.  Is that the breakpoint we're talking about there?

10   A.   Well, yeah.  I'm talking about this break right here where

11   I've indicated where this purple cell above, that one, which

12   doesn't really have a name, but that cell theoretically retains

13   the ability to turn itself into any kind of lymphocyte or any

14   kind of myeloid cell.  And then once it differentiates, it

15   becomes what is called lineage committed, and it has now

16   committed to becoming either a myeloid cell or a lymphoid cell.

17        So the next step is it becomes a common precursor, or a

18   common progenitor, common myeloid or common lymphoid, and those

19   retain the ability to differentiate into others, but they have

20   lost the ability to cross over.  So a common myeloid cell will

21   not give rise to a T lymphocyte, for example, and a common

22   lymphoid precursor will not give rise to a granulocyte or other

23   myeloid cells.  Does that make it clearer?

24   Q.   Yes, that does.

25   A.   Okay.  The other thing to point out on this slide are the

1    boxes over on the left.  There's a lot of complicated

2    nomenclature in there, but that demonstrates, or describes, the

3    phenotype of these various cells.  And as you heard yesterday,

4    the phenotypic description of the phenotype are the proteins

5    that are expressed on the surface that allow hematologists to

6    identify these cells and allow hematologists to really separate

7    out various cell populations using flow cytometry.

8        And the ones that I think are important, if you look at

9    the white box to the left of the hematopoietic stem cell at the

10   very top, you'll see that that is CD34+ -- so that is an

11   important marker that indicates a stem or progenitor cell --

12   and it is CD38-.  That is also a very important marker.  When

13   you go down the list, and now you're past -- when you move down

14   to about this level we were discussing, you see that the CD38

15   becomes positive.  So when you see a "CD38+" expression on the

16   surface of the cell, that gives you some indication as to where

17   in the maturation flowchart that particular cell is likely to

18   arise.  So that is an important distinction that you can get

19   from looking at this slide.

20   Q.   Okay.  We've heard a lot of testimony about it, but I want

21   to make sure we're very clear today.  Can you talk a little bit

22   about what a -- what the hematopoietic stem cell is and then

23   differentiate that from what we've been describing as a

24   leukemic stem cell?

25   A.   Yeah.  And just as Dr. Bennett pointed out yesterday, the

1   nomenclature is somewhat confusing because they both have the

2   word "stem cell" in there.  But a hematopoietic stem cell, or a

3   pluripotential stem cell, is a hematopoietic cell -- which is

4   up here at the top -- that theoretically has the ability to

5   turn itself into all of the different lineages -- all the

6   different blood lineages.

7       A leukemic stem cell, even though it still has the word

8   "stem" in it, is just a cell that can give rise to that form of

9   leukemia.  So a leukemic stem cell can be anywhere within this

10  hierarchy; it has the ability to self-renew and to give rise to

11  that particular form of leukemia.  It does not mean that it

12  always arises at the hematopoietic stem cell level, and in a

13  lot of cases I think it does not.

14  Q.   And do researchers now believe that some cells that

15  previously didn't have the ability to self-renew through the

16  carcinogenic process gain that ability and become leukemic stem

17  cells?

18  A.   That was one of the really interesting and important

19  findings in the Wojiski paper that we discussed in some detail

20  yesterday.  Researchers demonstrated that really mature

21  granulocytes, all the way down here in this area, when they had

22  the 15;17 put into them, they achieved the ability for

23  self-renewal, so they became the leukemic stem cell for that

24  disease even though they are very differentiated.

25  Q.   Now, even before the Wojiski paper, this concept of a

PDF created with pdfFactory trial version www.pdffactory.com

1  leukemic stem cell was established in the literature, correct?

2  A.   Well, the leukemic stem cell concept has been around for

3  about ten years, and it's been evolving and people are thinking

4  about it in different ways.  And it really has to do with

5  therapy.  I mean, that really is where the most -- that's where

6  it's the most useful.  Because the idea is if you're treating a

7  leukemia with whatever your therapy is, but you're not treating

8  the leukemic stem cell because it's quiescent or it's hidden or

9  whatever the reasons are, then you're going to relapse, all

10  right?

11      So people like John Bennett and others in the field,

12  treating oncologists, are keenly interested in the leukemic

13  stem cell so that they can derive therapies to try to kill

14  those cells as well so that they can effect some kind of

15  long-term remission or actually cure a patient.

16  Q.   Earlier when you talked about the findings in the Wojiski

17  paper that suggest that the leukemic stem cell for APL is where

18  you marked, the point you marked on this slide, the

19  hematopoietic hierarchy, was below the GMP cell; is that fair?

20  A.   Yeah.  I mean, you can't take any of those quite literally

21  because in this particular hierarchy there's only two cells

22  drawn between a GMP and a granulocyte.  There are other more

23  complicated flowcharts where there might be as many as four

24  steps of differentiation between those.  But, yes, I think that

25  area right in there is where that paper indicates that it

1   happened.

2   Q.   And of course we --

3        THE COURT:  Excuse me.  Can I just ask him about the

4   chart?  Is this a chart that was prepared for this presentation

5   or does this come from a piece of literature?

6        THE WITNESS:  It comes from the literature.

7   BY MR. GRAY:

8   Q.   And, Dr. Pyatt, just so we're clear before we move on, APL

9   manifests in -- within this granulocytic line of cells that we

10  see on this chart, correct?

11  A.   I'm sorry.  Could you ask that again?

12  Q.   APL appears within this granulocytic line of cells; is

13  that correct?

14  A.   Yes.  Yes.  APL, acute promyelocytic leukemia, is a

15  leukemia that is that cell.

16  Q.   The cell just below the GMP but before the granulocytes,

17  it's in that range?

18  A.   Correct.  It's a promyelocyte.  In this lineage diagram

19  there's only one cell, so I'm calling that the promyelocyte.

20  In other lineages there could be meta promyelocytes and others

21  there.  And then you would have to point out the promyelo- --

22  it's going to be in that region.

23  Q.   This is a much simpler slide of what could be used in a

24  graduate course on cell biology; is that fair?

25  A.   Yeah.  I mean, you could get them in a variety of

PDF created with pdfFactory trial version www.pdffactory.com

1    different degrees of complication.  And really it depends on

2    what you're interested in.  If what you're trying to determine

3    or discuss are the lymphoid differentiation markers, then they

4    may ignore the myeloid markers completely and elaborate more on

5    the lymphocyte.  So you'll see them all different ways.

6    Q.    Okay.  Fair enough.

7          If we could go to the next slide.

8          So, now, again, on the four points we're going to talk

9    about today, Dr. Bennett touched on this yesterday, but could

10   you briefly give the Court your opinion, and a brief

11   description for the basis for it, about whether or not APL is a

12   distinct disease from other subtypes of AML?

13   A.    I think that's pretty clear both from what he said as well

14   as what's on this slide.  I mean, the prognosis of APL is very

15   different than most other subtypes of AML.  The treatment is

16   unique in the hematology/oncology community.  All of the other

17   chemotherapeutic agents that are used to treat AML are

18   cytotoxic, you know, that kill the dividing cells.  That's how

19   it works.

20         With APL, it's the only disease where the treatment,

21   all-trans retinoic acid, doesn't kill the cells; what it does

22   is cause the cells to take that next step in the

23   differentiation pathway.  When they take that next step and

24   they differentiate into a granulocyte, then they die on their

25   own.  Granulocytes have a relatively short half-life; they only

PDF created with pdfFactory trial version www.pdffactory.com

1   live for six or eight hours.  So they take that next step and

2   then they die.  There's no other leukemia that I'm aware of

3   that that methodology is used to treat it.  And it's very

4   successful.

5       So yesterday -- Dr. Bennett talked yesterday in some

6   detail about the cytogenetics and what the disease looks like

7   morphologically.  We will spend some time today discussing the

8   cell origin and the last two points, but I do think that the

9   ideology is different and that there is evidence that the

10  epidemiology is different for this particular subtype.

11  Q.   Okay.  If we could go to the next slide.

12      Now, do you believe it's appropriate to assume that if one

13  agent causes one form of AML, it therefore causes all forms of

14  AML?

15  A.   I don't think that would be appropriate to assume now.  It

16  might have been appropriate to assume 25 years ago, but I think

17  there has been evidence that is indicating that that is too

18  simplistic a view, and that you need to evaluate -- when you

19  can, you need to evaluate the various subtypes.  And keep in

20  mind that even the subtypes are a relatively broad category.  I

21  think where the field is going, it's going to be looking at

22  specific cytogenetic markers and what is the epidemiology

23  associated with an 8;21 translocation or an inverse 116.  In

24  this case the 15;17 and the APL are essentially the same thing,

25  so we've already taken that step.

1   Q.   And do you believe that looking at the relationship

2   between cigarette smoke and APL is a good illustration of the

3   point you just made about one agent doesn't cause all forms

4   necessarily?

5   A.   I do.  I mean, it's been well established from a lot of

6   different researchers, and the surgeon general has now accepted

7   it and everyone pretty much is on the same page, that AML is --

8   that cigarette smoking is an established risk factor for AML.

9   So if you simply said that all of the subtypes of AML are going

10  to be equally affected by cigarette smoking, I think in this

11  case you would be wrong; that would be too simplistic of a

12  view.  So this is a good illustration really of where APL is a

13  distinct epidemiological entity from the other subtypes of AML.

14  Q.   Okay.  So there's actually studies where the incidence of

15  APL among smokers has been separately analyzed.  And you're

16  going to tell us about some of those studies, right?

17  A.   I am.  There are three that I found where they have done

18  this, and in all three cases -- we'll go through them.  So this

19  first one by Moorman was published in the *British Journal* in

20  2002.  And what they were interested in was the cytogenetics.

21  But, again, since APL and 15;17 are almost synonymous, that's

22  essentially what they're looking at.

23       And if you look right here at the current smokers, first

24  of all, you see a small -- 1.42, which is about right -- but a

25  statistically significant increase with current smoking and

1    AML.  But with APL, 15;17, the risk is .47, which is a

2    decrease.  And in this case it is statistically significantly

3    decreased.  So just based on that one finding, if you just say

4    smoking causes AML and didn't say anything else about it,

5    really that would be incorrect; it doesn't cause all forms of

6    AML based on this study.

7    Q.    Okay.  And if we go to the next slide -- there's more than

8    one study, correct?

9    A.    Yes.  So this one was published in the *Journal of the*

10   *National Cancer Institute*.  I don't know any of these

11   researchers, but I'm assuming some of them are there.  That's

12   usually how it works.

13   Q.    Is it the Sandler paper?

14   A.    The Sandler paper, yes, from 1993.

15          But it shows the same thing.  If you look at the M3

16   category -- well, right there, the total odds ratio is .56,

17   confidence interval of .30 to 1.03, so that is suppressed but

18   not statistically significant because the other 95 percent

19   confidence interval is greater than 1.0.  With the

20   less-than-60-year-olds the relative risk is .42, and with that

21   particular group it is statistically significant.  The over-60

22   group, the relative risk is elevated -- the odds ratio is

23   elevated at 3.05 -- but they have really wide confidence

24   intervals, .26 to 36.0, and that's because there was one case.

25   There was one case that was in that category.  So that's why

PDF created with pdfFactory trial version www.pdffactory.com

1    you see such wide confidence intervals.

2         But, again, it supports the position that APL is not

3    elevated associated with cigarette smoking.

4    Q.   And, again, when you pool the under-60 and the over-60

5    group, the odds ratio for M3 for everyone in the study was .56,

6    correct?

7    A.   Right.  .56 with a clearly suppressed -- but it was not

8    statistically significantly suppressed -- odds ratio.

9    Q.   This study is further evidence that smoking does not cause

10   APL.  You'd agree?

11   A.   That's correct.

12   Q.   Now, let's look at -- Sandler actually commented on these

13   findings, and I'll read these for the record.  This is from the

14   Sandler paper at page -- I believe it's 1999.  "There was a

15   nearly significant inverse association between smoking and

16   t(15;17)(q22;q12) with an odds ratio of 0.42 (95 percent

17   confidence interval 1.17 - 1.01) when patients with this

18   abnormality were compared to control subjects.  All of the

19   patients with this abnormality had leukemia classified with M3,

20   which was also inversely associated with smoking."

21        So the authors here believe that the data in the paper --

22   presented in the paper -- show no increased rate associated

23   with smoking; is that a fair statement?

24   A.   Sure.  I mean, I don't know what else they could conclude

25   from looking at that data.

1    Q.    Okay.  Now let's look at the Björk paper.

2    A.    So this one was published in *Leukemia Research* in 2001.

3    And, again, they went in and looked at the various subtypes of

4    AML that were associated with cigarette smoking.  And you can

5    see, like, the M6, for example, down here is very high, 8.9, an

6    odds ratio.  But consistent with the other literature that

7    we've been looking at, the AML-M3 --

8         This doesn't really show up right where you touch it,

9    but...  Okay.  Everyone can see that.

10        -- the odds ratio is .32, which clearly is suppressed in

11   this case.

12        Again, it doesn't quite achieve statistically significant

13   suppression; you have a confidence interval of 1.0, but it is

14   going in that direction, and it is totally consistent with the

15   other studies.

16        Now, I'm not aware of any studies that have done this,

17   that have found contrary findings that have shown that APL is,

18   in fact, increased in smoking populations.  There are several

19   studies out there that say it's pretty complicated and it's

20   fuzzy and it's hard to get a clear picture.  To the extent that

21   I'm aware where they have broken out the subtypes, they all

22   seem to say the same thing, and that is that APL does not

23   appear to be associated with cigarette smoking.

24   Q.    So based on this research and the smoking and APL, Dr.

25   Pyatt, it's apparent that it causes some forms of leukemia but

1    does not cause others; fair?

2    A.    That is certainly the take-home message from this.  If you

3    were to assume that smoking causes AML -- all forms of AML --

4    that would be an overly simplistic view based on this data.

5    Q.    Is benzene found in cigarettes?

6    A.    It is.  Benzene's found in cigarette smoke as well as

7    benzene metabolites.

8    Q.    And Dr. Smith has testified that he believes it's the

9    benzene in cigarette smoke that contributes to the increased

10   risk of AML among smokers.  Are you familiar with that opinion

11   of Dr. Smith's?

12   A.    I heard him say it on Tuesday, and I've heard him say it

13   before, yes.

14   Q.    Do you agree with that opinion?

15   A.    I don't.  I don't.  I don't agree with that because I

16   don't think there's enough benzene in cigarette smoke to

17   achieve, you know, a quantitative increase in risk, but I know

18   that's what he thinks.

19   Q.    And how does that affect Dr. Smith's overall opinion that

20   benzene must -- he's got an opinion that benzene causes APL,

21   and he also has an opinion that the benzene in cigarette smoke

22   is what leads to AML.  Are those two positions inconsistent?

23   A.    They're completely inconsistent.

24   Q.    And that's because if benzene is driving the increased

25   risk of AML in cigarette smoke, it's not driving any increased

1    risk from smoking in APL, fair?

2    A.    That's true.

3    Q.    Okay.  Now --

4    A.    The only reason why I brought it up, really, was not so

5    much that it has to do with benzene, although that is an

6    important point, but that it illustrates that you cannot just

7    assume that all the different subtypes of AML collectively are

8    going to share the same set of risk factors.  That was the

9    point that I had for bringing up this literature.

10   Q.    And if we could go to the next slide.

11        Have other researchers also commented on this -- on the

12   relationship between smoking and APL?

13   A.    Yes.  The "Epidemiology of APL" paper by Dr. Douer in 2003

14   that was also discussed in some detail in this proceeding

15   states that "AML was found to be associated with smoking - in

16   particular, the FAB M2 subtypes or changes in Chromosome 8.

17   Interestingly, this association was not found with APL."

18   Q.    Okay.  Let's go to the next slide.

19        And I don't want to get too far down the road of the

20   epidemiology -- we've heard a lot about it -- but as you read

21   Dr. Douer's paper, what were his opinions about whether or not

22   there was a separate set of epidemiological principles at play

23   for APL as opposed to some other subtype?

24   A.    I think there have been a lot of investigators who have

25   been curious as to whether subtypes of AML are all equally

PDF created with pdfFactory trial version www.pdffactory.com

1    affected by risk factors for AML, and we've talked a lot about

2    those, and they've been up on the board, different slides this

3    week.

4         But Dr. Douer wrote an epidemiology paper, view paper,

5    specifically on this topic, and tried to pull together the

6    literature that he found related to the acute promyelocytic

7    leukemia subtype, and took the position, which I think is

8    accurate, that it is a very unique subtype, which is what he

9    says.  "APL is an example of a truly unique AML subtype that

10   has an easy-to-recognize morphology associated uniformly with

11   the distinct chromosomal and gene rearrangements.  Thus, APL is

12   amenable to epidemiology studies."  And then later in the

13   abstract, "It is therefore likely that etiological factors for

14   APL are different from those of other AML subtypes.  So far no

15   environmental and/or occupational risk factors have been found

16   for APL."

17   Q.   Okay.  Yesterday in the context of discussion of this

18   paper, and perhaps the day before, we heard a lot of talk about

19   the Mele paper, the shoemaker study; do you recall that?

20   A.   Yes.

21   Q.   And to briefly go into that, there was some discussion

22   about how the -- there was suggestion that maybe Dr. Douer

23   didn't appropriately consider the Mele paper when reaching

24   these conclusions.  Do you recall some of that

25   cross-examination?

PDF created with pdfFactory trial version www.pdffactory.com

1  A.   I heard a little bit of it, yes.

2  Q.   Have you reviewed Dr. Smith's deposition testimony about

3  his opinions about the Mele paper?

4  A.   Yes.

5       MR. GRAY:   Your Honor, if I could switch the ELMO

6  briefly.

7  BY MR. GRAY:

8  Q.   And I'm at page 50 where I believe Mr. Leghorn was asking

9  Dr. Smith about the significance of the Mele paper.  And he's

10 asked, "Doctor, the finding of only two cases, does that affect

11 the study?"  Dr. Smith replies on page 51, "Yes; it's not

12 particularly strong.  I mean, even though they say there's a

13 strong association with the shoemaking, it is actually based on

14 few cases."

15      "Mr. Leghorn:  And your comment was that that's not a

16 particularly strong finding; is that right?"

17      "Answer:  Well, it's strong in terms of the odds ratio,

18 but in terms of a definitive finding, one would want to have

19 more information."

20      That was the testimony of Dr. Smith; would you agree?

21 A.   That's my understanding, yes.

22 Q.   And do you agree with Dr. Smith, setting aside the

23 question of were those few workers exposed to benzene or not --

24 the Mele paper is a -- not a very strong finding based on two

25 reported cases of APL?

1    A.    Yeah.  No matter what you say about the exposures and

2    whether they had them or not, there were still only two cases

3    of APL in the shoe workers' group, which is a very small --

4    very small study.  And when the studies are that small and

5    you've only got one or two cases, misclassification and other

6    things that can happen are hugely important.

7            MR. GRAY:  If we could go back to the PowerPoint view,

8    your Honor.

9    BY MR. GRAY:

10   Q.    And, again, Dr. Douer had the Mele paper available to him

11   when he reached the conclusions that he reached in this paper,

12   correct?

13   A.    That's my understanding.  And he felt the same way that I

14   think most people that read that would feel, and that is that

15   it is not a very strong finding.

16   Q.    Okay.  Let's go to the next slide.  Actually, we need to

17   go backwards.  Back one more briefly.  Okay.  Now forward.

18   Thank you.

19       Okay.  So we've talked about APL as a distinct disease

20   with separate etiological risk factors.  And now let's move on

21   to the rest of your testimony.  And this slide lays out three

22   hypotheses that Dr. Smith has regarding biological

23   plausibility.  Can you very quickly give the Court just the

24   bullet points before we move on to the first topic?

25   A.    Yeah.  I think what we're going to end up discussing

PDF created with pdfFactory trial version www.pdffactory.com

1   relative to Dr. Smith's testimony is the cell-of-origin

2   discussion and whether or not the evidence supports that ALMs,

3   or all leukemias, come from the same stem cell; the 15;17

4   translocation again, this notion that simply because benzene

5   has been shown to cause some balance translocations, therefore,

6   it's biologically plausible that it can cause the 15;17

7   translocation; and then this whole discussion on topoisomerase

8   II, which is pretty fundamental to Dr. Smith's biological

9   plausibility position.

10  Q.   Okay.  So three hypotheses:  Number one, there's a common

11  cell of origin for AMLs; number two, since benzene causes some

12  balanced translocations, it therefore causes the t(15;17);

13  number three, benzene causes leukemia via topo II inhibition.

14      Do you believe, Doctor, any of those three hypotheses have

15  been established in the scientific community?

16  A.   No.

17  Q.   Let's go, then, to the first topic, cell of origin.  I'll

18  read here.  This is from Paragraph 28 of Dr. Smith's report,

19  and I'll read a sentence here, Paragraph 28A.  Actually, I'll

20  start with 28.  "It is biologically plausible that benzene

21  causes APL for a number of reasons.

22      "First" -- and this is the cell-of-origin argument.

23  "First, the subtypes of AML are, in fact, subtypes of one

24  disease inasmuch as they all derive from a genetically damaged

25  pluripotent stem cell which can differentiate into all

PDF created with pdfFactory trial version www.pdffactory.com

1   myelogenous stem cells and proliferate."

2       I didn't read the whole paragraph, but is that your

3   understanding of the position that Dr. Smith has taken, at

4   least in some point in this case?

5   A.   He clearly took it when he wrote this.  And he sort of had

6   that position during his deposition, if I recall.  But then his

7   testimony on Tuesday seemed like he was backing away from this

8   a little and that he was acknowledging that there were -- he

9   was using more plural terminology.  And instead of saying

10  "They're all coming from a single stem cell" he was saying

11  "stem" or "progenitor cells," which opens up the possibility

12  that they're different.  So I don't honestly know where he

13  stands today.

14  Q.   Okay.  Well, let's talk about your opinions from here,

15  then.  Let's go to the next slide.

16      If all leukemia -- if all AMLs derived from a pluripotent

17  stem cell, what would be the cell of origin, as you understand

18  that phrase, on this chart entitled "Hematopoietic Hierarchy,"

19  which is a repeat of the slide we showed earlier?

20  A.   Well, historically, the way experimental hematologists

21  have used this vernacular -- have used these terminologies --

22  is that a pluripotential stem cell is this.  It's at the top.

23  Q.   The HSC?

24  A.   The HSC.  That stands for "hematopoietic stem cell," which

25  is pluripotent in that it can differentiate into everything.

1   Once it leaves that state and starts differentiating, maturing,

2   then it is no longer called a stem cell and it becomes a

3   precursor or a progenitor cell.  And that is historically the

4   way these things have been divided out.  So when you say "stem"

5   or "progenitor cell," well, that opens up a lot.  When you say

6   a "hematopoietic" or a "pluripotential stem cell," that is this

7   cell at the very top.

8   Q.    Okay.  And progenitor cells, as evidenced on this slide,

9   are really throughout the hematopoietic hierarchy until you get

10  to a mature effecter cell; is that correct?

11  A.    Correct.  You have multipotent and, you know, the

12  oligopotent -- and that's neither here nor there.  But you've

13  got a lot of differentiation capacity.  And as they move down

14  this hierarchy they become more and more lineage-committed,

15  which means they lose the ability to turn into other things.

16  But all that time they are still considered progenitor cells.

17  Q.    And certainly some scientists believe that the cell of

18  origin for some types of AML, including APL, is a

19  lineage-committed progenitor cell; is that right?

20  A.    We heard a lot about that yesterday from Dr. Bennett, and

21  from many of the studies, so, yes.

22  Q.    And what is your opinion about the cell of origin for APL?

23  A.    Well, I think collectively the literature that I looked at

24  prior, that I cited in my original report, that I looked at

25  after Dr. Smith criticized that conclusion, all of that

1    literature collectively still pretty much reinforces to me that

2    it's somewhere in this area down here; that that is where APL

3    is most likely to arise.

4    Q.    And the area you marked is well below the CMP cell,

5    correct?

6    A.    That seems to be the case, yes, that it is below the

7    common myeloid progenitor.  And there's some data that we have

8    not talked about yet that would support why that is true.

9    Q.    Okay.  And the significance of that is if the APL

10   originates at the CMP cell or above, then that gives some

11   credence to the theory that Dr. Smith is right that it's

12   biologically plausible that benzene causes APL; is that fair?

13   A.    Well, I mean, I guess even if it's down here it doesn't

14   completely rule out that benzene can cause APL.  I mean, all

15   it's saying is that they are not all coming from the same cell.

16   So that's really what I took issue with, and that's what we've

17   been discussing, that the evidence is pretty clear, in my view,

18   that the forms of leukemia in general and the subtypes of AML

19   specifically do not necessarily arise from the same stem

20   cell -- or the same cell, irregardless of where it is.

21   Q.    And I want to make sure it's clear:  You can't point to --

22   and Dr. Smith can't point to -- the exact cell with certainty

23   that is the cell of origin for cancer with 100 percent

24   certainty, can you?

25   A.    For APL --

PDF created with pdfFactory trial version www.pdffactory.com

1    Q.    For APL.

2    A.    -- or for cancer in general?

3    Q.    For any type of -- for APL.  Can you point with certainty

4    and say, "That's the one.  I know it 100 percent"?

5    A.    No.  No one can do that.

6    Q.    Your point is that the weight of the evidence is that it's

7    at a committed cell as opposed to a cell higher in the

8    hierarchy?

9    A.    That position is absolutely consistent with all of the

10   scientific data that exists on this topic.  Every one of the

11   authors that are presenting some little piece of this puzzle

12   will say, "But you can't rule it out and it's still a

13   possibility" because no one knows with absolute certainty.  But

14   when you look at all of the pieces of the puzzle together, each

15   one rules out that it is likely occurring in these different

16   places, and you're left with somewhere down the granulocytic

17   pathway that the cell has been committed not only to a myeloid

18   path but to a granulocytic path.

19   Q.    Okay.  And if we could go to the next slide --

20           THE COURT:  Could I just ask:  As a point of reference

21   can you determine that the cell has become leukemic after the

22   15;17 translocation but not before?  Can you make that

23   determination?

24           THE WITNESS:  I think that's true.  I mean, since

25   we --

1     THE COURT:  So the question becomes not -- let me ask

2     it more specifically, I guess.  You could ask when, at what

3     stage of maturation, does the translocation occur?

4           THE WITNESS:  That is exactly right, your Honor.  And

5     that is exactly what the various authors in these studies have

6     done.  They have gone to these various lineages and said, "At

7     what point do we see the 15;17 translocation and at what point

8     do we not see that?"  And so, then, that is really the basis

9     for them saying that "We think it's happening at this level of

10    maturation or within these lineages."  That's exactly right.

11          MR. GRAY:  And actually, if I could ask Mr. Weathers,

12    will you skip ahead to the Chang slide?  Just to further answer

13    that question, your Honor, Dr. Pyatt has a study that he

14    brought that is relative to that that maybe we could go

15    straight to.

16          THE WITNESS:  Sure.  In the Chang 2005 "Cancer

17    Genetics and Cytogenics" -- anyway, what they did in this study

18    was try to determine -- they looked at patients that had APL.

19    And they isolated various populations from those patients, the

20    hematopoietic populations, and said, "Where do we see the

21    15;17?"  And taken at the abstract, they did not see the 15;17

22    in T-cells, they did not see the 15;17 in B-cells, and they did

23    not see the 15;17 in erythroblasts.

24          So if you go back to -- so I drew the little red boxes

25    on there to illustrate just what that one piece of data would

1   do kind of to your cell-of-origin argument.  And so that they

2   didn't see it in a T-cell --

3   BY MR. GRAY:

4   Q.   And just for the record, you're looking at the

5   Hematopoietic Hierarchy slide that follows the Chang slide?

6   A.   Sure.  Yes.  And they didn't see it in B-cells, no one

7   looked in the NK-cells and no one looked in dendritic cells,

8   but I think most people would agree that that means that it

9   probably has not occurred -- I mean, it has occurred after that

10  differentiation step because the 15;17 is not being found in

11  any of the lymphoid cells.  So that puts it probably somewhere

12  around the common myeloid progenitor cell.

13      And over on the other side, the erythrocytes, they didn't

14  find it in the precursors to the red blood cells, so that

15  knocks out another one of those little branches.  So every time

16  they do that, that's one of the pieces of the puzzle that I was

17  discussing.  It is narrowing down where it is likely that that

18  15;17 actually arises.

19  Q.   And so this study is further support for your opinion that

20  the 15;17, and therefore APL, arises at a committed

21  granulocytic progenitor, correct?

22  A.   That would certainly be consistent with this data; yes.

23      MR. GRAY:  I would ask if we could go backwards two or

24  three slides.

25  BY MR. GRAY:

1   Q.   Now, when you issued your report where you addressed this

2   cell-of-origin issue, you quoted a textbook by Dr. Jandl.   Can

3   you tell us a little bit about Dr. Jandl -- I believe he's

4   deceased now -- and this textbook?

5   A.   I don't know about him personally, but he wrote what, at

6   least in my training, was the definitive textbook on

7   hematopoiesis and blood disorders.   And it was called *Blood*.

8   And I used it all through my training, and so I used it to

9   support my opinion because this is what he says:  "The cell of

10   origin for AML is the pluripotential stem cell, CFU-GEMM" --

11   which is one step downstream from the pluripotential stem

12   cell -- "in some cases and progenitor cells lower (more mature)

13   in the hierarchy in others."

14        And he was specifically talking about APL in that latter

15   part, "more mature."

16          MR. GRAY:  Okay.  Let's go to the next slide.

17   BY MR. GRAY:

18   Q.   Dr. Smith had some pretty harsh criticisms for this

19   opinion; is that fair?

20   A.   I paid attention to him.

21   Q.   Okay.  Well, I'll read what he said in his supplemental

22   report.  "For this criticism that my assertion is false, Dr.

23   Pyatt cites a textbook from 1997 by Jandl that, like Dr.

24   Pyatt's position, is completely out of date.  Jandl's textbook

25   was written before the discovery of leukemic stem cells a

1   decade ago which has completely changed our understanding of

2   the pathogenesis of leukemia.

3        "All active researchers that I know in this field

4   understand this concept and do not debate whether benzene

5   causes only some forms of AML but not others."

6        Do you recall reading that in Dr. Smith's report?

7   A.   I do.

8   Q.   What did you do after you read that in his report?

9   A.   Well, like I said, I took that very seriously.  I mean,

10  the citation that I put in my report from Jandl (1997) really

11  just verified everything that I had been taught, everything

12  that I had learned up to that point, what I thought the

13  literature had been saying.  And I wasn't just sitting in my

14  office for the last ten years doing nothing; I've been reading

15  papers on leukemia pathogenesis throughout my career.  I

16  watched the development of the leukemic stem cells.  I

17  understood their significance and what people were thinking

18  about them.  But I wanted to make sure that -- and I had never

19  seen this concept of leukemic stem cell radically change our

20  understanding of the potential cell of origin.  But I took Dr.

21  Smith at his word that my textbook was out of date and,

22  therefore, my opinion was out of date.  So I went to the

23  literature to see if that was true.

24  Q.   Okay.  And let's talk about some of those papers that you

25  found.  Let's go to the next slide.

PDF created with pdfFactory trial version www.pdffactory.com

1   A.   One of them we just talked about, the Chang paper.

2   Q.   The paper by Chang found that 15;17 was not detectable in

3   several other blood lines, correct?

4   A.   That's correct.  Which is absolutely consistent with what

5   Dr. Jandl put in his overview of the cell of origin for

6   leukemias.

7   Q.   And that's absolutely consistent with your opinion you've

8   given about the cell of origin for APL?

9   A.   It is.

10  Q.   And let's go to the next slide.

11       Okay.  This is the slide that we've already discussed

12  about Chang.  So let's go to the next one.

13       Dr. Bennett described the study by Turhan in '95.  But if

14  you would, let's reintroduce the Court to that paper.

15  A.   So this one was similar in that they looked at APL

16  patients and, again, using the phenotypic markers which I

17  discussed earlier, tried to establish where in the hierarchy of

18  hematopoietic differentiation do you find the 15;17 -- do you

19  find that translocation.

20       And what they say is that the CD34+/CD38- antigen, meaning

21  those very primitive cells at the top of the flowchart that are

22  CD38-, those are not involved in the neoplastic process of APL.

23  So this -- another piece of the puzzle puts it at the bottom

24  half of that hierarchy where the cells are CD38+.  And I think

25  we have a slide of that.

1    Q.   Can I back up, though, just briefly, to that study?

2    A.   Sure.

3    Q.   And to identify the cells they wanted to stain with these

4    markers, they actually performed this analysis on the cells

5    that had the t(15;17), correct?

6    A.   That's right.

7    Q.   So, again, they looked at the t(15;17) cells.  They put

8    the markers on them.  The markers tell us are these cells that

9    are high up in the hierarchy or are they low at the --

10   A.   Right.  I think they tried to do it the other way around.

11   I think they probably used the CD38 as a method to separate out

12   these populations using flow cytometry, and then looked to see

13   whether the 15;17 was present in those two populations.  And

14   they found it in the CD38+, but they did not find it in the

15   CD38-.

16   Q.   So this paper is very consistent with Chang's results ten

17   years later?  Let me ask that a different way.  This paper

18   supports what Jandl said in '97, correct?

19   A.   Absolutely.

20   Q.   And it supports what you said in your report, does it not?

21   A.   It does.

22   Q.   Okay.  Let's go to the next slide.  This is the Wojiski

23   paper that we've heard a little bit about already.  But please

24   tell the Court the significance of the findings in this paper.

25   A.   This was a different type of study.  And like Dr. Bennett

1    discussed yesterday, it's pretty complicated, what they did.

2    But essentially what they attempted to do was to understand at

3    what level of differentiation can the 15;17 cause self-renewal.

4    Can you make, basically, a leukemic stem cell at these really

5    differentiated cells if you put into them the 15;17

6    translocation.  And the methods for doing that are pretty

7    complicated, but it doesn't matter.

8         Essentially, what they said was, "These findings are

9    consistent with the hypothesis that cancer stem cells may arise

10   from committed progenitors that lack stem cell properties."

11        So what Dr. Bennett pointed out yesterday was that they

12   were relatively mature cells, heading down the granulocytic

13   pathway consistent with his clinical observations that they're

14   HLA-DR positive and these other things that he talked about

15   that put it down that committed -- myeloid committed path.

16   Q.   Okay.  Let's go to the next slide.

17        So when we talk about a committed granulocytic pathway,

18   we're talking roughly the area that we've got marked in blue

19   here?  Is that --

20   A.   That is consistent with all of the existing data; yes.

21   Q.   Okay.  So the Wojiski paper from 2009 -- which actually

22   came out after your deposition, right?

23   A.   The Wojiski paper?  Yes.

24   Q.   Okay.

25        -- that supports the statements by Jandl in '97?

PDF created with pdfFactory trial version www.pdffactory.com

```
1    A.    Completely.

2    Q.    And supports your opinions in this case?

3    A.    Yes.

4    Q.    Having gone back and reviewed this literature, do you

5    agree with Dr. Smith that the opinion in your report was

6    completely out of date?

7    A.    That is not true.

8    Q.    Okay.  And in his supplemental report, Dr. Smith actually

9    quoted from the abstract from a few papers that I'd like to

10   talk about as well.  Do you recall the papers that he quoted in

11   his supplemental report?

12   A.    In support of his position that they can all come from the

13   same cell, yes, I do.

14          MR. GRAY:  Your Honor, if we could switch to the ELMO.

15          THE COURT:  Let me ask an informational question

16   quickly.  What does the acronym "GMP" stand for on that chart?

17          THE WITNESS:  "GMP" stands for "granulocyte

18   macrophage" -- or "monocyte precursor."  So you could see that

19   one still has the ability to turn into granulocytes or

20   macrophages.

21   BY MR. GRAY:

22   Q.    Okay.  And is that how --

23          THE COURT:  I'll give it back to you.  Go ahead.

24   BY MR. GRAY:

25   Q.    I was going to ask you to point out, for example, that's
```

1    how other designations on the chart are made.  For example,

2    "MEP" relates to the ability to form an erythrocyte or a

3    platelet, correct?

4    A.   Megakaryocytic.  The "M" stands for "megakaryocytic,"

5    which is the big cell that produces platelets, and the "E"

6    stands for "erythroblasts," and then "P," yeah, the precursor

7    or progenitor.

8    Q.   And the "P," is that for "platelet"?

9    A.   No.  "P" is for "progenitor."  So "MEP" would be

10   "megakaryocytic erythroblasts" or "erythrocytic progenitor."

11   Q.   Okay.  Let's go back to the ELMO.

12        So this is the Misaghian paper from 2008 that Dr. Smith

13   cited for support that he is right that there's one common cell

14   of origin for all AMLs and that you're wrong.  I've got a quote

15   I've highlighted here.  I'm just going to read it, Dr. Pyatt.

16   "Some studies suggest that the original target of cellular

17   transformation of the LSC arises from the HSC compartment.

18   However, other studies by Cozzio, et al, using lethally

19   irradiated recipient mice, have demonstrated that the

20   oncogenic...chromosomal translocations can transform not only

21   HSCs, but also myeloid-restricted progenitors that lack

22   self-renewal capacity."

23        Did I read that correctly?

24   A.   Yeah, except for the dot, dot, dots.  But yes, you did.

25        (Laughter.)

1    BY MR. GRAY:

2    Q.    I wanted to make sure you were listening very carefully.

3          Does that statement in the Misaghian paper support what

4    you've been saying all along?

5    A.    It does.

6    Q.    I've got one more paper to put up on the ELMO that Dr.

7    Smith cited as proof that you were out of date.  And this is

8    the Passegué paper from 2003.  And I'll read from this.

9    "Although HSCs are often the target of genetic events leading

10   to malignant transformations, committed progenitors or even

11   differentiated cells may also become transformed.  In APML

12   patient samples, the M3 subtype of AML, it has been shown that

13   the APML associated fusion gene PML/retinoic acid receptor

14   RAR-alpha, which can result from the t(15;17) balanced

15   reciprocal translocation, was present in the CD34-/CD38+ cell

16   populations but not in CD34+/CD38- HSC enriched-cell

17   populations.  This observation suggests that in APML the

18   transformation process may involve a more differentiated cell

19   type than HSCs and/or pluripotent progenitors that have been

20   implicated in other AML subtypes."

21         I think I did a little bit better job reading that one.

22         Does -- when Passegué is talking about APML, they're

23   talking about AML, correct?

24   A.    Yeah, it's just a different acronym.  Acute promyelocytic

25   leukemia is what APML stands for.

PDF created with pdfFactory trial version   www.pdffactory.com

1    Q.    And this reference to the CD34-/CD38+ study that goes to

2    Footnote 76, they're actually referring there to the Turhan

3    paper from 1995 that we've already discussed, correct?

4    A.    Correct.

5    Q.    So the evidence about the cell of origin in APL that

6    existed before '97 that Jandl was relying upon is still cited

7    in recent literature as very relevant, correct?

8    A.    Yes, it is.

9    Q.    And does the passage I read from Passegué further support

10   your opinion about the cell of origin of APL that we've been

11   discussing?

12   A.    I certainly think it does, yes.

13   Q.    Now, I want to show on the ELMO a slide from Dr. Smith's

14   presentation.  And I believe the second bullet point there is

15   related to the cell-of-origin argument.  I'm not exactly sure.

16   But the slide said, "Benzene is an established cause of AML and

17   acts in at least two ways to cause leukemia.  The second way is

18   it recruits stem cells into dividing."  And there Dr. Smith

19   cited a paper by Richard Irons from 1992?

20   A.    Yes.

21   Q.    Do you recall that testimony?

22   A.    I recall that paper.

23   Q.    Okay.  You were actually working with Dr. Irons' group

24   when that research was being finished up for that paper; is

25   that right?

1    A.    I was.  I had just joined the Irons lab three or four

2    months prior to the publication of that paper.

3    Q.    Okay.  And we're not going to go into detail about the

4    paper, but I've got it up on the ELMO.  The paper is

5    "Synergistic Action of the Benzene Metabolite Hydroquinone on

6    Myelopoietic Stimulating Activity of Granulocyte/Macrophage

7    Colony Stimulating Factor In Vitro"?

8    A.    It's a mouthful, I understand.

9    Q.    You weren't listed as an author on that paper, because

10   that paper was well underway when you arrived to the Irons

11   group?

12   A.    Yes.  Yes, I wasn't.

13   Q.    Let me ask you about this paper.  Did this paper conclude

14   that benzene causes APL through stem cell recruitment?

15   A.    No.

16   Q.    Okay.  What did Irons and his group find in this paper?

17   It was a mouse study, correct?

18   A.    It was.

19   Q.    What did they find in these mice?

20   A.    We were using C56 -- it doesn't matter what kind of mice

21   we were using, but basically we were taking the bone marrow

22   cells out of the mice, treating them with benzene metabolites,

23   and then observing their responsiveness to various growth

24   factors.  One of the things that we never discussed in these

25   hierarchies, because it's just one more layer of complexity, is

PDF created with pdfFactory trial version www.pdffactory.com

1    that what drives that differentiation is their responsiveness

2    to growth factors.  And so early cells don't have receptors for

3    the growth factors, so they ignore it.  When they take another

4    step toward maturation, they express a receptor for that growth

5    factor and then they respond to it.  So that is what

6    orchestrates this whole process.

7         So what we were looking at was how can benzene, if at all,

8    or its metabolites, change the way these cells respond to the

9    various growth factors.  And the ones that they were using,

10   which we used throughout, was GM, granulocytic macrophage,

11   colony stimulating factor so the colony is -- well, we'll get

12   to that.  But that's how you assay these cells.

13   Q.   Okay.  And what you found -- or what the Irons group found

14   was that the benzene metabolites accelerated the growth of the

15   cells from that colony; is that right?

16   A.   That -- not quite.  What we found, and what was reported

17   in this paper, was that cells treated with hydroquinone became

18   more responsive to the growth factor.  They didn't grow any

19   faster, but more of them responded to the growth factor.  So

20   the idea is that perhaps what hydroquinone is doing is pulling

21   more primitive cells into a place where they can respond to

22   that growth factor that we could then measure -- or was

23   measured in this colony-forming unit assay.  That was the

24   essence of this paper.

25   Q.   Okay.  Are you aware of the Irons group ever replicating

PDF created with pdfFactory trial version www.pdffactory.com

1   these findings in mice in humans or human cells?

2   A.    To my knowledge it's never been published, for sure.

3   Q.    Okay.  Now, on cross-examination of Dr. Smith, Mr. Leghorn

4   pointed out to Dr. Smith that the paper that has Lan as the

5   first author, but Dr. Smith wanted us all to know that he

6   actually wrote, that the findings of Lan in human populations

7   were inconsistent with the findings in the Irons paper.

8         Can you explain whether there's an inconsistency -- and if

9   so, why -- between the Irons findings of -- well, if you can

10  explain the inconsistencies.

11  A.    Yeah, well, it's totally opposite.  If you look at the

12  second panel, CFU-GM, that is exactly what we were doing -- or

13  that was what was published in that PNA assay from 1992.  And

14  instead of seeing an enhancement, there is a suppression.  So

15  it's 180 degrees different.  The one that he was talking about,

16  the CFU-GEMM, which is a relatively immature human precursor

17  that the mouse -- well, it's hard to assay that in the marine

18  model, but they ostensibly have one.  But anyway, you could see

19  across the board there is suppression; there is no enhancement.

20  So it is very different than what was reported in the '92

21  paper.

22  Q.    Okay.  And do you think the '92 paper in any way can be

23  read to support Dr. Smith's opinion about the cell of origin of

24  APL?

25  A.    That's a huge stretch.

1  Q.   Okay.  And when Dr. Smith was asked about this apparent

2  inconsistency, he said --

3         MR. GRAY:  And this is from the rough transcript.  I

4  don't have a page number, your Honor.

5  BY MR. GRAY:

6  Q.   "We were not counting the cells.  We were actually looking

7  as to whether they would form colonies in 14 days.

8         "Question:  And you found a decrease?

9         "Answer:  Right.

10        "Question:  And that's the opposite of what Irons found in

11  his study, correct?

12        "Answer:  Well, Irons found that they were being

13  transferred from being quiescent, from being non-dividing, into

14  being dividing.  So they could still divide and then die out.

15        "Question:  Well, they could, but we don't know?

16        "Answer:  We don't know.  But Irons was specifically

17  looking at a step from going from" -- we call it "quiescent to

18  dividing.  We were looking at whether they could divide and do

19  they keep growing.

20        "Question:  And you don't know whether they simply divided

21  or remained alive or --

22        "Answer:  Right.  In the Irons study, you don't know

23  that."

24        Were you using the same assay in the -- or was the Irons

25  group using the same assay in its paper in '92 that the Smith

1   group was using in the Lan paper?

2   A.   Dr. Smith must just not have read that Irons paper very

3   closely, because this is wrong.  We were doing exactly the same

4   thing.  It's a two-week, 14-day assay.  We were looking at how

5   cells respond to growth factors and form colonies.  It takes

6   them two weeks to form a colony that's big enough to recognize

7   a diagnosis that you can count on.

8        It's a standard hematopoietic assay.  People do it all

9   over the country.  They're identical assays from what was

10  reported in the Lan paper in 2004 and what we were -- or the

11  Irons group published in 1992.  It's humans versus mice, but

12  the growth factors were the same; the assay was the same.

13  Q.   Okay.  So to sum up on cell of origin --

14       MR. GRAY:  If we could go back to the PowerPoint

15  slide, your Honor.

16  BY MR. GRAY:

17  Q.   You gave us your opinion in your initial report and you

18  cited Jandl; Dr. Smith severely criticized you; you've looked

19  at the literature again; you've looked at the papers you found;

20  you've looked at the paper Dr. Smith found.  And then he showed

21  up at the hearing with another paper by Irons in '92.  Has your

22  opinion changed at all from the opinion you rendered in your

23  initial report about the cell of origin for APL?

24  A.   It hasn't changed.  I think because of that criticism I

25  have gathered more recent support for that.  But I think Jandl

1   was correct, and the papers that he used to support it, as well

2   as those that have been published since then, are all pretty

3   consistently pointing to APL is arising at a more

4   differentiated cell type than other subtypes of AML.

5   Q.   Okay.

6   A.   That's a long-winded answer.  The answer is no, my opinion

7   has not changed.

8          MR. GRAY:  Your Honor, we had inquired about the

9   possibility of an early break.

10          THE WITNESS:  I'm fine.

11          MR. GRAY:  Okay.  We'll keep going, then.

12          THE WITNESS:  Thank you, though.

13  BY MR. GRAY:

14  Q.   Okay.  Let's go to the next slide, please.  So we're

15  moving on from cell of origin.  Everybody's probably happy that

16  we're done with that for a while.

17         Point 2, the second part of Dr. Smith's hypotheses about

18  biological plausibility which I stated earlier as because

19  benzene can cause some chromosome abnormalities, it therefore

20  can cause the 15;17 translocation.  Have you looked at whether

21  or not benzene can cause the 15;17 translocation?

22  A.   Yes.

23  Q.   And what have you found?

24  A.   Well, I mean, I followed that literature very closely.

25  And there's never been a report of benzene causing the 15;17.

PDF created with pdfFactory trial version www.pdffactory.com

1   Q.   Okay.  And as Dr. Bennett described earlier, this slide

2   says, "Over 90 percent of APLs involve the 15;17

3   translocation."  I believe Dr. Bennett had a number around the

4   97 percent range.  Do you disagree with Dr. Bennett's testimony

5   about that?

6   A.   No.

7   Q.   Okay.  Is that something you probably would defer to Dr.

8   Bennett on?

9   A.   I would.

10  Q.   He may not be an expert on everything, but he's an expert

11  on clinical hematopathology?

12  A.   I wouldn't argue with his opinion on how many APLs have

13  the 15;17, if that's what you're asking me.

14  Q.   And of course that other small percentage, whatever it is,

15  of APLs that don't have 15;17, researchers have concluded they

16  involve a translocation of some type at Chromosome 17, correct?

17  A.   That's correct, which is pretty interesting to hear that.

18  Q.   Okay.  Let's go to the next slide.

19       This paper is by McHale, but actually, Dr. Smith is an

20  author, correct?

21  A.   Yes.

22  Q.   And what was Dr. McHale, Smith and others -- it looks like

23  about 12 them -- what were they looking for in this McHale

24  paper?

25  A.   There's been a whole series of these studies that Dr.

PDF created with pdfFactory trial version www.pdffactory.com

1    Smith's group, the various members, have published through the

2    years looking at which cytogenetic abnormalities seem to be

3    related to benzene exposure.  And this is just the latest one

4    in that series.  But in this one they specifically address the

5    15;17.  And they find one in the unexposed and one in the

6    exposed and reach a conclusion that it doesn't really say much

7    one way or another.

8    Q.   And Dr. Smith, as you've said, he's conducted other

9    studies of cytogenetic changes in benzene-exposed subjects,

10   right?

11   A.   Yes.

12   Q.   Okay.  And so far neither he nor anyone else has found an

13   increase in t(15;17) in benzene-exposed populations?

14   A.   That's certainly based on the published literature, yes.

15   Q.   And let's go to the next slide.  Now, this is Dr. Smith's

16   counter to the hard evidence that no one has found t(15;17) in

17   benzene-exposed workers.  And I'll read it.  Dr. Smith says,

18   well, "APL is characterized by a chromosome translocation

19   involving Chromosome 17 and a partner chromosome in which the

20   two chromosome pairs undergo double-stranded breaks and

21   rearrangement.  Since benzene is a clastogenic and has the

22   capability of breaking and rearranging chromosomes, it is

23   biologically plausible for benzene to cause this cytogenetic

24   abnormality."  I'm not going to read the rest of it, but that

25   is a part of Paragraph 28B of his report.

1              MR. GRAY:  If we could go to the next slide.

2      BY MR. GRAY:

3      Q.   So can you lay out for us your understanding of Dr.

4      Smith's argument and then what some of the evidence is on this

5      point?

6      A.   Well, I think we pretty much have gone over that.  I mean,

7      I think, in essence, what he's saying is that, since benzene

8      exposure has been associated with a balanced translocation,

9      then any balanced translocation is now fair game and possible

10     for benzene to cause.  And it's related to an increase in the

11     translocation between 8;21 that he reported in one study but

12     then didn't see it in another study, but then he also saw a

13     translocation between Chromosomes 14 and 18, which are relevant

14     for this discussion because it's a lymphoid marker.  But he has

15     shown that balanced translocations occur with a 15;17.

16     However, there is no evidence that that happens.

17            And he discussed on Tuesday that he doesn't think that

18     benzene causes the 11q23 translocation any longer, which had

19     quite a bit of relevance to the topoisomerase-inhibition

20     argument.  But at this point this indicates that that clearly

21     is not true, that just because you can cause one balanced

22     translocation you are not going to be able to cause all of the

23     other ones that exist.

24     Q.   Okay.  Let's go to the next slide.

25            Now, this is a 2005 paper by Dr. Zhang, but I believe Dr.

PDF created with pdfFactory trial version www.pdffactory.com

1   Smith was also an author of the study.  What did the Zhang

2   paper find with respect to the metabolites of benzene's ability

3   to cause some chromosomal abnormalities?  And you don't

4   necessarily have to read it, but tell us what they found.

5   A.   I don't recall what was in that paper.  I'd have to get it

6   out and look.  I mean, essentially they were looking for

7   trisomy 8 and others.  At the end Dr. Smith and his co-authors

8   basically concluded that 5 and 7 seemed to be consistently

9   reported associated with benzene.  He doesn't think, based on

10  this, that trisomy 8 probably has anything to do with it.  I

11  think what he says, "Thus, if hydroquinone and benzenetriol,"

12  the BT, "do selectively damage certain chromosomes in giving

13  rise to benzene-induced leukemia, they do so by selectively

14  causing loss of Chromosome 5 and 7, rather than a gain

15  (trisomy) of Chromosome 8."

16  Q.   Okay.  Let me ask you a question there:  Yesterday -- and

17  we were at the end of the day with Dr. Bennett, but he had a

18  slide up that talked about alkylating agents as opposed to topo

19  II inhibitors.  Do you recall that testimony?

20  A.   Yes.

21  Q.   And alkylating agents also tend to cause the chromosomal

22  abnormalities at 5 and 7; is that fair?

23  A.   They do, in a large proportion of cases, which is why lots

24  of researchers through the years, including Dr. Smith, have

25  reasoned that while benzene is not a classic alkylating agent

PDF created with pdfFactory trial version www.pdffactory.com

1    like some of the chemotherapy agents are, it seems to be acting

2    in that manner causing leukemia because you do consistently see

3    the 5 and 7 elevated across a lot of studies.

4    Q.    So in this 2005 paper Dr. Smith is pointing to evidence

5    that benzene acts similar to an alkylating agent, and that's

6    possibly how it causes leukemia?

7    A.    Absolutely.  I mean, you're not going to see changes in

8    Chromosomes 5 or 7 if the mechanism of activity is

9    topoisomerase inhibition.  That is a different path; those

10   don't cross over.

11   Q.    Topo II inhibitors cause other types of --

12   A.    They do.  They rarely, if ever, will be related in changes

13   in Chromosome 5 and/or 7.

14   Q.    Okay.  Is the most important piece of data refuting Dr.

15   Smith's argument or hypotheses about cytogenics the fact that

16   benzene hasn't been shown to cause the t(15;17) translocation?

17   A.    Well, I think that is an important point.  I mean, I

18   think, in all fairness, you have to point out that it's only

19   been looked for once, but it certainly was not consistent with

20   his theory.  Yes, that is important, but that's really about as

21   far as you could go with that.

22   Q.    Okay.  And then the second part is it's not established

23   that just because an agent can cause one translocation, that it

24   therefore causes all of them?

25   A.    Yeah, absolutely that's not true.

1    Q.    Okay.  Let's go to the next slide.  And again, taking a

2    step back, we've now talked about the first two of Dr. Smith's

3    three hypotheses about biological plausibility.  We've talked

4    about the cell of origin.  We've talked about the evidence

5    relating to chromosome abnormalities.

6        This third topic is admittedly a little more complicated,

7    perhaps.  But here in Paragraph 28C, I'm going to read just a

8    little bit of Dr. Smith's topo II inhibition argument where he

9    begins by saying, "It is biologically plausible that exposure

10   to benzene actually induces the chromosome translocations that

11   result in APL through the inhibition of an enzyme called

12   topoisomerase II," which from now on we'll call topo II.

13       And if we could go to the next slide, please.  Here you've

14   summarized Dr. Smith's basic hypotheses and the lines of

15   evidence.  Can you walk the Court through those with specific

16   attention to how we're going to address each of these four

17   lines of evidence?

18   A.    Sure.  I'll try.  And this is of critical importance to

19   Dr. Smith's biological plausibility argument.  I mean, if

20   benzene is not acting as a topoisomerase inhibitor -- and by

21   that, that is the way to induce leukemia -- you're not going to

22   get APL.  So this is fundamentally important to really what he

23   is -- he's professing.  And basically what he's saying is that

24   some topoisomerase inhibitors cause APL, benzene metabolites

25   inhibit topoisomerase II, so therefore, benzene probably causes

1   APL.  So that's kind of the line that he's drawn.  And we'll

2   discuss that not all topoisomerase inhibitors are known to

3   cause forms of leukemia.  And even Dr. Smith's testimony on

4   Tuesday really focused down this -- the mechanism by which it

5   inhibits topoisomerase II.  And we'll have to discuss that.

6        "Evidence regarding the mechanism of inhibition of topo II

7   by benzene metabolites is conflicting."  That's the paper that

8   I was involved in, and some from the University of North

9   Carolina.  And it may inhibit the enzyme, but that may not be a

10  viable pathway to leukemia.  So we can discuss that.

11       "Benzene does not cause the predominate cytogenetic lesion

12  associated with topoisomerase II-induced AML."  That's pretty

13  important.  The most common cytogenetic change that you would

14  expect to see in a person who has leukemia following treatment

15  with topoisomerase II therapy is 11q23.  That is a

16  predominate -- in 100 studies across the board that is the

17  predominate cytogenetic change.  And Dr. Smith has never shown

18  11q23, and then discussed on Tuesday some unpublished data that

19  he basically doesn't think it happens that way.

20       So now not that it's inhibiting topo II, but that it's

21  inhibiting topo II in a very specific manner, a manner that is

22  different from classic poisons like etoposide that do cause

23  11q23, it has to be doing something different.  The bottom line

24  is all of this remains an unproven hypothesis, and Dr. Smith

25  freely acknowledges that this is a hypothesis.

1    Q.    In his published peer-reviewed papers he acknowledges

2    that?

3    A.    That is my understanding, yes.  Well, that -- I mean, I

4    don't think anyone will argue that benzene metabolites under

5    certain conditions can inhibit the enzyme.  So that has gone

6    beyond an hypothesis.  But that that is a critical step in the

7    development of a benzene-induced leukemia, that is a

8    hypothesis.

9    Q.    Thank you for the clarification.  Yes.  Okay.  Let's go to

10   the next slide.

11        Here we've got some topo II inhibitors that we're exposed

12   to every day.  And I want to ask you specifically about three

13   of these.  First, in the upper left corner, ciprofloxacin.

14   Perhaps we can just call it "cipro" for the rest of this

15   testimony.  Tell us about Cipro.

16   A.    It's a broad-spectrum antibiotic that's been shown to

17   inhibit topo II.  And there are fibro flavonoids that are in

18   the vegetables; there are all of these naturally occurring

19   chemicals in wheat bread and green tea and soy, soy milk, tofu.

20   You know, they're all over the place.  Topoisomerase II

21   inhibitors are a natural part of our diet.

22        Apparently, if anyone has ever shown that a chemical can

23   inhibit topo II, someone else has come along and said, well,

24   maybe it causes leukemia.  So there does seem to be a natural

25   process, and I guess by definition, you know, that that's

1    something that someone should be considering.  But that was the

2    purpose of this slide, just to show that there's a lot of

3    different things out there that cause topoisomerase II

4    inhibition in the lab.

5    Q.   And in your opinion, do all of these topo II inhibitors

6    cause leukemia?

7    A.   No.  No, there's certainly no solid support for any of

8    that.

9    Q.   Your kids are still eating fresh vegetables?

10   A.   Well, not often, but --

11           (Laughter.)

12           THE WITNESS:  Not because of the topo II inhibition is

13   not why they don't eat it.

14   BY MR. GRAY:

15   Q.   You continue to advise your children to eat fresh

16   vegetables?

17   A.   Yes.

18   Q.   Fair enough.  I was rushing through that slide.  Thank you

19   for the overview.

20        Let's go back to Cipro.  Has it been established that

21   Cipro causes leukemia via topo II inhibition?

22   A.   I don't think that one has even been suggested.  I don't

23   think I've seen anyone say "maybe."  But there might be a paper

24   out there where someone has said "maybe."  I don't know.

25   Q.   So that's a piece of evidence that tends to disprove Dr.

1    Smith's hypothesis that all topo II inhibitors cause AML,

2    correct?

3    A.    I don't think Dr. Smith ever said that, that all

4    topoisomerase II inhibitors cause leukemia.  But it illustrates

5    the point that you've got to know a lot more; that simply

6    because something can inhibit topoisomerase II does not get you

7    to the fact that it's going to be leukemogenic.  That's not the

8    point.

9    Q.    Okay.  Fair enough.  Let's talk next about Extra-Strength

10   Tylenol which contains acetaminophen.  Is there a metabolite of

11   acetaminophen that's been recognized as a topo II inhibitor?

12   A.    Yes, by Neil Osheroff's group at UNC.

13   Q.    Do you think it's been established in the scientific

14   community that Tylenol causes leukemia in people who take it?

15   A.    That's a really big deal.  Just like Dr. Garabrant said

16   yesterday -- I think it may have been yesterday -- I mean,

17   there is a paper that Dr. Smith pointed out where someone said

18   that maybe -- maybe Tylenol increases the risk of leukemia, but

19   that is very speculative.  It's really premature.  And I think

20   if anyone seriously thought that Tylenol, acetaminophen, causes

21   leukemia, we would have heard about it.

22   Q.    Do you think the folks at the NTP that we heard about the

23   other day, or maybe the FDA scientists, believe that Tylenol

24   caused leukemia?

25   A.    I think the FDA would for sure.  I don't know whether the

PDF created with pdfFactory trial version www.pdffactory.com

1   NTP would sit up and take notice of that or not because they

2   have a relatively specific function.  But I know the FDA would

3   be keenly interested in that.  And I'm sure they reviewed that

4   paper from 2006 and came to the same conclusion that I did,

5   that it's a hypothesis-generating paper at best.

6   Q.   Okay.  I could have gone to the Walgreens or the CVS and

7   done it, but I didn't.  But you could go get Tylenol off the

8   shelf today?

9   A.   Yeah.

10   Q.   No black box warning about leukemia?

11   A.   No.

12   Q.   Okay.

13        MR. GRAY:  Let's, if we can, go to the ELMO, your

14   Honor, briefly, and look at --

15   BY MR. GRAY:

16   Q.   This is a paper by Dr. Weissa's group, "Opposing Effects

17   of Aspirin and Acetaminophen Use on Risk of Adult Acute

18   Leukemia," correct?

19   A.   Yes.

20   Q.   And I want to look at the table here that analyzes the

21   data.  Can you describe for the Court the importance of finding

22   a dose-response relationship when you're assessing the toxicity

23   or carcinogenicity of a particular substance?

24   A.   I don't think the importance of that can possibly be

25   overstated.  I mean, that is a fundamental principle upon which

1   the whole field of toxicology is based.  And that's why I feel

2   relatively safe in saying that, at best, this is a hypothesis

3   generation; this certainly does not prove really anything.

4   Q.   Okay.  And we're looking at a table -- I believe it's

5   Table 3 -- where they analyze the cumulative acetaminophen use.

6   And this is down there on the fourth row of data, I would say.

7   And over to the right there are adjusted odds ratios for

8   moderate use and high use.  What did this paper find about

9   people who took a lot of acetaminophen as opposed to people who

10  just took moderate amounts?

11  A.   Well, yeah, let's just discuss that whole table.  So that

12  table really is looking at acute leukemias.  So they have not

13  separated out myeloid versus lymphoid.  And in the never-ever

14  category, there was an increase from 1.0, which was the

15  reference group, never, to 1.53, which was statistically

16  significant, which is what's in the abstract.  But then when

17  you look at the data, based on the frequency where it's 1.75 or

18  1.74 to the duration -- and that doesn't change.  The duration

19  of use doesn't change -- the cumulative exposure actually goes

20  down.  So no measure of a dose response really indicates any

21  change increase in the risk.

22      I mean, almost by definition that means that there is some

23  other confounder.  There's something else in there that is

24  causing that first risk that is not acetaminophen.  I mean,

25  almost defintionally that's what that would indicate.

PDF created with pdfFactory trial version www.pdffactory.com

1    Q.   Okay.  And in the conclusion -- did the authors of this

2    paper recommend that we should sound the alarm and stop taking

3    Tylenol because, like other topo II inhibitors, it causes

4    leukemia?

5    A.   No.

6    Q.   In fact, on the last page there -- I don't think we need

7    to read the whole quote -- but did they say further research is

8    needed?

9    A.   Yes.

10   Q.   And you would --

11   A.   Appropriately so.

12   Q.   I apologize for interrupting.

13   A.   That's all right.

14   Q.   Okay.  Let's look on the ELMO at another one.

15        What is it in fresh vegetables that is an alleged topo II

16   inhibitor?  Or are there many substances?

17   A.   Yeah.

18   Q.   Is genistein one of them?

19   A.   That's one that some people have discussed.  But there are

20   lots of other -- isoflavonoids and flavins and bioflavonoids

21   and other things that share a common structure with established

22   topoisomerase inhibitors that probably would be topoisomerase

23   inhibitors at sufficient doses.  But genistein, yes, that's one

24   of them that has been suspected.

25   Q.   Okay.  And in Dr. Ross's paper, "Maternal Exposure to

1    Potential Inhibitors of DNA Topoisomerase II and Infant

2    Leukemia," a report from the Children's Cancer Group, Dr.

3    Ross's study found that for fresh vegetables -- and this is, I

4    believe, for pregnant woman who --

5    A.   Yes.   Prenatal.

6    Q.   So they're measuring leukemia in their children based on

7    what they ate or drank while they were pregnant, right?

8    A.   Correct.

9    Q.   So for Table I, women who had higher intakes of fresh

10   vegetables -- or who had fresh vegetables four to six times a

11   week or daily -- what did Ross and those researchers find?

12   A.   The reason why these papers are important is because I

13   think what Dr. Smith said on Tuesday was that he was surprised

14   by the examples that I put forth that things that inhibit topo

15   II are not leukemogenic.   And he said that there's a very

16   strong link -- I don't remember his exact words, but there's a

17   strong link, or very strong link, between genistein in the diet

18   and acute infant leukemia.

19        And I just felt like we needed to look at the basis for

20   that statement, and this is it.   This is a paper that Julie

21   Ross published in 1996 where she found an extraordinary risk of

22   infant AML highlighted there 14 -- a 14-fold increase -- or a

23   13.7-fold increase associated with eating fruits and

24   vegetables.

25        Well, that just boggles the mind.   I mean, no one accepts

PDF created with pdfFactory trial version www.pdffactory.com

1   that.  But that generated this kind of discussion within the

2   literature, well, maybe it's genistein.  Fresh fruits and

3   vegetables have genistein in it.  Genistein is a topoisomerase

4   II inhibitor.  And it's even more complicated than that.  And

5   maybe there's some truth to it.  But there are other papers

6   that have tried to reproduce this and have looked at fresh

7   vegetables in infant leukemia and found the exact opposite

8   effect, that it is totally protective.  So whatever this is

9   saying, it's extremely preliminary.

10  Q.   Okay.  And these same researchers, for example, found that

11  soy, which contains genistein, in the box in this same table,

12  did not reflect increased incidence of leukemia, correct?

13  A.   Well, that certainly argues against it having anything to

14  do with genistein because soy and tofu and soy products are a

15  really good source of genistein.  So whatever it is in the

16  fresh fruits and vegetables, it doesn't appear to be genistein

17  or you would expect to see it in the soy category as well.

18  Q.   And genistein is another example of a topo II inhibitor

19  which you don't believe causes leukemia, correct?

20  A.   Well, I don't believe that there is sufficient evidence to

21  make that claim at this point.

22  Q.   And the authors of the Ross paper -- and I won't ask you

23  to read it, but I'll show it up here -- I'm losing it.  Did the

24  authors of the Ross paper say that this is a very preliminary

25  investigation?

1  A.   Yeah.  And they highlighted "very."

2  Q.   And the data should be interpreted with extreme caution,

3  correct?

4  A.   Yeah.  You don't want to go out there and tell pregnant

5  women, "Don't each fresh fruits and vegetables."  I don't think

6  anyone would accept that as a valid medical position to take.

7  Q.   Okay.  If we could go back to the PowerPoint.

8       Okay.  So we've now talked about your opinion that it's

9  not established that all topoisomerase II inhibitors cause

10 leukemia.  Let's go to the next line of evidence regarding topo

11 II.  Dr. Smith says it's through topo II inhibition that

12 benzene metabolites lead to AML.  Can you discuss some of the

13 evidence on that topic?

14 A.   Well, yeah.  Like we've been discussing, I think the

15 evidence is pretty clear that benzene metabolites, under

16 extremely controlled experimental conditions, can inhibit this

17 enzyme.  But now it's a step beyond that, even, and it has to

18 be inhibiting the enzyme in a pretty specific way, which we can

19 discuss.  There was some debate about what we actually

20 reasoned, that it may be inhibiting the enzyme in a way that

21 was not consistent with it causing leukemia, and published that

22 paper in 2001.  And then there was some disagreement in the

23 literature that said perhaps we were wrong, but we'll get into

24 those discussions later.

25 Q.   Let's talk about the paper that you co-wrote with Dr.

PDF created with pdfFactory trial version www.pdffactory.com

1   Baker.  What did you find in that paper?

2   A.   Well, we found that it is inhibiting the activity of the

3   enzyme, but it inhibits the enzyme before the enzyme binds to

4   DNA.  So if it is inhibiting the enzyme before the enzyme binds

5   to DNA, it does not form what are called cleavable complexes,

6   which means that it is not a viable mechanism for leukemia; it

7   is not damaging the DNA.  And, in fact, we reported in this

8   paper that it actually prevented the DNA damage that you would

9   see from etoposides.

10       So etoposides clearly cause cleavable complexes; it's

11   called a topo II poison.  And we reported in 2001 that the

12   benzene metabolites prevented the etoposide from damaging the

13   DNA.  So it is inhibiting the enzyme but it is not inhibiting

14   the enzyme by a mechanism that really is --

15   Q.   So you're saying that different so-called topo II

16   inhibitors cause different effects, in other words?

17   A.   There's no question.

18   Q.   Okay.  They don't all act the same?

19   A.   They do not all act the same.

20   Q.   Now let's look at Dr. Lindsey's paper in the next slide.

21   A.   What Neil Osheroff's group basically said is that they

22   went in and redid -- they didn't do it -- but they went in and

23   did their own set of experiments and said we are wrong, that

24   benzene metabolites do, in fact, cause cleavable complexes, and

25   the reason we didn't see those complexes was because we had too

1   much of a reducing agent in the media and some other

2   technicalities with regard to how we set up the experiment.

3   So you've got our paper that says it doesn't cause cleavable

4   complexes and there's a paper that says that it does.

5   Q.   And the reason why you got one set of findings and they

6   got another set of findings was because of how the test was set

7   up in the lab, right?

8   A.   That was certainly their interpretation.  We never tried

9   to go back and confirm what they had done and escalate this

10  further, but they clearly did it differently than we did it.

11  Q.   Well, were either of these papers studies of tissue within

12  the bone marrow?

13  A.   No.  These were all test tube kinds of in vitro

14  experimentation.  And I think the outstanding question remains

15  which of those two experimental conditions most accurately

16  mimics what one would find in the bone marrow.  And no one

17  knows the answer to that.  So they could be right and it could

18  cause cleavable complexes in the bone marrow, or they could be

19  wrong and it wouldn't cause cleavable complexes in the marrow.

20       They pointed out, however, that the most common form of

21  cleavable complexes from topoisomerase II are from poisons like

22  etoposide.  The cytogenetic change associated with etoposide

23  and topo II poisons is 11q23, which Dr. Smith acknowledged is

24  not likely to be associated with benzene.  So we've taken it

25  even one more step away from -- you know, just because you can

1    inhibit topo II, you can get to leukemia.

2    Q.   Okay.  And that's taking us now to our third point.  But

3    just to back up on the lines of evidence about Topo II, number

4    one, not all topo II inhibitors cause leukemia; number two, the

5    exact way in which benzene metabolites interact with topo II is

6    not completely understood.  Is that fair to say based upon the

7    differences in these papers, how it interacts in the bone

8    marrow?

9    A.   I think the relevance of the two artificial systems with

10   regard to a human bone marrow is still up in the air.

11   Q.   Fair enough.  And now we're moving into the third line of

12   evidence about whether or not Dr. Smith's hypotheses about topo

13   II has been proven.  And that is the importance of the 11q23

14   translocation, correct?

15        Okay.  If we could go to the next --

16   A.   I had forgotten we had that slide, but yes.

17   Q.   Okay.  And so if benzene caused -- strike that.

18        Many topo II inhibitors such as etoposide, which you just

19   discussed, cause the 11q23 translocation, correct?

20   A.   I'm sorry.  Say it again?  Ask your question again.

21   Q.   Do many topo II inhibitors cause the 11q23 translocation?

22   A.   Topo II inhibitors that are known to act as topo poisons

23   cause cleavable complexes, and in AML patients where you think

24   their AML is most likely associated with topo II inhibitors,

25   you see the 11q23 translocation as the most common cytogenetic

1   change.

2   Q.   Okay.  And at the next slide, have Dr. Smith and Zhang

3   done some research to see if you find the 11q23 translocation

4   in benzene-exposed workers?

5   A.   They have.

6   Q.   Okay.  And could they find it?

7   A.   They could not.  The coworkers, Dr. Smith and others in

8   this Zhang 2007 paper, looked for two partner genes with the

9   11q23, acknowledging in their abstract and other places that

10  there could be as many as 30 different partner genes.  But

11  there are some that are more common, and these are two that are

12  the most common.  But he was not able to find 11q23

13  translocations in benzene workers.

14      And then apparently, as of Tuesday, he has done something

15  additional that is going to be published where he confirms that

16  that doesn't appear to be happening; the 11q23 does not appear

17  to be associated with benzene exposure.

18  Q.   Well, that third line of evidence on the topo II

19  hypotheses tends to disprove the hypotheses as far as benzene

20  metabolites don't appear to cause 11q23?

21  A.   I think that's becoming more and more clear, yes, that

22  benzene metabolites are not going to be associated with an

23  increase in 11q23 translocations.

24  Q.   Okay.  And topo II inhibition is something that Dr. Smith

25  has published extensively on -- or has published several times

1    about, correct?  He's written about it?

2    A.    I don't know that he has.

3    Q.    Okay.  Well, I'll ask it this way:  He's discussed whether

4    or not it's established that benzene causes leukemia via topo

5    II inhibition in his published papers, correct?

6    A.    He has.  His first graduate student, David Eastmond, I

7    think, was the first person who really came up with this notion

8    based on some structure-activity relationship that maybe the

9    benzene metabolites inhibit topo II and that's how they cause

10   leukemia.  But I don't know that Dr. Smith has published papers

11   on it, per se.

12            MR. GRAY:  Okay.  If we could go back to the ELMO.

13   BY MR. GRAY:

14   Q.    And this is just a quote out of this 2007 paper that we

15   were just discussing by Dr. Zhang and Dr. Smith.  You're

16   familiar with this study.  We were just talking about it,

17   correct?

18   A.    Yes.

19   Q.    And when Dr. Smith -- and this is in a peer-reviewed

20   journal?

21   A.    Yes.

22   Q.    Okay.  What is -- I'll let you pour some water.

23   A.    I'm listening.  Go ahead.

24   Q.    Can you tell the Court briefly what does it mean for a

25   journal to be peer-reviewed?

1   A.    What does it mean?  How does it work?

2   Q.    Yeah, how does it work?

3   A.    Well, you write your paper; you collect your data, make

4   sure you're right, at least that you can reproduce what you're

5   doing.  And then, like Dr. Bennett said yesterday, you shoot

6   for the stars.  You want to get it published in the best

7   journal you can within, you know, some bounds of realism.  So

8   you don't submit everything to *Science* or *Nature*; you pick a

9   journal that you think is -- the best journal that you think

10  it's likely to get published in.

11       Then you submit it and the editor reads it, usually, and

12  says, "No, this doesn't really match," and he'll reject it on

13  an editorial basis, or he'll send it out for peer review.  And

14  lots of people sit on panels and do that peer-review process,

15  which then look at the data, evaluate the appropriateness of

16  the experiment, evaluate the appropriateness of the conclusions

17  in relationship to the data, and then weigh in as to whether or

18  not it warrants publication, whether it has advanced the

19  science enough to be in the journal.

20       So that, in essence, is it.  Then they decide yes, no, you

21  can get it published with these revisions.  You know, there's

22  lots of alternatives.

23  Q.    Okay.  And part of that review process is the reviewers

24  are going to look at it and sort of analyze the statements you

25  make in the paper to make sure they're supported?  Is that

PDF created with pdfFactory trial version www.pdffactory.com

1    roughly included in the process?

2    A.   To a more or less extent based on the journal and based on

3    what the function of the journal is.   There are simply some

4    that will provide more leeway in terms of your discussion

5    portion, but...

6    Q.   Okay.

7    A.   Everyone will pay attention to the data, the mechanism by

8    which the data was collected, the way the data was evaluated

9    and the way those results were presented.   That will be true no

10   matter what the journal is.

11   Q.   Okay.  And in this 2007 peer-reviewed journal, I've

12   highlighted some language here that Dr. Smith and Dr. Zhang and

13   others wrote where they said, "It has been suggested that the

14   metabolites of benzene may act as topo II inhibitors in a

15   manner similar to etoposide and azithromycin which cause

16   disruption of the MLL gene at 11q23 and secondary leukemias

17   with a short latency in some patients after a high dose of

18   chemotherapy."

19        Did Dr. Smith in this paper say more likely than not it's

20   been established that benzene causes leukemia through topo II

21   inhibition?

22   A.   That's not what -- the way I read that, no.

23   Q.   In 2007 when he's writing in a peer-reviewed journal, he

24   says it's a hypothesis or a suggestion, is the word he uses,

25   correct?

1    A.    Yes.

2    Q.    And do you agree with Dr. Smith that it is a hypotheses

3    that benzene causes leukemia through topo II inhibition, not an

4    established fact?

5    A.    Even a step further, because we've been talking about the

6    11q23, and he's saying here that that may be how it's acting,

7    and I think that's not necessarily going to be accurate.

8    Q.    The last thing I want to do, Dr. Pyatt, is just clear up

9    something Dr. Smith said that surprised me a little bit.  His

10   testimony, when he was asked about whether or not benzene could

11   cause APL, he said there at -- this is a rough, but the line

12   I'm reading from is line 18, "Before this case I didn't know it

13   was an issue."  Do you recall that testimony?

14   A.    Yes.

15   Q.    Do you think Dr. Smith had reason to believe there was a

16   question about whether or not benzene causes APL before this

17   case was filed and he saw the expert reports in the case?

18   A.    It would really surprise me if that wasn't true.

19   Q.    Okay.  For example, you've published a paper in 2004 which

20   pointed out on page 540 -- and I'm reading from "Benzene and

21   Hematopoietic Malignancies" written by you in 2004.  You point

22   out that erythroleukemia, M6, is a frequently reported subtype

23   of AML in benzene-induced leukemia.  "In contrast, the

24   incidence of M3, or APL, in those studies involving secondary

25   leukemia after benzene exposure or treatment with alkylating

PDF created with pdfFactory trial version www.pdffactory.com

1  agents approaches zero."  And that's something you wrote in

2  2004, correct?

3  A.   Yes.

4  Q.   And that was based upon Dour or other studies that we've

5  discussed before you wrote your paper in 2004; is that correct?

6  A.   Many that we've been discussing today -- or this week.

7  Q.   And I showed you this testimony before you came in.  This

8  is testimony of Dr. Smith in the Hamman case on January 30,

9  2007.  This case apparently involved an M6.  And on page 18 Dr.

10  Smith describes what he reviewed to prepare for the deposition.

11  And he says he read your paper that we were just citing, right?

12  A.   Yes.

13  Q.   And he read it for the proposition that there is increased

14  M6 leukemia in benzene-exposed workers; is that right?

15  A.   Yes.

16  Q.   And as we just looked at, the sentence that discussed M6

17  in your paper was immediately followed by your statement about

18  M3 and the question that maybe benzene doesn't cause it,

19  correct?

20  A.   That's true.

21  Q.   So if Dr. Smith really didn't know it was an issue about

22  whether or not benzene can cause APL until this case, it's

23  because he forgot that he read your paper in January 2007

24  before that deposition in the Hamman case.  Is that a fair

25  reading?

1   A.   I don't know.

2   Q.   Well, he wouldn't come in here and lie.

3   A.   No.

4   Q.   Or you're --

5   A.   Or he dismissed it out of hand.  I don't know.

6   Q.   And on that note we've talked extensively at this

7   hearing -- you've been here -- the Eastmond paper that was

8   published in 2005 also contained the question mark about

9   whether or not benzene caused APL, true?

10   A.   Correct.

11   Q.   And Eastmond is an active researcher that Dr. Smith knows

12   very well, correct?

13   A.   Yes.

14   Q.   So earlier when we read his quote from his report where he

15   said "all active researchers I know understand the concept,"

16   Eastmond, at least in 2005, had a question about it?

17   A.   He did.

18   Q.   And you've seen Dr. Smith's testimony where he said that

19   table from the Eastmond paper actually was first published by

20   Eastmond in the '90s and had question marks about APL.  Do you

21   recall that testimony?

22   A.   I don't remember exactly what he said, but I think he said

23   David Eastmond produced that paper in the '90s.  I don't know

24   if it made it into the publication or not.

25   Q.   And Eastmond is an active researcher that Dr. Smith has

1  known since the 1990s?

2  A.   Yes.

3       MR. GRAY:   If we could go back to the PowerPoint to

4  conclude.

5  BY MR. GRAY:

6  Q.   Can you summarize your opinions for us, Dr. Pyatt?

7  A.   I think basically the three things that we discussed are

8  hypotheses.  They are not proven.  And that really is all there

9  is to base his opinion that a causal relationship exists

10 between APL and benzene.  The best available current evidence

11 supports that the cell of origin for APL is not the same as

12 other types of leukemia, or even other subtypes of AML.

13      There's no scientific data currently that indicates that

14 benzene exposure results in a 15;17 translocation, and the

15 topoisomerase II story with benzene just doesn't really match

16 up to a straight line between that and the production of APL.

17 So that doesn't work either.

18      MR. GRAY:   Dr. Pyatt, those are all the questions I

19 have.  Thank you.

20      THE COURT:   We'll take the morning recess at this

21 point.  Let me just inquire whether we have any time problems.

22      MR. JENSEN:   Your Honor, it is my hope -- and it will

23 guide my cross-examination -- that we do an argument after Dr.

24 Pyatt steps down from the stand.  I can -- you know, if I have

25 30 minutes or more, I'm fine, but I want to argue while it's

PDF created with pdfFactory trial version www.pdffactory.com

1  fresh in all of our minds.  And so I would like to argue today,

2  if it would please the Court.

3          THE COURT:  Well, let me separate the two time

4  periods.  The 30 minutes was for argument?

5          MR. JENSEN:  For me, yes.

6          THE COURT:  What do you anticipate your examination

7  will be?

8          MR. JENSEN:  I will guide my cross-examination by the

9  argument issue, which I regard as more significant, your Honor.

10          THE COURT:  Any views from the other side?

11          MR. LEGHORN:  Well, I've always asked the bench what

12  it prefers to do and how you would feel that you would be most

13  informed in making your decision, whether you want argument

14  today --

15          THE COURT:  I'm sort of indifferent.  I see both sides

16  of the story.  There's some advantage to doing it while it's

17  fresh; there's some advantage to letting it absorb and perhaps

18  read some of the materials.  I might come down on both sides of

19  the issue, and that is, hear argument now but reserve the

20  possibility of having you back.

21          MR. LEGHORN:  That's fine with us, your Honor.

22          MR. GRAY:  If I may interrupt Mr. Leghorn.  Would we

23  get the opportunity to do some post-hearing briefing to address

24  some of the issues that have been raised here?  Not to raise

25  new things, but to provide the Court with what we believe the

```
 1   roadmap was over the course of the hearing?  Would the Court be
 2   receptive to that?
 3           THE COURT:  I'm not sure how necessary it is.  You're
 4   going to give me all the PowerPoint slides anyway.  I mean,
 5   that's going to be your brief, really.  I don't think we need
 6   any more briefing on things.
 7           MR. LEGHORN:  Your Honor, speaking of that, I should
 8   have copies of at least defendants' for you today.
 9           THE COURT:  I'm not going to decide it this afternoon.
10           MR. LEGHORN:  Excuse me?
11           THE COURT:  I'm said I'm not going to decide it this
12   afternoon.
13           MR. LEGHORN:  I just wanted you to know there might be
14   a couple more pieces of paper before we finish that we'll give
15   to the Court before we leave this morning.
16           MR. GRAY:  Our CVs and reports that we provided
17   earlier, those have been marked for the hearing, correct?
18           THE COURT:  Well, they will be.  I have the binder.
19           MR. LEGHORN:  Whatever the next number is.
20           THE COURT:  Who will be arguing for the respective
21   sides?  I gather Mr. Jensen is for plaintiff?
22           MR. LEGHORN:  I will be, your Honor.
23           THE COURT:  Well, I don't want you to cut short what
24   you think is an appropriate examination, so let's see how
25   things -- well, I understand what you're saying.  We have some
```

 1   time this afternoon but not a lot.  But one possibility --

 2   well, I don't know how long your examination will be.  If

 3   you -- if we don't finish the witness until one o'clock, I

 4   think we can come back and between two and three and have

 5   argument.  How does that sound to people?

 6             MR. JENSEN:  I think we'll be finished with the

 7   witness before one o'clock even if I do everything I ever

 8   wanted to do, your Honor, but that would be fine with us.

 9             THE COURT:  Why don't we provisionally do that.

10             MR. LEGHORN:  Thank you, your Honor.

11             THE CLERK:  All rise.

12             Court will take the morning recess.

13             (There is a recess in the proceedings from 11:03 a.m.

14   to 11:30 a.m.)

15             THE CLERK:  All rise.

16             A continuation of the Milward *Daubert* hearing.

17             THE COURT:  Go ahead, sir.

18                         CROSS-EXAMINATION

19   BY MR. JENSEN:

20   Q.   Good morning, Dr. Pyatt.

21   A.   Good morning.

22   Q.   Are you aware of whether there are occupational medicine

23   experts that take the position that benzene is capable of

24   causing APL?

25   A.   As a distinct subtype?

PDF created with pdfFactory trial version www.pdffactory.com

1  Q.   Yes.

2  A.   I'm not.

3  Q.   Okay.  Are you familiar with the --

4        MR. JENSEN:  If I could have that ELMO, your Honor.

5  BY MR. JENSEN:

6  Q.   Are you familiar with the textbook "Occupational Health:

7  Recognizing and Preventing Work-Related Disease" by Dr. Levy

8  and Dr. Wegman?

9  A.   I've never seen that book.  I'm familiar with Dr. Levy.

10  Q.   Okay.  You don't know who Dr. Wegman is?

11  A.   No.

12  Q.   There's of this chapter in this edition, the third edition

13  of the Levy-Wegman book, entitled "Hematologic Disorders."  And

14  the chapter itself is written by Bernard Goldstein and Howard

15  Kipen.  Do you know who Dr. Goldstein is?

16  A.   Yes.

17  Q.   And who is Dr. Goldstein?

18  A.   Bernie Goldstein?  I think he's a retired professor of

19  hematology at the University of Pittsburgh.  But he did a lot

20  of early work in some of -- the metabolism of benzene in some

21  animals models, and was one of the early proponents that there

22  was only one metabolite that may be different than the

23  quinones.  But he's been doing benzene research for quite some

24  time.

25  Q.   And based upon your knowledge of Dr. Goldstein, would you

PDF created with pdfFactory trial version www.pdffactory.com

1  agree that he is a reasonable scientist who has a background in

2  benzene toxicity and benzene causation?

3  A.   Dr. Goldstein has made some statements and taken some

4  positions that I disagree with.  But I think in answer to your

5  question, by and large, yes.

6       And I know Dr. Kipen well.

7  Q.   And you disagree with a lot of scientists who you consider

8  to be reasonable scientists; isn't that fair to say, Doctor?

9  A.   Well, I mean, yes.  Scientists disagree all the time about

10  a variety of things.

11  Q.   Okay.  And the mere fact that scientists are disagreeing

12  with each other doesn't mean that either one of them is a bad

13  scientist, correct?

14  A.   Well, it depends on what they're disagreeing on.

15  Q.   Well, the fact of disagreement alone, you would agree,

16  does not necessitate that either one of them is a bad scientist

17  in general, right?

18  A.   Well, I mean, if one scientist was taking a position which

19  is clearly contrary to the established view, and something that

20  was completely obvious to everyone, that they were taking an

21  opinion that was opposite, then that disagreement would

22  indicate something inherent about that one party to the

23  disagreement.  So I don't -- I mean, your question is assuming

24  that all of the disagreements are reasonable, and I don't know

25  that that's right.

1   Q.   Well, that wasn't my intent, to put that assumption into

2   the question, Doctor.  I was asking a different question, which

3   is -- and I'll phrase it differently.

4   A.   Okay.  Maybe I just misunderstood you.

5   Q.   Okay.  It's true that reasonable scientific disagreement

6   is an ordinary part of scientific discourse, right?

7   A.   Yes.

8   Q.   And many times when two sides disagree it's part of

9   reasonable scientific discourse, correct?

10  A.   Absolutely.

11  Q.   All right.  Now, in this chapter by Dr. Goldstein and Dr.

12  Kipen, they have a table, which I'll try and zoom in on here.

13  And the table says "Relationship of Benzene Exposure to

14  Hematologic Disorders."  And one heading says "Causality

15  Proven," and it says "pancytopenia and aplastic anemia," and

16  under that it says "acute myelogenous leukemia and variants

17  (including acute myelocytic leukemia, acute promyelocytic

18  leukemia and erythroleukemia)."

19       So Dr. Goldstein and Dr. Tipper [sic] have taken a

20  position in this table in this chapter that benzene exposure is

21  capable of causing APL.  Do you agree with that?

22  A.   Yes.  It's Kipen, E-N.

23  Q.   I apologize.

24  A.   I think, yes, based on that table.

25  Q.   And so this textbook chapter is an illustration of

1   reasonable scientists who take the position in disagreement

2   with you that benzene exposure is, in fact, capable of causing

3   APL, true?

4   A.   Well, I think that the -- whether or not that disagreement

5   would be reasonable, I would have to ask Dr. Goldstein or Dr.

6   Kipen what scientific evidence they have evaluated, or perhaps

7   it's in the citation list for that chapter.  If they have

8   evaluated all of the same scientific evidence that I've

9   evaluated, then I think what they're saying is true.  But if

10  they haven't evaluated all of the available data, or they're

11  making some assumptions in there that I don't think are true,

12  then it would not be reasonable.

13  Q.   Okay.  Well, even if we don't know because we don't know

14  what was in Dr. Goldstein's head and he's not here to testify

15  and whatnot, whether or not it would be your view that the

16  position taken in the chapter was reasonable with respect to

17  benzene and APL, you do agree that Dr. Goldstein, in general,

18  is a reasonable scientist, correct?

19  A.   Yes.

20  Q.   Now, are you familiar with this textbook that I'm showing

21  everyone here by -- it's "Occupational and Environmental

22  Medicine" textbook by Dr. Rosenstock and Dr. Cullen, are the

23  first two authors.

24  A.   Actually, I think they're the editors.  But I have seen

25  that textbook but I'm not familiar with it.

PDF created with pdfFactory trial version www.pdffactory.com

1   Q.   All right.  So you're familiar with its existence but not

2   its contents?

3   A.   Correct.

4   Q.   All right.  Just for the record, this edition of the book

5   is the second edition, 2005.  And here's another chapter.  And

6   Dr. Kipen is again one of the authors on this chapter.  And it

7   is entitled "Lymphohematopoietic Malignancies."  And there's a

8   similar table in this chapter in which Drs. Kipen and

9   Wartenberg describe the known suspected and reported relations

10  between benzene exposure and various hematologic disorders,

11  correct?

12  A.   Yes.

13  Q.   Okay.  And this table, similarly to the table we saw in

14  the Levy and Wegman chapter, it says under "Known:  Acute

15  myelogenous leukemia and variants."  And when you -- would you

16  agree with me, Doctor, that variants of acute myelogenous

17  leukemia suggest all the subtypes of acute myelogenous

18  leukemia?

19  A.   I think that would be one interpretation of it.  I mean, I

20  don't think that necessarily is true, but I think that would be

21  one interpretation.

22  Q.   Okay.  So it is a fair -- it is at least one fair reading

23  of this table to say that these authors had reached the

24  conclusion that benzene exposure is a known cause of APL?

25  A.   I think it would be that benzene exposure is a known cause

PDF created with pdfFactory trial version www.pdffactory.com

1   of AML.

2   Q.   AML including all of its subtypes.  That's at least one

3   fair interpretation of this table, right?

4   A.   It would be an interpretation, yes.  It would be a fair

5   interpretation.  I mean, I think you would have to ask Dr.

6   Kipen or look at the references.  You know, based on those

7   references, that might give you some insight into what they

8   were thinking when they put that table together.

9   Q.   Is it true in general, Doctor --

10         MR. GRAY:  Your Honor, can I see the Kipen text?

11         MR. JENSEN:  Sure.

12  BY MR. JENSEN:

13  Q.   Is it true in general, Dr. Pyatt, that there are many

14  textbooks in the field of occupational environmental medicine

15  which mention that benzene is a known established cause of AML?

16  A.   That wouldn't surprise me.

17  Q.   Okay.  You've seen some such textbooks, in any event; is

18  that true?

19  A.   In what field?

20  Q.   In occupational medicine.

21  A.   Yes.

22  Q.   And you've seen statements to that effect in some of those

23  textbooks that you've reviewed; is that true?

24  A.   Yes.

25  Q.   And as you sit here today can -- well, let me back up.

1        You've also -- you're also familiar with some hematology

2   textbooks; isn't that true?

3   A.   Yes.

4   Q.   And isn't it true that many hematology textbooks have

5   statements that indicate that benzene is a known cause of AML?

6   A.   Yes.

7   Q.   Okay.

8   A.   I can think of at least two where that's true.

9   Q.   Are you familiar with some oncology textbooks?

10  A.   Less so.

11  Q.   Okay.  Do you know whether any oncology textbooks have

12  statements that indicate that benzene is a known cause of AML?

13  A.   I'm not doubting that they exist, but I'm not familiar

14  with them, sitting here.

15  Q.   So you've got some familiarity with textbooks, at least in

16  the fields of hematology and occupational and environmental

17  medicine, which state somewhere in the textbook that benzene is

18  a known cause of AML, correct?

19  A.   With some exposure caveats, but yes.

20  Q.   Sure.  And as far as you're aware, Dr. Pyatt, do any of

21  those textbooks qualify that statement by saying "Benzene is a

22  known cause of AML except for certain subvariants or except for

23  APL"?  Is that kind of language in any of those textbooks?

24  A.   I'm not sure about the Winthrop encyclopedia, kind of, of

25  hematology, but that language is in the Jandl textbook.  I

1    mean, it certainly calls into attention the different support

2    for the various subtypes, and it recognizes that these subtypes

3    are important in epidemiology.  So I don't recall exactly what

4    he said about it, but he clearly was discussing subtype

5    analysis within that section.

6    Q.   Okay.  But would you agree that it's fair to say that the

7    vast majority of textbooks in both of those fields that mention

8    benzene and AML do not qualify by subtype?

9    A.   I'm sorry.  I can't make that -- I mean, I've only looked

10   at two, and one did and one didn't.  So in my experience, 50

11   percent of them looked.

12   Q.   All right.  Dr. Pyatt, you're a toxicologist, correct?

13   A.   Yes.

14   Q.   And as a toxicologist, you have formal training and also

15   experience in the review and interpretation of epidemiology; is

16   that fair to say?

17   A.   Yes.

18   Q.   And you also have some training and experience, or at

19   least -- "experience" may not be the right word -- but you have

20   some training and knowledge about how epidemiologists go about

21   the design of epidemiology studies; is that fair to say?

22   A.   Yes.  I teach an environmental epi class.

23   Q.   Doctor, would you agree that when epidemiologists design

24   formal epidemiology studies to test a particular hypothesis

25   that a chemical causes -- a particular chemical causes a

PDF created with pdfFactory trial version www.pdffactory.com

1   particular disease, they're always going to apply some type of

2   statistical analysis as part of that process?

3   A.   I think the statistical analysis is going to be intrinsic

4   in any data analysis section you're going to employ statistics

5   to allow you to evaluate the chance -- the potential role that

6   chance played in the data that you've accumulated.

7   Q.   Well, even before you get to the role that chance plays,

8   statistical analysis is part of determining whether there's an

9   association to begin with, right?

10  A.   Well, that is what I'm talking about.

11  Q.   All right.  So there's a -- there's statistical analysis

12  applied to measuring an association between the exposure and

13  chemical, correct, or the lack of an association?

14  A.   Right.  And there's probably -- I mean, there's

15  statistical analysis used to evaluate the -- how big the study

16  needs to be based on disease incidence and lots of other

17  aspects of the study.

18  Q.   Right.  And so calculations -- on the association point

19  it's measured quantitatively and it's defined differently

20  depending on what kind of study it is, but in most cohort

21  studies it would be a relative risk calculation; is that fair

22  to say?

23  A.   In those cohorts?  Well, they're all relative risks at one

24  point.  Usually you would have a standardized mortality ratio

25  or a standardized incidence ratio, but those are essentially

PDF created with pdfFactory trial version www.pdffactory.com

1  relative risks.  So sure.

2  Q.   And it could be an odds ratio in a case-control study?

3  A.   Same.  Same residual concept.

4  Q.   It's all measuring the extent to which the exposure at

5  issue is connected with the disease at issue, right?

6  A.   Potentially, yes.

7  Q.   And it's attempting to quantify the extent to which there

8  may be an association.  The association itself is measured by

9  those numbers:  relative risk, standardized mortality ratio,

10  odds ratio, whatever it is?

11  A.   It's described by those numbers, yes.

12  Q.   And there's separate -- or in connection with measuring

13  those associations, they also -- epidemiologists will

14  design their epidemiology studies to do statistical analysis to

15  attempt to gauge the likelihood that any association was due to

16  chance alone, right?

17  A.   Correct.

18  Q.   And many studies will also be designed -- not necessarily

19  all of them -- but also will be designed to do an even more

20  statistical analysis to try to quantitatively assess whether

21  any measured association might be due to confounding effects,

22  correct?

23  A.   I understand the concept of that.  I don't know

24  mathematically how they do that, how they stratify out various

25  confounders.

1   Q.    But, in fact, you do see language in many epidemiology
2   studies, Dr. Pyatt, that say "We adjusted for age, sex, race,"
3   et cetera, that all of which they've done -- the purpose of
4   which is to try and eliminate or quantitatively assess whether
5   the association is caused by these potential confounding
6   variables, right?
7   A.    Or at least that the potential association is impacted
8   upon by those various confounders, yes.
9   Q.    And that's more math that epidemiologists are doing,
10  correct?
11  A.    Correct.
12  Q.    And all of that is a quantified calculation, mathematical
13  process that we've been talking about, that epidemiologists do
14  when they're designing a study to test a particular hypothesis
15  that a chemical causes a particular disease, correct?
16  A.    Can you repeat that one again?
17  Q.    Yeah, that was bad.  We've been describing a quantified
18  process -- a calculation process that epidemiologists go
19  through when they design formal epidemiology studies to test
20  the hypothesis that a chemical causes a particular disease,
21  right?
22  A.    Yes.
23  Q.    And as far as you know, if that is the primary purpose of
24  the study, to test that kind of hypothesis, that kind of
25  statistical analysis is always part of the study design,

1   correct?

2   A.   I mean, if it's a quantitative epi study, of course.   It

3   has to have math.

4   Q.   Right.   Okay.   Now, given what we've just been through,

5   Dr. Pyatt, has -- to your knowledge, has any epidemiology study

6   ever been designed to test the hypothesis that benzene causes

7   APL specifically?

8   A.   I don't think there's any indication of that in the

9   published literature.   I wouldn't say that there are no studies

10  where that was at least part of the goal that they're working

11  towards.

12  Q.   But you'd agree with me that, for example, the Travis

13  study that's been discussed a lot this week, that was not

14  designed to test the hypothesis that benzene causes APL, right?

15  A.   Well, I don't know that they even had a hypothesis.   That

16  study was just looking at what happened in these Chinese

17  workers that were exposed to benzene.   Once you collect a group

18  of data from doing your analysis, then you can analyze that

19  data lots of different ways and you can formulate lots of

20  hypotheses that are testable based on the data that you

21  collected from that previous study.

22      So while that may not have been a set-out purpose of the

23  study in the beginning, that doesn't preclude someone later

24  from coming in and looking at the published data.

25  Q.   Okay.   But as far as it goes, the answer to my question is

PDF created with pdfFactory trial version www.pdffactory.com

1   yes, right, that the purpose -- the designed purpose of the
2   study was not to test the hypothesis that benzene causes APL?
3   A.   Oh, no.  No, that was not -- that was not an express
4   purpose of the Chinese study, no.  So what you're saying is
5   yes, I guess.
6   Q.   And I want to clarify, I guess, because we've talked an
7   awful lot about Chinese studies this week and we're not always
8   talking about the same thing.  We're talking about Travis right
9   now.  And Travis, just to clarify, is a substudy from the
10  cohort -- the large cohort that was a joint -- is an ongoing
11  joint study being conducted by the NCI and the Chinese
12  government, correct?
13  A.   The NCI and the -- yes.  The Chinese Academy of
14  Preventative Medicine, correct.  Travis was a -- I actually
15  thought we were talking about Hayes from 1997.  Travis is fine.
16  But that was more of a description of the types of
17  hematopoietic malignancies and lymphohematopoietic malignancies
18  that they observed in benzene-exposed workers.
19  Q.   And in the Travis paper, they don't even try to measure
20  any type of association at all quantitatively; isn't that true?
21  A.   Yeah, that was not the intent of that study.
22  Q.   And you would also agree that the Rinsky Pliofilm study
23  and all the papers that came out of the Pliofilm cohort were
24  not designed to test the hypothesis that benzene causes APL,
25  right?

PDF created with pdfFactory trial version www.pdffactory.com

1  A.   I would say my answer to that one would be the same as my

2  answer to your first one, that that was not an express purpose

3  of the study.  But data has been collected that can be

4  evaluated later that might inform a number of questions.

5  Q.   Okay.  And there was no quantified measure of association

6  that was calculated in the Rinsky study or any of the

7  variations on the Pliofilm cohort study that attempted to

8  measure an association between benzene and APL, right?

9  A.   There were none.  I don't know how they could possibly do

10 that.

11 Q.   So is it your testimony that there were no APLs in the

12 Rinsky cohort?  Do we have to go through that again?

13 A.   It was my testimony that there were none of them listed.

14 Q.   That's a different statement, isn't it, Doctor?

15 A.   Well, no.  I mean, you're asking me whether or not they

16 could conduct statistical analysis.  I don't know how they

17 could conduct a statistical analysis on something that's not

18 there.

19 Q.   Yes, Doctor.  But you've also testified just a moment ago,

20 twice, that people can come behind later and make inferences

21 based on the study.  And you're suggesting that you can make

22 the inference that the Rinsky study is affirmatively evidence

23 that benzene does not cause APL.  Isn't that what you're

24 suggesting?

25 A.   Yeah.  You've taken it about four steps further than I

PDF created with pdfFactory trial version www.pdffactory.com

1    did.  I thought what we were saying was did they go in and

2    conduct statistical analysis for APL and benzene in Rinsky.

3    And my answer was no, they couldn't.  There were none.

4    Q.   And Golomb -- the Golomb paper -- first of all, the Golomb

5    paper, you would agree, is not even a formal epidemiological

6    study, right?

7    A.   I would agree with that.

8    Q.   It's a case series.  Is that a fair description of it?

9    A.   I'd have to take it out and look at the actual design, but

10   I think that's close.

11   Q.   In any event, there's no quantified -- there's no attempt

12   to quantify an association between benzene and any types of

13   leukemia, correct?

14   A.   I need to get it out and look.  I do have it, if you'd

15   like to discuss it.

16   Q.   We don't need to go through that, Doctor.

17   A.   Okay.

18   Q.   Well, as part of your opinion in this case, even though

19   you didn't testify about -- or much about epidemiological

20   studies in your direct examination, you did, in fact, review

21   what you believed were the -- was the relevant body of

22   literature with respect to the issue of whether benzene is

23   capable of causing APL specifically in the field of

24   epidemiology, right?

25   A.   I did, yes.  I mean, we just kind of divided up the

1   various sections for the purposes of this hearing.  And, sure,

2   that was not part of what I was going to be testifying on.

3   Q.   But you did issue a -- you reviewed it and you reached

4   opinions, in part, based on it, and you issued a report; is

5   that correct?

6   A.   I did.

7   Q.   Now, to your knowledge, has any formal epidemiology study

8   ever been published where the authors designed the study to

9   test the hypothesis whether benzene can cause any specific

10  subtype of AML?

11  A.   I'd have to look, but I think the answer to that is yes.

12  They were not very large or very strong studies, but there are

13  a series, Mitelman and Cuneo and some others, that were

14  interested in whether or not there were associations with

15  various subtypes.  And I think they did conduct some

16  statistical analysis.  Some of those looked at karyotypes or

17  the cytogenics.  Some of them looked at the subtyping, which

18  we'd agree APL/15;17, those are synonymous.  I would have to

19  look to see whether they ever did any type of quantification.

20  Q.   Now, you had reviewed those studies that you just

21  mentioned for purposes of developing your original opinion

22  before you ever issued a report in this case; is that true?

23  A.   Sure.

24  Q.   And your report in this case was issued before your

25  deposition was taken in this case; is that correct?

1  A.   Yeah.  Yeah.  Yeah.  Yes.

2  Q.   Okay.  And isn't it the case, Dr. Pyatt, that at the time

3  of your deposition you could not point me to any

4  epidemiological study with which you were familiar in which an

5  actual measured quantified association was discussed and

6  reported with respect to specific subtypes of AML?

7  A.   I don't recall exactly what I said.  I was more familiar

8  with the literature at the time of my deposition than I am now.

9  It's been two or three weeks since I've looked at these.  I

10  mean, I know that they express data related to the various

11  subtypes and the various cytogenics.  I don't recall whether

12  they conducted any kind of formalized statistics.

13  Q.   All right.  I'll come back to your deposition in just a

14  moment, Doctor.

15      To the extent that the paper -- scratch that.  I'll come

16  back to that point in just a moment, but I want to go to a

17  different but related point now.

18      Dr. Pyatt, it is your opinion that in order to reach a

19  conclusion whether a chemical exposure is capable of causing a

20  disease, a scientist must have consistently positive results

21  obtained from quantitative epidemiology studies, either cohort

22  or case-controlled; isn't that true?

23  A.   What was the first part of that again, to absolutely

24  establish that a chemical can cause disease?  Yes, you need

25  quantified epidemiology that has been reproduced.

1   Q.   In order to reach a conclusion on general causation, you

2   need consistently positive results from quantified --

3   quantitative epidemiology studies, correct?

4   A.   Before you can establish that a chemical definitively

5   causes disease, yes.

6   Q.   And when you say "consistently positive results," you're

7   talking about two or more positive results from separately

8   conducted epidemiology studies, right?

9   A.   I think that would be close to the minimum.

10   Q.   So, Dr. Pyatt, isn't it true that in your opinion based on

11   the state of the epidemiology with respect to benzene and

12   specific subtypes of AML, that it is your opinion that it is

13   not possible to reach with certainty an opinion that benzene

14   causes any subtype of AML?

15   A.   Because of the quantification; is that what you're saying?

16   Q.   That's what I'm saying.

17   A.   I'm not sure that I would go that far.

18   Q.   That's, in fact, what the logic of your position is in

19   this opinion, isn't it?

20   A.   Well, no.  I mean, you need to be a little -- you would

21   rely -- for other subtypes you would rely on the quantitative

22   epi for benzene and AML.  So if you were asking me questions

23   about M1 or M4, there doesn't have to be a specific study

24   saying, "We've looked at M4 and it is statistically elevated."

25   The reason why this one is different is because of what we've

PDF created with pdfFactory trial version www.pdffactory.com

1    been talking about this week, that APL is a very distinct

2    subtype.  So that's --

3    Q.   So all the subtypes are different from one another but APL

4    is more different than all the rest; is that your testimony?

5    A.   Yes.

6    Q.   And for that reason you get to treat APL differently, and

7    the AML and benzene literature has nothing to do with APL even

8    though it does prove, by itself, that benzene causes all the

9    other subtypes.  That's your testimony, right, Doctor?

10   A.   I didn't follow all that.

11   Q.   You've told us, Doctor, that it is your position in

12   general that in order to establish a relation between a

13   chemical exposure and a disease, it is a sine qua non; you've

14   got to have consistently epidemiological studies that quantify

15   an association between the chemical exposure and the disease at

16   issue, correct?

17   A.   Consistently positive?  I think you need to do a

18   weight-of-the-evidence evaluation.  But, yes, in general I

19   think that's true.

20   Q.   So the answer to my question is yes?

21   A.   Yes.

22   Q.   All right.  And there are no -- as you sit here today you

23   cannot point to any quantified consistent epidemiology

24   associations between benzene and any specific subtype of AML;

25   that's true too, right?

1   A.   I think that's true, yes.

2   Q.   But in spite of your general position that you cannot

3   associate a chemical with a particular disease in the absence

4   of quantified consistent positive epidemiological evidence, and

5   the fact that we don't have that kind of evidence for benzene

6   subtypes, you're still -- AML subtypes.  Excuse me -- you're

7   still taking the position that it is possible to establish that

8   benzene causes other types of AML besides APL, right?

9   A.   Well, it's different.  It's different because APL has

10  been -- acute promyelocytic leukemia has been recognized as a

11  clearly distinct, unique subtype, and people have looked at it

12  independently.  I don't know of anyone who has looked for an M5

13  independently, or at least to the extent they have with APL.

14  In the future this may not be true.  Other subtypes may be

15  evaluated.

16  Q.   Isn't it true, Dr. Pyatt, that every subtype of AML has

17  specific morphological, cytogenetic and molecular genetic

18  profiles that differentiate it from the other subtypes?

19  A.   Say that again?

20  Q.   Every subtype of AML, all eight of the different separate

21  FAB subtypes --

22  A.   Yes, they have differences for sure.

23  Q.   They all have differences that are unique to them that

24  separate them.  That's why they're their own subtype, right?

25  A.   Correct.

1   Q.   But you're saying, oh, the fact that they're different

2   from each other doesn't matter except when we're in the

3   courtroom to testify about APL?

4   A.   No, I'm not saying that at all.

5   Q.   APL is more different than all the other ones.  That's

6   what you're saying, right?

7   A.   Clearly.

8   Q.   And you'd agree with me that they all have specific

9   morphologic, cytogenetic and molecular genetic profiles that

10  differentiate them from one another, right?

11  A.   All the different subtypes of AML?

12  Q.   That's my question.

13  A.   Yes.

14  Q.   Now, Dr. Pyatt, based on your view that you need

15  consistently positive results obtained from quantitative

16  epidemiology studies in order to make a connection between a

17  chemical exposure and a disease, isn't it true that no matter

18  how strong any of the mechanistic evidence you've been talking

19  about in your testimony today was, it would still be your

20  opinion that you cannot say that benzene causes APL, right?

21  A.   Well, I mean, if there was a really strong plausible

22  mechanism that was a pretty straight line from benzene to APL,

23  accounting for the fact that APL is really very different from

24  the other subtypes, I'm not sure.  I'm not sure how that would

25  play out.

1    Q.   So your requirement for epidemiology is a requirement

2    except when it's not a requirement?

3    A.   I don't know how to answer that.

4    Q.   When -- if -- do you mean it or not?  Does epidemiology

5    have to be present or does it not have to be present,

6    necessarily?

7    A.   Well, I mean, I think if you took the position that APL

8    was not that much different than the others, if there was no

9    strong scientific support for the fact that you need to look at

10   it separately, then there would be no reason to assume that it

11   would not be like the other subtypes, and then you would be

12   relying on the quantitative epidemiology that exists for AML as

13   a collective grouping.

14   Q.   I want to move for a few minutes, Dr. Pyatt, to the issue

15   of what we've been describing as cell of origin.  And I'm going

16   to pop up on the screen -- before I do that -- all right.  I'll

17   go back to that.

18          MR. JENSEN:  My apologies to everybody.

19          (Pause.)

20   BY MR. JENSEN:

21   Q.   So, Dr. Pyatt, you agree that this is a fair

22   representation of how blood cells develop?

23   A.   Yes.

24   Q.   And we've struggled a little bit -- I think some of the

25   witnesses have said -- with the nomenclature about what stem

1    cells are, what progenitors cells are, et cetera.  As I

2    understood your testimony, at the top we've got what you would

3    call a stem cell, correct?

4    A.    Yes.

5    Q.    And as we get lower, we've got what your -- you would

6    describe anything past that level as a progenitor cell until we

7    get to the committed cell level down here, right?

8    A.    No.

9    Q.    No?  Okay.  These are progenitors, correct?

10   A.    Yes.  The committed part was what you had wrong.

11   Q.    Okay.

12   A.    Right there where your finger is, that's where it makes

13   the first commitment decision.  So it is lineage-committed

14   beyond that point.

15   Q.    Okay.  So when we go over to CMP, that means it's

16   committed to myeloid cells only, correct?

17   A.    Correct.

18   Q.    And CLP is committed to lymphoid cells only?

19   A.    That is correct.

20   Q.    And you agree that there are a group of reasonable

21   scientists who reasonably believe that all forms of AML arise

22   from the same progenitor cell, correct?

23   A.    All forms of AML?

24   Q.    AML.

25   A.    I've seen that language in several studies.  I've never

1   seen anyone who writes that include APL as part of their

2   distinct description.  But by and large, yes, I think that's

3   true.

4   Q.   In fact, you testified at your deposition that reasonable

5   scientists not only could disagree, but they do disagree, and

6   you facetiously said that experimental hematologists get into

7   fist fights over the issue, right?

8   A.   Over the cell versus the different subtypes; yes.

9   Q.   And some believe that it's a common cell of origin for all

10  AMLs, right?

11  A.   Yes.

12  Q.   And as far as you're concerned, that's an area where

13  reasonable scientists can and do disagree?

14  A.   I think that is consistent with most of the evidence.

15  Q.   So that, in your view, is a matter of scientific judgment

16  to determine whether the weight of the evidence supports that

17  all of the AMLs start at the same cell of origin or not?

18  A.   Well, I don't -- I mean, the Wojiski paper is pretty

19  important, and I think that will go a long way toward if people

20  do still believe what you say is true -- not you personally,

21  but this proposition that they all come from the same cell of

22  origin -- I think that paper will go a long way towards pushing

23  people off of that.

24       But as Dr. Bennett pointed out yesterday, there are other

25  forms of AML with an 8;21 translocation and monocytic and other

1   things, that seem to indicate that those occur at more

2   differentiated cells.  So you can find it in the literature.  I

3   haven't ever done a survey of experimental hematologists to

4   find out where they are on this, but you would probably find

5   some that adhere to what you said.

6   Q.   Well, in fact, you testified at your deposition that they

7   disagree about this issue all the time, right?

8   A.   Right.  And because of that disagreement people continue

9   to do experiments and form the decision -- or then form the

10  question, and then they're evolving.

11  Q.   With respect to the Wojiski paper specifically, Dr. Pyatt,

12  that paper was only recently, within the last few weeks, made

13  available online, correct?

14  A.   I think that's right.  It was 2009.  I don't recall when

15  it came out.

16  Q.   So in any event, any time in 2009, it would be after Dr.

17  Smith's opinion -- original report in this case, correct?

18  A.   Yes.

19  Q.   And after his supplemental declaration in this case,

20  right?

21  A.   I think so, yes.

22  Q.   And it would be well after the mid-1990s when Dr. Smith

23  said he originally reached his opinion on the subject of

24  whether benzene causes APL, right?

25  A.   What?  I lost your question.

1   Q.   I asked you a chronological question.  I'll withdraw it.

2        The point is, though, you agree that Dr. Smith could not

3   have considered Wojiski in making his assessment and review of

4   the scientific literature to reach a weight-of-the-evidence

5   judgment as to whether benzene causes APL?

6   A.   No, not before the paper came out.  But I -- he did -- he

7   did read it and understand it and take it to heart, and I think

8   he's persuaded by that data.  So I think now he would probably

9   say, based on that, that the different subtypes of AML are

10  probably not occurring at the same level.  I don't know that he

11  would say that or not, but that certainly would support that

12  proposition.

13  Q.   Are you telling me you heard his testimony on Tuesday and

14  that's what you gleaned from it?  Really?

15  A.   Well, what I heard him say on Tuesday was that this was a

16  complicated paper and it was new, but that he found it

17  important.

18  Q.   Don't you remember him saying that this does nothing to

19  show that APL cannot and does not also begin at higher levels

20  where the -- for example, the CMP level is represented on this

21  chart -- where all of the different cell lines of AML are --

22  can be differentiated from -- descend from?

23  A.   Well, I think the authors themselves say that their data

24  does not rule out that possibility.

25  Q.   And, in fact, didn't you hear Dr. Smith say that he still

1   believes it's possible that all forms of AML, including APL,

2   can and do begin, at least in certain instances, from a common

3   stem or progenitor cell?

4   A.   I mean, the discussion -- the disagreement that I had with

5   Dr. Smith from the very beginning of this process was when he

6   took the position that all forms of leukemia -- all forms of

7   leukemia, not subtypes of AML, but all of them -- come from the

8   same stem cell, the pluripotential stem cell.  And that is

9   originally what I wrote on my report.  I said I don't believe

10  that.  I don't think that is supportable by the scientific

11  evidence.

12       What I heard him say on Tuesday was that he had backed off

13  that, and it was stem and progenitor cells which encompasses a

14  whole lot of different things.  So I think he has changed his

15  view somewhat on that particular issue.

16  Q.   But he still maintains that all -- even under your

17  interpretation, Dr. Pyatt, you agree that Dr. Smith testified

18  on Tuesday -- and of course the transcript will show what he

19  really said, but your interpretation of that -- isn't it true

20  that a fair interpretation is that you believe that at the very

21  least all AMLs, including APL, can and do at least sometimes

22  develop at the CMP level or higher on this chart?

23  A.   What do you mean by "can"?  That they sometimes do and

24  they sometimes don't?

25  Q.   Correct.

1    A.    Yes.

2    Q.    Okay.  You agree that the hematopoietic progenitor cell --

3    and by that did you mean about this level, Dr. Pyatt?

4    A.    No.

5    Q.    Okay.  What did you mean --

6    A.    Well, hematopoietic is a blood cell, so that's any of

7    these.

8    Q.    Okay.

9    A.    And a progenitor cell is anything that's not a stem cell.

10   Q.    Okay.  All right.  Now, would you agree that a

11   hematopoietic progenitor -- I apologize.  Go ahead.

12   A.    Experimental hematologists use "progenitor cell" typically

13   to describe a population of cells that are CD34+, and because

14   of that antigen, CD34, that allows us to collect that

15   population of cells and do things with them.  Those are called

16   hematopoietic progenitor stem cells; they are used as therapy

17   for stem cell transplantation and they will include all of

18   these mature and immature progenitors that are depicted on this

19   slide.

20   Q.    And the hematopoietic progenitor cells target tissue for

21   benzene toxicity, correct?

22   A.    I believe so, yes.

23   Q.    And there are reasonable scientists who believe that this

24   damage caused by benzene or its metabolites at the progenitor

25   cell level is what ultimately leads to the development of AML,

1   correct?

2   A.   Yes.  And people have been, for decades, trying to

3   understand what exactly mechanistically is happening in these

4   progenitor cells.

5   Q.   And now, Dr. Pyatt, if we assume that benzene causes AML,

6   at least in part by causing damage at the progenitor stem cell

7   level -- so we've got that assumption, I'm asking you a

8   hypothetical question.  So my first assumption is for you to

9   assume that benzene causes AML, and part of the mechanism, at

10  least, is damage caused at the progenitor cell level.  Do you

11  understand me so far?

12  A.   Okay.  Well, the first time you said "progenitor stem."

13  That time you left out the word "stem."

14  Q.   I apologize for that.  I didn't intend to insert the word

15  "stem."

16  A.   Okay.  So at progenitor cell level.  Yes, I agree with

17  that.

18  Q.   And if we also assume that all subtypes of AML start with

19  damage at the same progenitor cell, then you would agree that

20  this would be some evidence that benzene exposure is capable of

21  causing all forms of AML, right?

22  A.   In your hypothetical world if that was the only piece of

23  information we have, yes, there would be no reason to doubt

24  that.

25  Q.   Well, whether or not it's the only piece of information we

1    have, it is some piece of information that supports that

2    hypothesis, right?

3    A.    Would support that hypothesis.  But if the overwhelming

4    weight of the evidence is on the other side, then you still

5    wouldn't think that that's a logical step.

6    Q.    You agree that when experts assess whether a chemical

7    is -- chemical exposure is capable of causing a particular

8    disease, that the expert reviews the body of data that appear

9    to bear on causal judgment; select the scientifically relevant

10   data; assess and weigh studies for their qualities; weigh the

11   importance of different kinds of data vis-à-vis one another,

12   for example, animal studies versus human studies versus

13   short-term studies versus structure activity relationships

14   versus mechanistic evidence versus any case studies and so on;

15   and brings her background understanding of biology and

16   toxicology as well as her understanding of the phenomenon to

17   the causal issues.  You agree with that, right?

18   A.    Yes.

19   Q.    And, in fact, when you talked about your view based on the

20   weight of the evidence that benzene does not cause APL, that

21   involves the process that, you know, you just described in that

22   question, right?

23   A.    It involves the process.  It doesn't necessarily include

24   all of the things that you listed, because there's many things

25   that you listed that don't have sufficient data to really

PDF created with pdfFactory trial version www.pdffactory.com

1  inform this question.

2  Q.   And when you apply that kind of -- and we could broadly

3  agree that that process has been generally described as being a

4  weight-of-the-evidence evaluation, right?

5  A.   Yes.

6  Q.   And when you do your overall weight-of-the-evidence

7  evaluation in this case, it is your scientific judgment that

8  the other evidence outweighs any evidence as to whether all

9  AMLs develop from a common origin, right?

10  A.   I'm sorry.  I didn't get the "my judgment" part.  Can you

11  just repeat the question?

12  Q.   Okay.  When you do your overall weight-of-the-evidence

13  evaluation, you're basing on your scientific judgment your view

14  that there is other evidence that outweighs any evidence that

15  all AMLs come from a common progenitor, right?

16  A.   Let me see if this works.  I have evaluated all of the

17  relevant scientific data that I know to exist, and it is my

18  opinion that it is the most consistent with the position that

19  the subtypes of AML are not arising in the same cell.  Is that

20  what you asked?

21  Q.   And you had to use your scientific judgment to come to

22  that evaluation.  That's all I'm really trying to get at,

23  Doctor.

24  A.   I think my experience and expertise and understanding of

25  the science helps.  I don't have a piece that says this is the

PDF created with pdfFactory trial version www.pdffactory.com

1    judgment and I'm going to use it now.  I mean, I don't know

2    what that means.

3    Q.   But you had to apply judgment.  You're not disagreeing

4    with that, right?

5    A.   You mean like this paper is no good, there's really

6    nothing that I could use here?  I think that plays a role, yes.

7    Q.   Would you agree, with respect to your discussion of

8    cigarette smoking and APL, that Dr. Smith reviewed the same

9    body of epidemiological literature that you had and came to a

10   different interpretation?

11   A.   No.  I don't know what -- I don't know what Dr. Smith

12   reviewed.

13   Q.   In fact, he describes in his supplemental declaration at

14   least a portion of what he reviewed, does he not?

15   A.   But it didn't include all of the studies that we discussed

16   today.

17   Q.   First of all, before I even get to what Dr. Smith had to

18   say about this subject in his supplemental declaration, you

19   testified on direct that, in fact, some of these studies on

20   cigarette smoking and specific subtypes of AML, the authors

21   themselves say that this is a very fuzzy area, right?

22   A.   With regard to the cytogenics, yes.

23   Q.   I've put up on the ELMO the supplemental declaration of

24   Dr. Smith.  And he says, "A careful review of the literature on

25   the cytogenic subgroups of AML found in cigarette smokers

1   reveals no clear association between smoking and cytogenetic

2   subtypes of AML."  Then he goes on from there and he describes

3   studies that he reviewed including the Moorman paper that you

4   looked at today, right?

5   A.   Yes.  He does have all three of them there.

6   Q.   So based on that, you would agree with me that you looked

7   at the same body of literature and came to a different

8   conclusion, right?

9   A.   Apparently.

10  Q.   And, in fact, you don't have any quarrel with the method

11  of reviewing the literature and then reaching inferences from

12  the evidence that's available in the literature to determine

13  what your opinion is.  That's how it works, right?

14  A.   Yes.

15  Q.   On topoisomerase, Dr. Pyatt, you agree there is a

16  well-established body of data to show that benzene's

17  metabolites inhibit topoisomerase II in human cells at least

18  under certain conditions, correct?

19  A.   Yes.

20  Q.   That's been reported repeatedly in the literature, right?

21  A.   Correct.

22  Q.   And your opinion is that the weight of the evidence does

23  not provide sufficient evidence to conclude that this actually

24  happens -- the inhibition of topoisomerase actually happens --

25  in benzene-exposed people, but you don't think there's enough

1  evidence about that, right?

2  A.   Well, there's no evidence about that.  It's not my opinion

3  that there's some or there's not; there is no evidence to

4  support that, period.

5  Q.   Well, Dr. Pyatt, don't you agree that reasonable

6  scientists reviewing this same body of data have concluded that

7  benzene's metabolites probably do inhibit topoisomerase II in

8  human beings?

9  A.   That's a different question.  I mean, they can think that

10  it might or that it probably does based on a hypothesis, but

11  there's no evidence that it does.

12  Q.   "Reasonable scientists have inferred from the data that

13  benzene's metabolites probably do inhibit topoisomerase II in

14  human beings," right?

15  A.   That is a hypothesis.

16  Q.   No.  It's a hypothesis that reasonable scientists have

17  reached that conclusion?

18  A.   What they're reaching is a hypothesis.  And keep in mind

19  that that is not -- I mean, there's data now that David

20  Eastmond published that shows that benzene exposure does cause

21  inhibition within the bone marrow of those highly exposed

22  experimental animals.  So whether it happens in the bone

23  marrow, I think, is becoming less of an issue.  But there is

24  still no data showing that this is occurring in the bone marrow

25  of benzene-exposed humans.  And when you look at the studies

1    that Dr. Smith published, where he specifically looked for the

2    cytogenetic changes that you would associate with that in the

3    bone marrow, they're not there.

4    Q.    Doctor, are you familiar with this paper by Dr. Whysner

5    about the genotoxicity of benzene and its metabolites?

6    A.    Yes.  I haven't read it recently, but I read it when it

7    first came out.

8    Q.    And it is a review paper that discusses all of both the

9    animal evidence and human cell culture evidence with respect to

10   the genotoxicity of benzene and its metabolites, correct?

11   A.    No.

12   Q.    No?

13   A.    It discussed the evidence that was available to Dr.

14   Whysner when he published this in 2004.

15   Q.    At the time it was published.  I wasn't trying to suggest

16   that he was --

17   A.    Well, there's been a lot that's happened since then.

18   Q.    And the conclusion of Dr. Whysner's paper says, "Analysis

19   of genotoxicity test results can provide important insights

20   into the mechanisms of neoplasia produced by chemicals.  After

21   consideration of all of the available genotoxicity data for

22   benzene and its metabolites, including the results of direct

23   tests for DNA adducts, support a mode of action that involves

24   clastogenicity rather than mutagenicity secondary to DNA adduct

25   formation.  In addition, information involving studies in

1   humans as well as human-derived cells indicate that such a mode

2   of action would be operative in humans."

3        And then going down further he says, "The genotoxic

4   effects produced by benzene and its metabolites are most

5   consistent with inhibition of topoisomerase II or

6   ribonucleotide reductase inhibition.  The chromosomal

7   abnormalities in human leukemia produced therapeutically by

8   topoisomerase II inhibiters also implicate this mechanism in

9   benzene-induced leukemias."

10        Now, isn't it fair to say that, based on Dr. Whysner's

11   statement, information involving studies in humans as well as

12   human-derived cells indicate that such a mode of action would

13   be operative in humans, it's a fair interpretation of that

14   statement that Dr. Whysner has inferred from the available

15   evidence that he had reviewed as of 2004 when he published this

16   paper that, in fact, benzene's metabolites inhibit

17   topoisomerase in human beings?

18   A.    That is a hypothesis.

19   Q.    I understand that you think it's a hypothesis.  I'm asking

20   you whether it's a fair interpretation of that sentence in Dr.

21   Whysner's paper that he inferred that it's a probability.

22   A.    I think he thinks that it can happen, and I think now

23   there is actually a little data that would support that that

24   happens, in contrast to his last sentence which I think he

25   would retract if he had the opportunity, and that is that

1    chromosomal changes associated with topoisomerase II -- that

2    would be 11q23 -- that Dr. Smith said we don't see it.

3    Q.   We'll get into that in a second, Doctor.

4         But, in fact, Dr. Whysner's paper was published in a

5    peer-reviewed journal, correct?

6    A.   Yes.

7    Q.   So an editor had, initially, the opportunity to review

8    this paper, correct?

9    A.   Yes.

10   Q.   And peer reviewers had an opportunity to review this

11   paper, correct?

12   A.   Yes.

13   Q.   And all of those people apparently believed there was

14   sufficient information to support the inferences that Dr.

15   Whysner suggests in his conclusion here, right?

16   A.   Well, you can't go that far.  I mean, I don't know what

17   the reviewers said.  I don't know what they wrote.  I don't

18   know what executive decisions the editor made.

19   Q.   Are you familiar with the Agency for Toxic Substances and

20   Disease Registry's "Toxicological Profile for Benzene," Doctor?

21   A.   Yes.

22   Q.   And that's the ATSDR, correct?

23   A.   That's its acronym, yes.

24   Q.   And the ATSDR is an agency of the United States

25   government -- a subagency of the Department of Health and Human

PDF created with pdfFactory trial version www.pdffactory.com

1   Services, correct?

2   A.   I think that's correct.  They're a branch of the CDC.

3   Q.   I'm going to show you an excerpt from this August 2007

4   "Toxicological Profile for Benzene."  And the ATSDR creates

5   toxicological profiles for a wide variety of chemicals,

6   correct?

7   A.   Yes.

8   Q.   And when they create that toxicological profile there's a

9   committee that's appointed to look at all of the evidence that

10  relates to the toxicity, human and animal studies and cell-line

11  studies and mechanistic studies relating to the toxic effects

12  of that chemical, correct?

13  A.   I would assume that's how it works.

14  Q.   And then they, as a committee, write a report that

15  describes all that data, correct?

16  A.   Yes.

17  Q.   And also, in some instances, at least, make inferences

18  from that data, correct?

19  A.   Occasionally they'll put some things in there that you

20  might classify as an inference.

21  Q.   Okay.  This is a section of the Toxicological Profile on

22  Benzene called "Mechanisms of Toxicity."  And it says, "The

23  database of information for benzene-induced hematoxic and

24  leukemogenic effects has been reviewed extensively.  It is

25  generally believed that reactive hepatic metabolites of benzene

PDF created with pdfFactory trial version www.pdffactory.com

1    are transported to the major toxicity targets (bone marrow).

2    Additional metabolism likely occurs in bone marrow.  Phenolic

3    metabolites" -- and it lists them -- "appear to play a major

4    role in benzene toxicity.

5         "Smith (1996a, 1999b)" -- and that's talking about two

6    papers by Dr. Martyn Smith?

7    A.   Yes.

8    Q.   -- "noted that the phenolic metabolites can be metabolized

9    by bone marrow peroxidases, such as myeloperoxidase (MPO) to

10   highly reactive semiquinone radicals and quinones that simulate

11   the production of reactive oxygen species.  These steps lead to

12   damage to tubulin, histone proteins, topoisomerase II, other

13   DNA-associated proteins, and DNA itself (clastogenic effects

14   such as strand breakage, mitotic recombination, chromosome

15   translocation and aneuploidy)."

16        Would you agree, Doctor, that this suggests that benzene

17   metabolites cause, among other things, damage to topoisomerase

18   II in human beings?

19   A.   Do I agree that's what they think or is that what they

20   wrote?

21   Q.   Do you agree that that statement suggests that?

22   A.   Yes.

23   Q.   Okay.  Now, part of your opinion -- and you described this

24   at some length with Mr. Gray this morning -- is that even if

25   benzene's metabolites do inhibit topoisomerase II, that's not

1   evidence that benzene causes APL because certain known
2   topoisomerase inhibitors do not cause leukemia, correct?
3   That's your view?
4   A.   Yes.   That just because you can inhibit topo II doesn't
5   get you to leukemia.
6   Q.   And at your deposition, Dr. Pyatt, you gave this -- one
7   example of a topoisomerase inhibitor that does not cause
8   leukemia, genistein, correct?
9   A.   That the evidence doesn't support that?   Yes.
10  Q.   In fact, you said that there's no evidence that genistein
11  is leukemogenic, right?
12  A.   I think that's still true with regard to direct
13  epidemiology.
14  Q.   But that's what you said:   There's no evidence that
15  genistein causes leukemia, right?
16  A.   Well, it depends on how you're going to define the word
17  "evidence."
18  Q.   Well, you were the one testifying, not me.
19  A.   It says what I thought.
20  Q.   Okay.   In fact, you've looked now, and there are
21  epidemiology studies that address the issue of whether
22  genistein causes leukemia, are there not?
23  A.   No.
24  Q.   There are not?   Oh.   Have you seen this paper before,
25  Doctor?

PDF created with pdfFactory trial version   www.pdffactory.com

1   A.   Yes.

2   Q.   And Dr. Osheroff is an author that you have relied on for

3   purposes of your opinions in this case, correct?

4   A.   Yes.

5   Q.   For the record, the title of the article is "Survey and

6   Summary:  The DNA Cleavage Reaction of Topoisomerase II:  Wolf

7   in Sheep's Clothing" by Deweese and Osheroff.  It's *Nucleic*

8   *Acids Research*, 2009, and it was published online 28 November,

9   2008.

10       It says, "Epidemiological studies indicate that the risk

11  of developing these infant leukemias increase greater than

12  threefold by maternal consumption of foods that are high in

13  naturally occurring topoisomerase II poisons such as genistein

14  or other bioflavonoids."  That's what it says, right?

15  A.   Yes.

16  Q.   In fact, so Dr. Osheroff is saying that there are

17  epidemiological studies establishing an association between,

18  among other things, genistein and infant leukemia, right?

19  A.   That's not what he's saying.

20  Q.   Hmm.

21  A.   "Epidemiology studies indicate that" -- move it back

22  over -- "the risk of developing foods that are naturally high

23  in topo poisons such as genistein and other bioflavonoids" --

24  and then look at the papers.  Let's look at the ones he cites.

25  Q.   We could do that.  111, and 123 to 126.  111 is Strick

1   2000, "Dietary bioflavonoids induce cleavage in the MLL gene

2   and may contribute to infant leukemia."

3   A.   Wait.  Let's talk about that one.

4   Q.   All right.

5   A.   I'm very familiar with that study.  So what they did was

6   they went in and saw at certain concentrations these various

7   bioflavonoids and flavones and other things could inhibit

8   the -- well, could cause the MLL gene -- translocations

9   involving the MLL gene, which is thought to be important in

10  infant leukemia.  So that's not an epi study.

11  Q.   Okay.

12  A.   The next one was 124.

13  Q.   123 is Ross, 1994.  That's an epi study, right?

14  A.   The Ross paper was the one we discussed in some detail

15  this morning.

16  Q.   And it's an epidemiology study, correct?

17  A.   A very preliminary one, yes.  And they did --

18  Q.   They found a statistically significant increase in infant

19  leukemia associated with maternal consumption of foods

20  containing genistein, correct?

21  A.   They found a statistically significant increase in AML --

22  infant AML -- associated with fresh fruits and vegetables.

23  Everything else is hypothetical.

24  Q.   Are you familiar with this paper, Doctor?

25  A.   Are we finished with the other one?

1   Q.   Do you want to go on?

2   A.   I think that was it.

3   Q.   Are you familiar with this paper, Doctor, "Review:

4   Dietary Topoisomerase II Poisons:  Contribution of Soy Products

5   to Infant Leukemia"?

6   A.   Yes.

7   Q.   It's by Hengstler, H-E-N-G-S-T-L-E-R, published in 2002 in

8   the *EXCLI Journal*.

9   A.   I've read that paper.

10   Q.   And the conclusion of that paper is, "In conclusion,

11   strong evidence has been presented that dietary topoisomerase

12   II poisons may contribute to infant leukemia."

13       So at least those authors believe that not only is there

14   evidence, there is strong evidence for the proposition,

15   correct?

16   A.   You kind of lowered your voice on the most important word

17   in there, that "may."

18   Q.   Okay.  Doctor, you talked about 11q23.  Isn't it true that

19   Dr. Smith's opinion is that benzene is causing -- or benzene's

20   metabolites are causing a different kind of topoisomerase

21   inhibition as opposed to poisoning that results in

22   translocations at 15;17, which is different from the 11q23

23   mechanism?

24   A.   He doesn't have a choice.  He has to make that decision

25   because the 11q23 is not elevated.  So there's really -- if

1  it's acting as a topoisomerase II -- if it's causing leukemia

2  by way of topoisomerase II inhibition, it is apparently acting

3  through some way different than the typical topo II poison such

4  as etoposide which cause the 11q23 the majority of time.

5  Q.    Okay.  You went over the Chang paper this morning in

6  connection with 15;17 translocations, correct?

7  A.    Yes.

8  Q.    And this is the Chang paper that you discussed in your

9  direct testimony?

10  A.    Correct.

11  Q.    There are other papers discussed in the Chang paper that

12  show different results, correct?

13  A.    Yes.

14  Q.    The author says, "However, Takatsuki, et al, examined

15  PML" -- and that's promyelocytic leukemia gene, correct?  PML

16  stands for -- well, promyelocytic leukemia gene.

17  A.    I'm sorry.  I'm reading.  PML's promyelocytic leukemia and

18  RAR-alpha receptor.

19  Q.    -- "RARa in hematopoietic colonies in five patients with

20  APL by reverse-transcription PCR and found the fusion

21  transcripts in both granuloid/macrophage and erythroid

22  colonies"?

23  A.    That's correct.

24  Q.    And that's consistent with --

25  A.    Well, wait a minute.  Go back to that.  So what he says is

1    that maybe it's happening in an earlier cell or maybe there was

2    contamination for the erythrocytes being in with the other

3    forms of cells.  He doesn't know why that's there.

4    Q.    Right.  And that's consistent with the damage or the --

5    being caused at this lineage or earlier, correct?

6    A.    No, not earlier.  But, yes, it would move it back to the

7    common myeloid precursor cell.  It wouldn't move it up any

8    further because then you're going to have to start looking at

9    the lymphoid cells.

10   Q.    All right.  And you just pointed out to me that there's

11   alternative explanation for that.  There's also an alternative

12   explanation for the author's findings that there was no 15;17

13   translocation in the erythrocytes, correct?

14   A.    Yes.

15   Q.    And they discuss that.  And their alternative explanation

16   is, "Alternatively, it may reflect a blockage of

17   differentiation for primitive precursor cells harboring

18   translocation 15;17 toward the erythroid and lymphoid

19   maturation pathway."

20        So what they're saying is that the translocation may be

21   occurring up here but there's something blocking it from

22   differentiating it as it's going down the line, correct?

23   A.    Right.  That is what they're saying, that you cannot rule

24   that out as a possibility.

25            MR. JENSEN:  Pass the witness.

1          MR. GRAY:  Your Honor, may I inquire of counsel, are

2    the textbooks that he relied on, the chapter by Goldstein and

3    Kipen and the chapter by Kipen and Wartenberg -- were those the

4    two?

5          MR. JENSEN:  I'm sorry?

6          MR. GRAY:  Were those the two chapters you relied on?

7          MR. JENSEN:  Yes.

8          MR. GRAY:  Can I ask for a copy of the Goldstein

9    chapter, please?

10          MR. STEWART:  It's in this binder.

11          THE WITNESS:  He says you have it.

12          MR. GRAY:  I'll go ahead and begin while counsel's --

13    you've got it there.

14                      REDIRECT EXAMINATION

15    BY MR. GRAY:

16    Q.   Dr. Pyatt, it's interesting, you were here for Dr. Smith's

17    testimony.  We didn't hear Dr. Smith testifying about these

18    textbooks, did we?  Do you recall hearing that?

19    A.   I didn't, no.

20    Q.   And that was Tuesday.  It's Friday, at the end of the day,

21    and we hear the first of these textbooks.

22          I'm going to ask you to read some language here on the

23    point -- this is Table 29.1, which is what counsel suggests it

24    indicates a textbook found that APL was caused by benzene,

25    right?

1    A.    Yes.

2    Q.    Okay.  And in the text just above there, there's a

3    footnote reference for Table 29-1.  That's Footnote 7, correct?

4    A.    Yes.

5    Q.    And I think in your testimony when you were answering

6    these questions you said it would be nice to look at the

7    references to see what this author was using as support for

8    this statement?

9    A.    Yes.

10   Q.    Okay.  Let's look at Footnote 7.  In Footnote 7 Dr.

11   Goldstein is referring to a paper that Dr. Goldstein wrote in

12   1983; is that correct?

13   A.    I've seen that.  That's a review paper.

14   Q.    Okay.  So luckily we brought that.  And when you flip to

15   the review paper by Professor Goldstein, it has a table where

16   he says essentially the same thing, that acute myelogenous

17   leukemia is caused by benzene; do you see that?

18   A.    Yes.

19   Q.    And then Dr. Goldstein, the good researcher who he is,

20   sites Reference 18 as support for this paper.  Let's look at

21   Reference 18.  And there's Dr. Goldstein citing Dr. Goldstein

22   again, 1977.  We brought that one, too.  Would you like to see

23   that paper?

24   A.    Please.

25   Q.    I apologize for using my finger here, but it says, "In

PDF created with pdfFactory trial version www.pdffactory.com

1  discussing the types of AML which can be caused by benzene" --

2  it says -- "and acute promyelocytic leukemia" -- et cetera, et

3  cetera, et cetera -- "have been rarely reported in association

4  with benzene"; do you see that?

5  A.   Yes.

6  Q.   What reference does he cite for that statement?

7  A.   I don't see one.

8  Q.   He cites nothing, correct?

9  A.   I would assume he was looking at the Askoy or the Vigliani

10 studies because there isn't really anything else to be looking

11 at prior to 1977, but I don't know.

12 Q.   But those studies didn't say that benzene causes APL, do

13 they?

14 A.   No.

15 Q.   So Goldstein writes a paper in 1977 where he suggests

16 benzene might cause APL, true?

17 A.   Yes.

18 Q.   And then he writes a paper in 1983 that says benzene does

19 cause APL, and he cites the '77 paper, true?

20 A.   Yes.

21 Q.   And then writes another chapter in his textbook later and

22 he cites his '83 textbook, right?

23 A.   Yes.

24 Q.   Does Goldstein cite anything to support this statement

25 that benzene causes APL other than his own previous statements?

1  A.   Not that I saw based on what you saw me.  But I haven't

2  looked at the reference list for that chapter so I don't -- but

3  not based on what you've shown, no.

4  Q.   And certainly if Dr. Smith thought this chapter was

5  persuasive, he could have testified about it on his direct

6  exam?

7  A.   I would think so, yes.

8  Q.   Let's talk about the other chapter.

9        MR. JENSEN:  It was in his reference...

10 BY MR. GRAY:

11 Q.   And I believe this is the other book, "Textbook of

12 Clinical Occupational and Environmental Medicine," correct?

13 A.   Yes.

14 Q.   Okay.  And here, I think, is the table that you were asked

15 to look at where it's discussing benzene.  "Known:  AML and

16 variants."  And there's three footnotes there, correct?

17 A.   Correct.

18 Q.   And that's what you said you would have liked to have

19 seen, is what are these authors referring to, right?

20 A.   Yes.

21 Q.   So let's look at 7, 63 and 95.  If you could help me

22 remember those.  Seven --

23 A.   I'm listening.

24 Q.   -- is a paper by Hayes.  You're familiar with that one?

25 A.   Yes.

1  Q.   Now we're going to go to 63.  There's our good friend Dr.

2  Rinsky?

3  A.   Yes.

4  Q.   We had a lot of discussion about Rinsky's work, right?

5  And 95, another paper by Rinsky?

6  A.   Correct.

7  Q.   Do any of those three papers say that benzene causes APL?

8  A.   No.

9  Q.   Okay.  And we've discussed those pretty extensively.

10        MR. GRAY:  What I would like to do is mark these

11  articles I've just discussed for part of the record, and

12  perhaps I can work it out with the clerk afterwards --

13        THE COURT:  That's fine.

14        MR. GRAY:  -- but I would certainly like these to be

15  included for the Court to consider.

16  BY MR. GRAY:

17  Q.   Briefly, the Whysner paper.  As to the question of whether

18  or not benzene causes leukemia due to topo II inhibition, isn't

19  it true that Dr. Whysner cites your paper, page 116, and says,

20  "Serious questions have been raised concerning the role of

21  topoisomerase II inhibition in benzene-induced human leukemia

22  and additional studies will be needed to provide validation of

23  this mechanism."  Did I read that correctly?

24  A.   Yes.

25  Q.   And I know you pointed this out, but just briefly, here in

1    the "Conclusion" language that counsel read, that last sentence

2    is pretty important, isn't it?

3    A.    Yes.

4    Q.    Because in 2004, Zhang had not yet done the study that

5    showed benzene does not cause 11q23?

6    A.    No.

7    Q.    And is that why you suggested he wrote that paper based

8    upon the information he had at the time?

9    A.    Yes.

10   Q.    Okay.  With respect to the discussion of cell of origin,

11   the scientist who had specifically looked at cell of origin for

12   APL since -- well, all of the studies we've looked at from '95

13   forward -- would you say that the researchers who had

14   specifically looked at cell of origin for APL, that the bulk of

15   that literature indicates that it is a different cell of origin

16   from other subtypes of AML?

17   A.    I would.  I haven't seen any research specifically address

18   APL without discussing that it is likely occurring at a

19   committed precursor level.  When they talk about AML, then

20   maybe it's up here or maybe it's up there.  But when they break

21   it out and talk about APL, yes, that's true.

22   Q.    And you will find statements in the literature where

23   researchers are talking about AML generally, and they make very

24   broad statements about AML, correct?

25   A.    That's true.

1  Q.   And it would be important to look at that particular piece

2  of literature in determining whether that author considered

3  these APL-specific studies in deciding whether or not the

4  author is making a specific conclusion about APL; is that fair?

5  A.   I think that's exactly right, yes.

6       MR. GRAY:   Your Honor, if I can have your indulgence.

7  I have one final question.

8       Your Honor, actually, if I stop now, we may finish

9  before the break, so I'll pass the witness.

10      MR. JENSEN:   One follow-up area, your Honor.

11                     RECROSS-EXAMINATION

12 BY MR. JENSEN:

13 Q.   Dr. Pyatt, you just testified that you were aware of no

14 literature that you'd seen regarding the 15;17 translocation or

15 APL occurring at anything other than a committed cell level

16 over the last 15 years.  Is that what you just said?

17 A.   I mean, I think all of them raise the possibility that

18 could happen someplace else, but, yes.

19 Q.   Well, in fact, we just went over on your cross-examination

20 how the Chang paper discusses the Takatsuki article or study,

21 and they found out, in fact, how the 15;17 translocation was

22 occurring at a progenitor stem cell -- excuse me, progenitor

23 cell level that can produce all of the forms of AML, right?

24 A.   Well, I think what I said was that it was happening at a

25 committed precursor.  And the CMP that you're referring, to

1   that is a committed precursor.

2   Q.   Okay.  So that's a precursor that can generate all of the

3   cell lines for all of the subtypes of AML, right?

4   A.   Conceivably, yes.

5        MR. JENSEN:  All right.  That's it.

6        MR. STEWART:  He didn't mean to stand up and interrupt

7   Mr. Gray beforehand.  What I was attempting to make sure the

8   Court knew was that the Levy-Wegman article is Number 43 in the

9   binder of materials, and it's under the category of things that

10  Dr. Smith relied on.

11       MR. GRAY:  And, your Honor, I certainly wasn't

12  suggesting it hadn't been disclosed; I was just questioning why

13  Dr. Smith hadn't been questioned on it.

14       MR. STEWART:  There were 62 things in the binder.  I

15  didn't want to do them all.  In any event, I wanted the Court

16  to know it was in the binder materials.

17       THE COURT:  Dr. Pyatt may be excused, right?

18       (Laughter.)

19       MR. STEWART:  Thank you, your Honor.

20       THE COURT:  We'll re-assemble at two o'clock.

21       MR. WEATHERS:  Your Honor, a brief moment.  I find

22  that I have to catch a plane that will conflict with that.  If

23  I don't catch that, it's hard to get home tonight.

24       THE COURT:  You're not staying for the Red Sox-Yankees

25  game?

1              MR. WEATHERS:  The Boston guys didn't get me tickets.

2              But in any event, your Honor, I apologize that I have

3       to leave early and ask to be excused.

4              THE COURT:  I understand.

5              MR. GRAY:  And, your Honor, I'm checking flights

6       myself.

7              THE COURT:  All right.

8              MR. WEATHERS:  We leave it in Mr. Leghorn's good

9       hands.

10              THE CLERK:  We'll be in recess.  Court is in recess.

11              (There is a recess in the proceedings from 12:58 p.m.

12       to 2 p.m.)

13              THE CLERK:  All rise.

14              Continuation of the Milward *Daubert* hearing.

15              Please be seated.

16              THE COURT:  Okay.

17              MR. JENSEN:  Good afternoon, your Honor.  I believe

18       we've designated one hour, so 30 minutes each, and --

19              THE COURT:  Or less.

20              (Laughter.)

21              MR. JENSEN:  Or less.  I agree.  I intend to reserve

22       eight minutes for rebuttal.

23              May it please the Court, I know the Court's read the

24       briefs.  And the briefs open by saying the Court should keep

25       the eyes on the forest and not get blinded by the trees.  And

PDF created with pdfFactory trial version www.pdffactory.com

1    with all the evidence that we've heard the human temptation is

2    to do that.  So I want to start by reminding the Court of what

3    the forest is.

4            First, of all, as a matter of law, this Court has a

5    very limited role as the gatekeeper of scientific evidence;

6    secondly, the Court should keep in mind, with respect to the

7    science, that the methodology is where the focus needs to be,

8    and the methodology at issue here which no one has contested is

9    the weight-of-the-evidence method reviewing the available

10   scientific evidence, and that method, which also no one else

11   has contested, clearly and necessarily calls for the extensive

12   application of scientific judgment at several places throughout

13   the process.  And finally, as I just said, they failed to offer

14   any challenge to that method.

15           According to the *McGovern versus Brigham and Women's*

16   *Hospital,* which is a 2008 district court stemming from this

17   court, the role of this Court as a gatekeeper can be distilled

18   into three questions:  First of all, is this junk science?  I'm

19   talking from a PowerPoint that no one else has seen.

20           THE COURT:  You are, hmm?

21           MR. JENSEN:  The first question, according to the

22   McGovern court, 2008 District of Massachusetts case:  Is this

23   junk science?  I don't think the defendants take any position

24   that the epidemiological literature, the toxicology literature,

25   the mechanistic literature, that any of that is junk science,

PDF created with pdfFactory trial version www.pdffactory.com

1    nor do I think they take the position that Martyn Smith is a

2    junk scientist.  And if they did it would be frivolous.  What

3    they do is that this is a junk opinion, and that is what this

4    Court has to decide.

5         What is a junk opinion according to the law?  Some

6    light has been shed on that by some comments made in the

7    introduction to the Federal Judicial Center's Reference Manual

8    on Scientific Evidence.  That introduction was written by

9    Justice Stephen Breyer.  He said, "Consider the remark made by

10   the physicist Wolfgang Pauli.  After a colleague asked whether

11   a certain scientific paper was wrong, Pauli replied, 'That

12   paper isn't even good enough to be wrong!'  Our objective is to

13   avoid legal decisions that reflect that paper's so-called

14   science."  That's what we're aiming at.

15        More specifically, the First Circuit has made clear

16   that "*Daubert* neither requires nor empowers trial courts to

17   determine which of several competing scientific theories has

18   the best provenance."  "Once the district court finds that the

19   expert's methodology is reliable, the expert is allowed to

20   testify as to the inferences and conclusions he draws from it."

21        In other words, this Court's role is not to determine

22   which side is correct and whose conclusion is right.  You don't

23   have to decide whether benzene can cause APL.  All you have to

24   decide is whether Martyn Smith exercised a reliable, sound

25   scientific methodology when he reached his conclusion.

1          Credibility is solely for the jury, and when experts

2     disagree based on differences in application of scientific

3     judgment, that disagreement has to be resolved by an assessment

4     of credibility, and that role constitutionally belongs to the

5     jury, and the jury alone.  "Trial courts should not arrogate

6     the jury's role in evaluating the 'evidence and the credibility

7     of expert witnesses' by 'simply choosing sides in the battle of

8     the experts.'"

9          Now, what did Dr. Smith do in this case?

10    Methodologically, he applied the well-established method for

11    assessing causation, the weight-of-the-evidence method that no

12    one in this courtroom has suggested is the -- is an incorrect

13    method.  Dr. Cranor referred to it from the philosophical

14    perspective as inference to the best explanation.  That same

15    method is used by many government and other agencies that are

16    assigned the role of assessing whether certain chemicals cause

17    cancer, including IARC, the National Toxicology Program, the

18    EPA.

19         And I think this quote from the American Law

20    Institute's Restatement (Third) of Torts is significant.

21    "Scientists report that an evaluation of data and scientific

22    evidence to determine whether an inference of causation is

23    appropriate requires judgment and interpretation.  Scientists

24    are subject to their own value judgment and preexisting biases

25    that may affect their view of a body of evidence.  There are

1  instances in which, although one scientist or group of

2  scientists comes to one conclusion about factual causation,

3  they recognize that another group that comes to a contrary

4  conclusion might still be reasonable.  Judgments about

5  causation may also be affected by the comparative costs of

6  errors as when caution counsels in favor of declaring an

7  uncertain agent toxic because the potential harm it may cause,

8  if toxic, is so much greater than the benefit foregone if it

9  were permitted to be introduced.  Courts, thus, should be

10  cautious about adopting specific scientific principles taken

11  out of context to formulate bright-line legal rules or conclude

12  that reasonable minds cannot differ about factual causation."

13       The point of this, your Honor, is this -- or one of

14  the points:  Defendants have strenuously argued in their

15  briefs, and it's apparent from their expert testimony, that

16  their primary position as a matter of law in this case is that

17  there must be statistically significant formal epidemiological

18  studies that show an association between benzene and APL

19  specifically in order for Martyn Smith to reach a reliable

20  admissible opinion under *Daubert*.  And that's wrong as a matter

21  of law and it's wrong as a matter of science.

22       On to the role of scientific judgment.  Dr. Cranor

23  discussed the Rudén article which gives an example of

24  reasonable scientists coming to reasonable disagreement, all

25  having reviewed exactly the same evidence.  Seven agencies were

1   assigned the task of assessing the same body of epidemiology

2   studies on TCE, including IARC, the ACGIH and European

3   agencies.  None of them could agree about anything except --

4   well, four of them agreed the data was negative; the three that

5   said it was positive were talking about different studies and

6   different types of cancer in order to establish a positive

7   association; thus, there is inevitably going to be scientific

8   disagreement with the application opposite views.

9           I've already discussed that epidemiology is not a sine

10  qua non.  I think it's important to remind the Court of what

11  the NTP listing criteria for "reasonably anticipated to be a

12  human carcinogen" includes.  This is the third of three

13  possibilities that can satisfy that criteria as listed by the

14  NTP.  You can be satisfied by "less than sufficient evidence of

15  carcinogenicity in humans or laboratory animals; however, the

16  agent, substance or mixture belongs to a well-defined

17  structurally related class of substances whose members are

18  listed in a previous report as either known to be a human

19  carcinogen or reasonably anticipated to be a human carcinogen,

20  or there is convincing relevant information that the agent acts

21  through mechanisms indicating that it would likely cause cancer

22  in humans."  That's the kind of information that Dr. Smith was

23  relying on, in part, in his opinions in this case.

24          I remind the Court to look at Exhibit 6 to the

25  plaintiffs' opening brief which is an article by a scientist

1    with the National Institute of Health discussing how

2    epidemiology is not required.  Dr. Smith testified to this; Dr.

3    Cranor testified to this; IARC and NTP establish it.  That's

4    what scientists do.  They can reach general causation opinions

5    without necessarily having positive statistically significant

6    epidemiology findings.

7         THE COURT:  Let me just ask you this:  Isn't the point

8    of epidemiological studies that the phenomenon actually has

9    been observed as opposed to theorizing about whether it might

10   be observed?  Isn't that a role for epidem- -- in other words,

11   the historical or empirical rather than, for lack of a better

12   word, theoretical or --

13        MR. JENSEN:  Well, I mean, I think a lot of

14   toxicologists would fence with you, your Honor, about whether a

15   mechanistic study provides merely a theory about what's going

16   on in the body.  A lot of toxicologists would say, look, once

17   we've done a test, the laboratory test that's controlled that

18   establishes that this effect occurs, then it's not a

19   theoretical; it is at the very least probable.  You have to

20   make a few inferences about going from the laboratory setting

21   to elsewhere.  But it's not merely theoretical.

22        Now, is epidemiology about observation in humans?

23   Clearly it is.  It has its own set of limitations just as

24   toxicology has its.  But they're both -- the important point

25   for this Court as a matter of law is that scientists can

PDF created with pdfFactory trial version www.pdffactory.com

1   integrate those kinds of evidence, and the scientists who

2   assess this kind of very issue, whether a chemical causes

3   cancer, do not, as a sine qua non, have to have epidemiology to

4   reach a more-likely-than-not conclusion.

5           Now, is it certain?  No.  There's going to be

6   uncertainty associated with it.  But a more-probable-than-not

7   conclusion like reasonably anticipated to be a carcinogen or a

8   probable carcinogen, which is the way IARC puts it, does not

9   require epidemiology as a sine qua non.

10          In fact, Dr. Bennett gave us a really good example of

11  having a finding of causation without the requirement of

12  epidemiology.  He said, quote, "We know that we can cause APL

13  in patients whom we administer chemotherapy, and that's what we

14  refer to as secondary AML, and there are well-described

15  multiple case reports and series of chemotherapy compounds that

16  interfere."  And you heard this discussion, blah, blah, blah.

17          He was talking about chemotherapeutic agents causing

18  APL and secondary AML from case reports.  But he said, "We know

19  that we can cause APL, but the case reports indicate" --

20          That's not formal epidemiology; in fact, that's less

21  scientific than toxicology studies in a controlled laboratory

22  experiment.

23          *Daubert* doesn't require it.  There's a whole series of

24  cases that we've already cited to the Court.

25          Dr. Smith's four lines of evidence, the Court will

PDF created with pdfFactory trial version www.pdffactory.com

1   recall, are the epidemiology of benzene and AML generally; the
2   common cell of origin for all AML subtypes -- or his opinion
3   that there is a common cell of origin for all AML subtypes; his
4   opinion that the inhibition of topoisomerase II by benzene's
5   metabolites is a probable cause of APL; and what information he
6   can glean out of the few epidemiology studies that have any
7   APL-specific information with regard to benzene-exposed
8   populations.
9           As to the epidemiology of benzene and AML, it's
10  undisputed by all experts that benzene causes AML.  It's
11  undisputed that the studies satisfy the Bradford Hill
12  considerations; the defendants have pointed to no published
13  literature that benzene causes some but not all types of AML;
14  and the defendants make no argument regarding Dr. Smith's
15  method for analyzing this literature.  He used a
16  weight-of-the-evidence review just as is done by everyone else.
17          As to the common origin of AMLs.  Dr. Smith's opinion
18  is that all subtypes of AML arise from the same progenitor or
19  stem cell.  Now, clearly Dr. Bennett and Dr. Pyatt have
20  testified over the last two days that they disagree with that.
21  They both, however, have testified that reasonable minds and
22  reasonable scientists can and do differ on that very issue.
23          On the second piece, benzene causes chromosomal damage
24  at the progenitor cell level before the cells have completely
25  differentiated, at the level of what we've been describing as

PDF created with pdfFactory trial version www.pdffactory.com

1    the CMP, where all AMLs can descend from, benzene is causing

2    that damage.  Undisputed.

3            Shown in this study, Lan, et al, of course one of Dr.

4    Smith's studies, in which benzene is attacking the CFU-GEMM

5    cell, one of the progenitor cells from which all AMLs descend.

6    You can see the CFU-GEMM there.

7            As I said, Dr. Bennett and Dr. Pyatt agree that

8    reasonable scientists disagree.  Dr. Pyatt testified that

9    hematopoietic progenitor cells are a target tissue for benzene

10   toxicity, and neither Dr. Pyatt nor Dr. Bennett challenged Dr.

11   Smith's methods for reviewing the literature and analyzing this

12   issue.  They weren't challenging his method; they were

13   challenging his conclusion.

14           Your Honor, if we were here to decide whether benzene

15   causes APL or to decide this sub-issue of whether all AMLs have

16   a common origin, that would be a dog fight.  What's not a dog

17   fight is what the *Daubert* requirements limit your role to,

18   which is did Dr. Smith reach an inference based on data that

19   was available using the proper methods.  There's really no

20   contest about that.

21           THE COURT:  If -- let's make an assumption.

22           MR. JENSEN:  Sure.

23           THE COURT:  If the evidence were to be such that it

24   appeared that Dr. Smith's opinion could properly be classified

25   as an hypothesis, would that be sufficient to permit a jury to

PDF created with pdfFactory trial version www.pdffactory.com

1    conclude that it was more than that?

2            MR. JENSEN:  Well, your Honor, it depends on what you

3    mean by a "hypothesis."  There is data from which reasonable

4    scientists -- not just Dr. Smith, but reasonable scientists --

5    the ATSDR, John Whysner -- others are inferring that probably

6    this is what's happening.  So, you know, if you're describing a

7    hypothesis as something that hasn't been certainly proved by

8    either, you know, 95 percent statistical certainty observation

9    or by some other clinically verified experiment, then, yeah, I

10   mean, so long as someone has data from which they can make an

11   inference that supports a more-likely-than-not explanation,

12   then, yes, it is admissible.

13           THE COURT:  Well, I guess my -- let me ask it a

14   different way.  You might have a case where an expert for the

15   plaintiff says A causes B, and an expert for the defendant says

16   A does not cause B.

17           MR. JENSEN:  Right.

18           THE COURT:  And the jury would then, I guess, evaluate

19   the presentations and decide whether the plaintiff was more

20   persuasive than alternate explanations including, perhaps, the

21   defendants', although the burden would be on the plaintiff.

22           What I was trying to isolate is the case where it's

23   fairly understood the plaintiffs' supporting opinion was that A

24   very well might cause B, and the response was there's not

25   sufficient evidence that it does.  In that case would the

PDF created with pdfFactory trial version www.pdffactory.com

1    statement from the *Ruiz-Troche* case, that it's up to the jury

2    to evaluate the provenance be applicable, or is that a case

3    where the *Daubert* gate becomes important?

4             MR. JENSEN:  Well, your Honor, if the inference that

5    the expert at issue has made, as far as that expert is willing

6    to go from the data is to say that it might happen, I think

7    that that may well be an occasion that --

8             THE COURT:  Well, there could be two occasions -- two

9    expressions of that, I suppose, whether explicitly that's the

10   opinion --

11            MR. JENSEN:  Uh-huh.

12            THE COURT:  -- or alternately, whether the opinion,

13   although not explicitly limited to a possibility, or a

14   plausibility, is fairly understood that way rather than as an

15   assertion at a higher level of confidence, I guess.

16            MR. JENSEN:  Well, I don't know with respect to the

17   second position unless I had more information.  I can tell you

18   this:  Dr. Smith's opinion is that it is not merely plausible

19   that benzene causes APL through topoisomerase inhibition; it is

20   probable.  It is not merely plausible that all AMLs start from

21   a common cell of origin, but it is probable.  And that is his

22   opinion.

23            And therefore -- and there is data from which

24   reasonable scientists -- not just Martyn Smith but others --

25   can and do make those same kinds of inferences.  And, in fact,

1   defendants' witnesses, to a large extent, acknowledge that very

2   fact.  And so in this case you don't have to reach the issue

3   that you just asked me about.

4        THE COURT:  Let me ask it in even a different way.

5   Referring to the Rudén article where there are three who say

6   one thing -- or they actually say three things, but you

7   classified them as one thing -- and then you have four who say

8   something else.

9        If that were all presented to the jury, would the jury

10  be able to rationally decide among them?

11       MR. JENSEN:  Well, it is the jury's responsibility to

12  do that.  It is the constitutional delegation --

13       THE COURT:  What would be the tool that the jury would

14  use?

15       MR. JENSEN:  All the information and assessment of the

16  credibility of the various experts who would be coming in and

17  explaining why they reached the inferences they reached.  It's

18  the jury's role -- it's clearly a scientific judgment issue.

19  And once you get to a decision tree -- a point in the decision

20  tree where resolution of that decision requires application of

21  what is subjective scientific judgment, whose judgment is

22  better than the -- which person's judgment is better than the

23  other is the jury's role to decide and not yours.

24       THE COURT:  So the jury could decide because four say

25  one thing and three say the other, they would go with the four?

PDF created with pdfFactory trial version www.pdffactory.com

1    That would be a way of resolving it.

2          MR. JENSEN:  Well, they could decide on whatever basis

3    they assess the credibility of the witnesses.

4          THE COURT:  And we would never know.  It's a black

5    box.

6          MR. JENSEN:  We would never know.  Sometimes we

7    interview them, but we can't know.  And that's their job.

8    That's the way our Constitution works.  It's their position to

9    do that, whether it's scientific evidence or any other kind of

10   evidence.

11         THE COURT:  All right.

12         MR. JENSEN:  There's an additional line of evidence by

13   analogy that we didn't describe as being one of the four prongs

14   of Dr. Smith's opinion, but it's nonetheless of some

15   significance here, which is the evidence that Dr. Smith

16   mentioned that benzene is capable of causing all subtypes of

17   AML as drawn from the analogy to radiation.  Benzene is

18   considered radiomimetic in that it acts in a very similar way

19   to ionizing radiation which is known to cause all the different

20   kinds of leukemia including AML -- excuse me -- including APL.

21         Now, on to topoisomerase inhibition, quickly.  Dr.

22   Smith's opinion I think the Court is well familiar with.  As to

23   the defendants -- well, first of all, the ATSDR I went over

24   with Dr. Pyatt have established that benzene does, in fact,

25   inhibit topoisomerase II, and Dr. Pyatt admitted that this

PDF created with pdfFactory trial version www.pdffactory.com

1    statement in the ATSDR should fairly be read to say -- the

2    ATSDR is saying it inhibits topoisomerase II not just in a cell

3    culture but in human beings.  That's what they think.  And Dr.

4    Whysner thinks the same thing.  In fact, he goes farther than

5    that to say not only is it likely inhibiting topoisomerase in

6    humans, but that inhibition is, in fact, causing leukemia.

7          It is well accepted that topoisomerase II inhibitors

8    induce APL.  Not only is it in the literature, but Dr. Bennett

9    testified about it.

10         There is no methodology critique -- again, this is

11   about a battle of the experts on a conclusion.  They've reached

12   different inferences from reviewing the same body of data.  The

13   methods that they've applied on each side of the aisle were

14   exactly the same.  They looked at the same literature; they

15   made inferences from it.  Some thought it supported one

16   inference; some thought it supported the other.  That is a

17   scientific judgment issue that is a credibility role for the

18   jury.

19         And now let's take a look at the trees, which is what

20   Mr. Leghorn's going to spend all his time talking about.

21         THE COURT:  You're going to run into your eight

22   minutes.  Do it quickly.

23         MR. JENSEN:  All right.  Dr. Smith -- and this is

24   important -- said that he didn't need anything -- any of the

25   data from the so-called APL-specific epi studies to reach his

1    opinion.  There's only one study out there that sought to

2    measure association by subtypes.  That's the Acta case-control

3    study, the Chinese case-control study not to be confused with

4    the big Hayes-Travis NCI study, which is a cohort study.  No

5    cohort study has been designed to test this out.  And the Acta

6    study, in fact, finds an elevated association, although it

7    wasn't statistically significant.

8         The Mele study we've heard a lot about.  The Court

9    knows what that's about.  It does find a positive association

10   with benzene-exposed workers.  The Travis study -- and I'm

11   going to skip over Travis for now because I want to go to

12   Golomb, because I know Dr. -- excuse me, Mr. Leghorn -- I've

13   elevated him -- is going to talk a lot about Dr. Smith's

14   opinion about the Golomb paper.

15        And here's what happened:  He made a mistake.  He

16   really did.  He reached his opinion originally that benzene can

17   cause APL by the mid-'90s. So my point of this slide is that

18   the mistake that he made, which I'll explain in just a moment

19   but I think the Court is aware of it -- the mistake he made had

20   no impact on his opinion.  He'd already reached his opinion by

21   the mid-1990s.  The Zhang paper, that had contradictory

22   criteria that Mr. Leghorn's going to talk about, was published

23   many years later.  Obviously, whether he determined that the

24   seven people in the Golomb paper who were exposed to chemical

25   solvents and metals are best characterized as having possible

1    benzene exposure or probable benzene exposure is not a

2    make-or-break determinant of the overall opinion.

3            And, you know, Dr. Smith agrees that he shouldn't be

4    applying a different set of criteria in his research and his

5    litigation opinions.  He'd forgotten what he'd said in the

6    Zhang paper and he made a mistake.  But that mistake has very

7    little bearing in the scope of the forest.  One study he relied

8    on had more than 60.

9            I reserve the rest of my time, your Honor.

10           THE COURT:  Okay.  Thank you.

11           Mr. Leghorn?

12           MR. LEGHORN:  Thank you.  Your Honor.  This is a

13   *Daubert* --

14           THE COURT:  Use the podium.

15           MR. LEGHORN:  I was going to use the chart.  Then I

16   can't use the chart.

17           THE COURT:  Okay.  But you have to be near a

18   microphone.

19           MR. LEGHORN:  Okay.  That's fine.

20           This is a *Daubert* hearing, and the issue is:  Is the

21   methodology that Dr. Smith used -- does it meet the standard of

22   medicine, science, epidemiology to draw the conclusion that APL

23   can be caused by benzene or does benzene cause APL?  And the

24   question has been explored in different ways.

25           One approach that we've heard here and heard from Dr.

1    Smith was that -- and the defense witnesses agreed.  Benzene at

2    certain levels of exposure can cause certain forms of AML.  And

3    Dr. Smith admits that in most cases those have abnormalities at

4    the fifth and seventh chromosomes.  The other part of his

5    argument is since APL is a form of AML and benzene causes AML,

6    therefore benzene causes APL.  That's the classical logical

7    fallacy of the undistributed middle.  It's up to -- in that

8    argument, what Dr. Smith has to do, through his methodology, is

9    show that APL is the same as AML.

10          It's not, by his own admission.  APL, according to Dr.

11   Smith, has an abnormality at Chromosome 17.  Dr. Bennett, a

12   world-renowned hematopathologist:  APL is different.  It's not

13   the same.  It has certain marks.  It has a certain signature.

14   Others, as you look at the Eastmond study, have other marks.

15   The M6s have a mark at the 11q23, I believe -- or the M4s and

16   M5s have that -- and the M1s and the 2s at the 5s and the 7s.

17   So the question is, that's one of the things that they have to

18   show in the methodology to get there to show that APL and AML

19   are the same.

20          The evidence to do that doesn't come together.  As Dr.

21   Pyatt talked about, it is a straight line.  What is the

22   straight line that gets us to that point?  Science is based

23   upon objective observations from which conclusions are drawn.

24   At the end of the day there's no objective data, by Dr. Smith's

25   own admission, that you see the t(15;17) translocation in the

PDF created with pdfFactory trial version www.pdffactory.com

1   benzene-exposed that is -- that he could relate to benzene

2   exposure.  Remember, he also says on that straight line that

3   the 15;17 translocation occurs generally in the population, and

4   only one out of a thousand of those become APL; admits that it

5   is -- benzene exposure can only -- is a necessary, but not

6   sufficient, cause.

7           We never heard from Dr. Smith -- and it's plaintiffs'

8   burden to demonstrate his methodology of what about the benzene

9   exposure triggers anything that becomes a sufficient cause of

10  APL.  And one of the things that you always have to look at in

11  the methodology of -- to draw the ultimate conclusion that

12  APL -- that benzene can cause APL is based on a variety of

13  factors, as Hill said.  And if you do look at the scientific

14  manual when it comes to epidemiology or -- and general

15  causation -- I think, unfortunately, the human frailty, that's

16  the best system that we have of noticing association, there are

17  ways of doing that.

18          And it's only when you have that association that you

19  begin the rest of those inquiries.  And as Dr. Garabrant and

20  Dr. Smith in their own ways -- Dr. Smith in his own way

21  concedes, a case-control study can yield good information.

22  It's not always the cohort study.  In fact, his manipulation of

23  the Golomb data mistake was treated as a case-control study.

24  And sometimes if someone has a hypothesis -- and in the Acta,

25  or the study that is written in Chinese and translated, those

1    researchers looked at benzene in relation to a number of

2    subtypes of AML.  They did not find a statistically significant

3    association between benzene exposure and APL, the M3 variety.

4         They looked at 171 cases of APL and 342 controls, I

5    believe.  Dr. Smith, in coming to his conclusion, looked at two

6    cases in Mele; four cases in the Travis study; and three, four

7    or five cases in Golomb.  Two of those studies didn't measure

8    benzene exposure.  He didn't do, when he made his calculations,

9    any analysis to see whether those occurred by chance.  And as

10   Dr. Garabrant's presentation showed, he did -- Dr. Smith's

11   Golomb calculation correcting for the inexplicitly missing case

12   in the calculation.  And accepting Dr. Smith's throwing out of

13   one, it still comes out to a result that was more likely than

14   not the result of chance.

15        On the stand, under oath, he said he applied different

16   criteria.  It was -- your Honor, you talked about the jury

17   being a black box.  The expert and the methodology cannot be a

18   black box either.  For you to evaluate, you have to be able to

19   understand the steps that were taken.  You have to understand

20   the evidence, or the data, that was reviewed.  The defendants'

21   presentation was to let you understand that data.

22        It's interesting, Dr. Smith said he formed his opinion

23   that APL was caused by benzene in 1995.  In light of what data?

24   Never heard that.  He doesn't account for the contrary data to

25   a number of other things that he built into his opinion.  One

1  tutorial study was in 1995.  If he believed as part of that

2  opinion in 1995 about the stem cell approach, he didn't account

3  for the contrary data that occurs afterwards.

4        If you believed Dr. Cranor that you have to, in

5  offering your opinion in court, consider all the data and offer

6  an opinion, the witness -- the expert witness has to explain to

7  your Honor how he came to that conclusion looking at all of the

8  data.

9        Turhan says a single pluripotent stem cell approach

10  doesn't work.  Subsequent data, Chang and others, say it

11  doesn't work.  We don't know if or how Dr. Smith accounted for

12  it.  We don't know, other than simply dismissing it by paying

13  no attention to the study behind the curtain, why or how he did

14  not consider the lack of an epidemiological finding in the Acta

15  Chinese study was evidence that there was no association.  You

16  don't have evidence of one, and when there was an observation,

17  not statistically significant, dismiss it.  That's one of the

18  problems in demonstrating the methodology here.

19        And certainly as Dr. Pyatt testified, much has been

20  learned in the last few years about hematopoietic stem cells,

21  where the insult might have occurred, how it might have

22  occurred.  And so when you look at it, we don't have that basic

23  epidemiological association, and plaintiffs rely entirely on

24  this, "We have a mechanistic approach," but it is a mechanistic

25  approach that has missing pieces, and where you have to put

PDF created with pdfFactory trial version www.pdffactory.com

1  together disparate and unconnected information to arrive at a

2  conclusion.  It is not a simple A to B to C to D to E to F.

3  One's missing.  You've got to go up to C+, to look there with

4  regard to other chemicals, with no demonstration that some of

5  the chemotherapy agents act in the same way.

6       Dr. Smith admits on the stand for -- telling us about

7  unpublished papers for the first time that what he told us

8  earlier about benzene and bringing about the 11q23, that

9  doesn't occur.  So even he, in that regard, is accepting some

10 of the substance, but he doesn't tell us how he rules out or

11 rules in anything since he supposedly formed this opinion in

12 the mid-1990s, and offers no explanation in his report which

13 cites many studies since that date, what the basis of that

14 original opinion is and how it might have evolved today based

15 upon the current evidence.

16      So I think when you look at it, the methodology here

17 was one of saying, "I can contrive by using some data from

18 Golomb, by doing -- creating some cases of additional APL using

19 the Travis data, that there's some kind of statistics here --

20 whether it's significant or not, it doesn't matter to me -- and

21 I've got an association now, which is really the beginning of

22 the scientific inquiry as to whether there is truly cause --

23 and offering nothing more."

24      The real key here is, your Honor, that as Dr.

25 Garabrant and Dr. Pyatt and Dr. Bennett, Dr. Smith's opinion

1    that benzene can cause the t(15;17) in a mechanistic way is not

2    supported, and, in fact, he says it is not been observed,

3    although he hopes it will be in the future.  That's not today.

4    And that's not for sure.  The hypothesis is that "With better

5    technique we will confirm my hypothesis."  And that's key for

6    his mechanistic model.  And it's just not there.  There's no --

7    there is no statistically significant epidemiology.  There's no

8    contrary epidemiology in a large, powerful study.  And Dr.

9    Garabrant indicated that that study had power to find an

10   association if it existed.

11          Dr. Smith says it's impossible to do this.  "Did you

12   do any calculations to determine that?"  "No."  There are

13   methods and techniques, as Dr. Garabrant said, to do it.  There

14   are ways to do it.  The methodology is flawed here, is not

15   accepted within the community, and much remains unexplained.

16          So in conclusion, your Honor, because there is a lot

17   here, but not much to support the admission under the *Daubert*

18   standard of Dr. Smith's opinion.

19          Thank you.

20          THE COURT:  Let me ask you, I read something from the

21   *Ruiz-Troche* case, where the Court said, "*Daubert* does not

22   require the party who proffers expert testimony carry the

23   burden of proving to the judge that the expert's assessment of

24   the situation is correct.  *Daubert* neither requires nor

25   empowers trial courts to determine which of several competing

1    scientific theories has the best provenance, demands only that

2    the proponent of the evidence show that the expert's conclusion

3    has been arrived at in a scientifically sound and

4    methodologically reliable fashion."

5            So I think that's -- plaintiffs' argument is that

6    judgment about the provenance, the ultimate worth of the

7    arguments, I believe, are conflicting opinions is one committed

8    to the jury.  Why doesn't that language from *Ruiz-Troche* point

9    in that direction?

10           MR. LEGHORN:  Because, your Honor, we're focusing on

11   the methodology here.  If you're going to say that we have a

12   sufficiently defined explanation of biological plausibility,

13   you have to have that with the two end points:  one, exposure;

14   and, two, an observed t(15;17) because of that.

15           Here, while there are problems in the middle, there's

16   no observation of that outcome even by Dr. Smith's admission.

17   He's looked for it.  He can't find it.  He hopes to find it in

18   the future.  To say one, two, three, four, and thereby you get

19   there -- he says, "We've looked.  We don't see it."

20           So to draw the conclusion from the lack of evidence is

21   not methodologically appropriate in a scientific arena.  You

22   have to have some objective data.  That one is not there.  By

23   his own admission.  The McHale 2008 paper says it's

24   inconclusive.  Those aren't my words; those were his.  So, you

25   know, he's missing the key end point on the biological

1    plausibility, even if you accept the middle.

2         And I think, your Honor, to let that go to the jury,

3    ask them to make that decision which he cannot and has not

4    observed, it doesn't work in that respect.  And I think that

5    that's different from saying, based upon these observations

6    which all flow together from A to F, from the exposure to the

7    end point, we've connected the chain, is different from saying

8    we've connected the chain -- and I predict, although I've tried

9    and haven't seen it -- I predict we'll see it.  It's different.

10   And I think that's the flaw in the methodology of allowing the

11   biological plausibility theory here.

12        Thank you, your Honor.

13        THE COURT:  Mr. Jensen?

14        MR. JENSEN:  It's not an issue of -- certainly it's an

15   issue of probability.  It's not speculation if he says it's

16   probable from the data that I can infer that benzene, or its

17   metabolites, cause the 15;17 translocation.  And by the way,

18   he's the most qualified scientist in the world to answer that

19   question because he's the only one that ever looked.  He's

20   published more on chromosomal translocations and benzene

21   metabolites than anyone in the world.

22        And it's not merely that he says, "Oh, I hope that it

23   will happen."  He hopes that it will happen based on data.

24   What's the data?  A, that he knows that the epidemiology

25   establishes conclusively that benzene causes AML as a group;

1    and, B, that the weight-of-the-evidence review that he's done

2    of mechanisms and the pathological genesis of AMLs as a group

3    is that they all start at the same spot, and that benzene

4    causes damage at that spot.

5            From that, together with the fact that benzene

6    inhibits topoisomerase, and other topoisomerase inhibitors

7    have, in fact, been demonstrated to cause the 15;17

8    translocation -- they want to talk about 11q23.  11q23 is not

9    APL.  15;17 is APL.  15;17, according to Dr. Smith's unrebutted

10   testimony, is caused by a different topoisomerase mechanism

11   than the 11q23.  11q23 is a red herring.

12           Let's talk about what the evidence is, and it's

13   evidence from which reasonable scientists can draw the

14   inference that more likely than not benzene and its metabolites

15   cause APL.  That's what Dr. Smith has done based on reliable

16   methods of reviewing the evidence of which there's no contest

17   about.  The only methodological contest that Mr. Leghorn wants

18   to talk about is what Dr. Garabrant wants to talk about in the

19   review of the data -- the little snippets of data that Dr.

20   Smith was able to glean that are APL-specific out of a few

21   epidemiological studies or case series.

22           That was the fourth leg of a stool that stands quite

23   well on three legs, as Dr. Smith said, number one.  Number two,

24   Dr. Garabrant's opinions about methodology on formal

25   epidemiological studies misses the point.  Dr. Smith wasn't

1    attempting or purporting to conduct formal epidemiological

2    studies; all he was trying to do was see if what little data he

3    could glean out of Travis and Golomb, out of the other paper,

4    the Yang paper, are supportive or not supportive of the

5    hypothesis that he says is probable and established by the

6    other three lines of evidence already.

7         He didn't even need that fourth line of evidence.  He

8    checked it and he found it was consistent with the other three.

9    Dr. Garabrant didn't like his opinions and didn't like his

10   methods because he said they weren't formal epidemiology.

11   Well, Dr. Smith made no claim that they were.

12        Mr. Leghorn contends that the Acta study is

13   affirmative evidence against benzene causes APL, and that's

14   ridiculous and unscientific.  Epidemiology can never prove the

15   null hypothesis.  Multiple scientists testified to that here.

16   Not only that, it's not even a negative study; it's a positive

17   study.  There's a positive association in that study between

18   benzene and APL.  Now, it's not significantly significant.

19   It's possible that chance accounts for that positive

20   association.  But to the extent it shows us anything, it shows

21   us some evidence that there is an association.

22        Is that evidence enough in and of itself?  Of course

23   not.  But that's not the primary basis for Dr. Smith's opinion.

24   The primary basis for Dr. Smith's opinion were the first three

25   prongs of his analysis.  Benzene causes AML, well-established

1    fact; all AMLs probably originate from the same stem -- from

2    the same cell; and topoisomerase -- benzene inhibits

3    topoisomerase, and topoisomerase does cause APL.

4         Put all of that together, and Dr. Smith says those are

5    the three major prongs of my opinion.  All of those are

6    probable.  Reasonable scientists do not have any disagreement

7    about prong one; and as to prong two and three, their experts

8    agree that reasonable scientists can disagree about it.

9    There's enough data there that you can make the inference that

10   this probably is occurring the way that Dr. Smith suggests that

11   it is.

12        If you can make that effort -- inference based upon

13   the data -- and they have admitted that you can, and you apply

14   the correct methodology, which they haven't even contested --

15   this is not a close question.  We brought you one of the best

16   benzene scientists in the world.  The colloquy between Mr.

17   Stewart and Dr. Bennett yesterday I thought was extraordinary.

18   I don't know if the Court's ever heard anything about it

19   before.  One witness said, "I am not an expert in the causation

20   of acute myeloid leukemia but the other expert is a really good

21   expert on that."  He didn't say "really good"; he said he's an

22   expert.

23        We brought you the guy.  It's not a junk opinion.

24   There's no basis for this Court to override the scientific

25   judgment credibility battle that's going on here.  We may have

PDF created with pdfFactory trial version www.pdffactory.com

1   a dog fight with the jury; this is not a close question for the

2   Court.

3          THE COURT:  All right.

4          MR. LEGHORN:  One comment on that.  With regard to the

5   11q23, Dr. Smith used to believe that benzene caused that

6   translocation.  The first time that we have heard that he had

7   concluded differently now was when he appeared on the stand,

8   which shows that predicting that what you are going to see is

9   nothing more than hoping for something to happen in the future.

10          Thank you, your Honor.

11          THE COURT:  All right.  Thank you, all.  I will take

12   the matter under advisement.

13          MR. LEGHORN:  Your Honor, we have worked out with the

14   clerk and counsel that we're going to assemble a set of

15   exhibits and get them to you next week.

16          THE COURT:  Fine.  Are you going to have the

17   PowerPoint presentations on disk?

18          MR. LEGHORN:  Yeah, we will have those.  I have the

19   copies --

20          MR. STEWART:  If you want them on disk, that is how

21   we'll provide them.

22          THE COURT:  That will be convenient.

23          MR. STEWART:  So what we have basically decided is our

24   offices -- our offices will communicate with one another, come

25   up with a plan, submit something that is court-personnel

PDF created with pdfFactory trial version www.pdffactory.com

1    friendly.

2              THE COURT:  Good.

3              MR. STEWART:  And thank you for your patience, your

4    Honor.

5              MR. LEGHORN:  Thank you, your Honor.

6              THE CLERK:  All rise.  Court is in recess.

7              (The proceedings adjourned at 2:55 p.m.)

8

9                    C E R T I F I C A T E

10

11             I, Marcia G. Patrisso, RMR, CRR, Official Reporter of

12   the United States District Court, do hereby certify that the

13   foregoing transcript constitutes, to the best of my skill and

14   ability, a true and accurate transcription of my stenotype

15   notes taken in the matter of Civil Action No. 07-11944-GAO,

16   Brian K. Milward, et al, v. Acuity Specialty Products Group,

17   Inc., et al.

18

19                         /s/ Marcia G. Patrisso
                           MARCIA G. PATRISSO, RMR, CRR
20                         Official Court Reporter

21

22

23

24

25